**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **VideoMining Corporation** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 25-1853162 |
| 4. | Debtor's address | **Principal place of business**  **430 South Allen Street**  **State College, PA 16801**  Number, Street, City, State & ZIP Code  **Centre**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **Enterprise Bank**  **4091 Mt Royal Blvd Allison Park, PA 15101**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | videomining.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor   **VideoMining Corporation**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**　A. *Check one:*

　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　■ None of the above

　B. *Check all that apply*

　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__5182__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

　☐ Chapter 7
　☐ Chapter 9
　■ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
　■ No.
　☐ Yes.

　If more than 2 cases, attach a separate list.
　District _____ When _____ Case number _____
　District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
　■ No
　☐ Yes.

　List all cases. If more than 1, attach a separate list
　Debtor _____ Relationship _____
　District _____ When _____ Case number, if known _____

Debtor **VideoMining Corporation** _____ Case number (if known) _____
     Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **VideoMining Corporation**
        Name

Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 4, 2020**
               MM / DD / YYYY

X /s/ Rajeev Sharma                                     **Rajeev Sharma**
Signature of authorized representative of debtor        Printed name

Title  **CEO**

**18. Signature of attorney**

X /s/ Robert O Lampl                                    Date  **February 4, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert O Lampl 19809**
Printed name

**Robert O Lampl Law Office**
Firm name

**Benedum Trees Building**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone  **412-392-0330**     Email address  **rlampl@lampllaw.com**

**19809 PA**
Bar number and State

Fill in this information to identify the case:

Debtor name: VideoMining Corporation
United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atul Jain<br>10421 Lawyers Road<br>Vienna, VA 22181 | | | Unliquidated | | | $75,000.00 |
| Ben Franklin Technology Partner<br>200 Inovation Blvd., Suite 150<br>State College, PA 16803 | | | Unliquidated | | | $288,423.00 |
| Beneficial Equiptment Finance Accounts Receivable<br>P.O. Box 7350<br>Philadelphia, PA 19101 | | | Unliquidated | | | $73,801.74 |
| Broadway Advance Funding<br>39 Broadway, Suite 930<br>New York, NY 10006 | | | Unliquidated | | | $56,500.00 |
| Clark Hill PLC<br>Attn: Accounts Receivable<br>PO Box 3760<br>Pittsburgh, PA 15230 | | | Unliquidated | | | $61,229.00 |
| Dell Financial Services Payment Processing Center<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | | | Unliquidated | | | $162,724.23 |

Debtor __VideoMining Corporation__  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EnsembleIQ 29475 Network Place Chicago, IL 60673-1294 | | | Unliquidated | | | $25,000.00 |
| Georgia - Pacific Consumer Products, LP 133 Peachtree Street, N.E. Atlanta, GA 30303-1847 | | | Unliquidated | | | $53,225.00 |
| Green Note Capital C/O Berkovitch & Bouskila, PLLC 80 Broad Street Suite 3303 New York, NY 10004 | | | Unliquidated | | | $68,312.48 |
| Internal Revenue Service Centralized Insolvency Operation Philadelphia, PA 19101-7346 | | | Unliquidated | | | $900,000.00 |
| Michael Zeller 3806 Ruette San Raphael San Diego, CA 92130 | | | Unliquidated | | | $50,000.00 |
| PA Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg, PA 17128-0908 | | | Unliquidated | | | $81,834.94 |
| Research Now c/o Survey Sampling International, LLC 6 Research Drive Shelton, CT 06484 | | | Unliquidated | | | $20,100.00 |
| Sanjay Mehta 44649 Parkmeadow Drive Fremont, CA 94539 | | | Unliquidated | | | $50,000.00 |
| Sanjay Mittal 2237 Rutherford Lane Fremont, CA 94539 | | | Unliquidated | | | $252,051.50 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Debtor  **VideoMining Corporation**                                    Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Select Finding/Financial Pacific 3455 S. 344th Way, STE 300 Auburn, WA 98001 | | | Unliquidated | | | $73,635.00 |
| Steven M. Lavalle Lipporannantie 9A 37 90500 Oulu Finland | | | Unliquidated | | | $100,000.00 |
| Umesh Sharma 44913 Cougar Circle Fremont, CA 95124 | | | Unliquidated | | | $25,000.00 |
| US Bank Equiptment Finance A Division of US Bank National Assoc. PO Box 790448 Saint Louis, MO 63179-0448 | | | Unliquidated | | | $296,898.64 |
| Wessel & Company 215 Main Street Johnstown, PA 15901 | | | Unliquidated | | | $21,941.72 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **VideoMining Corporation**

Debtor(s)

Case No. _____
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 4, 2020**

**/s/ Rajeev Sharma**
**Rajeev Sharma/CEO**
Signer/Title

Abha Sharma
5705 Harbour Ridge Rd.
Midlothian, VA 23112

Adept Software Avenues Pvt Ltd
Unit G301 Block DC City Centre
Sector I
Calcutta 700 064

Alteryx, Inc.
3345 Michelson Drive
Suite 400
Irvine, CA 92612

Ascentium Capital
23970 Hwy 59 N
Kingwood, TX 77339

AT&T - Acworth, GA
PO Box 5014
Carol Stream, IL 60197-5014

AT&T - Gahanna, OH
PO Box 5014
Carol Stream, IL 60197-5014

Atlantic Broadband - Clearfield, PA
PO Box 371801
Pittsburgh, PA 15250-7801

Atul Jain
10421 Lawyers Road
Vienna, VA 22181

BB&T Commercial Equip. Capital/
Susquehanna Fin.
Attn: Accounts Receivable Dept.
PO Box. 896534
Charlotte, NC 28289-6534

Ben Franklin Technology Partner
200 Inovation Blvd., Suite 150
State College, PA 16803

Beneficial Equiptment Finance
Accounts Receivable
P.O. Box 7350
Philadelphia, PA 19101

Bower Law Associates, PPLC
403 S. Allen Street, Suite 210
State College, PA 16801

Broadway Advance Funding
39 Broadway, Suite 930
New York, NY 10006

Bryn Mawr Trust - Royal Bank
P.O. Box 692
Bryn Mawr, PA 19010

Category Management Association
CPG CatNet Incorporated
13501 RR 12 STE 103
Wimberley, TX 78676-5328

Century Link - Highlands Ranch, CO
P O Box 29040
Phoenix, AZ 85038

Century Link -Phoenix, AZ
PO Box 29040
Phoenix, AZ 85038-9040

Christopher E. Bossi
3105 Granada Way
Altoona, PA 16601

Clark Hill PLC
Attn: Accounts Receivable
PO Box 3760
Pittsburgh, PA 15230

Comcast
PO Box 3001
State College, PA 16801-5254

Comcast - Blaine, MN
PO Box 35170
Seattle, WA 98124-5170

Comcast - Everett, WA
PO Box 34744
Seattle, WA 98124-1744

Comcast - Glenshaw, PA
PO Box 3001
Southeastern, PA 19398

Comcast - Greenbelt, MD
PO Box 3001
Southeastern, PA 19398-3001

Comcast - Hershey, PA
P O Box 3005
Southeastern, PA 19398-3006

Comcast - Northland
PO Box 3001
Southeastern, PA 19398-3001

Comcast - State College
PO Box 37601
Philadelphia, PA 19101-0601

Comcast - Tyrone, PA
PO Box 3001
Southeastern, PA 19398-3001

Comcast 0212788 (SPC Add, State College)
PO Box 3001
Southeastern, PA 19398-3001

Comcast 61556231
PO Box 530098
Atlanta, GA 30353-0098

Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001

David Haubert
C/O David Haubert
4886 Redwood Avenue
Dublin, CA 94568

Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Dilip Hari
450 Rishel Hill Road - Apt. 2
Bellefonte, PA 16823

Dilip Hari
450 Rishel Hill Road
Bellefonte, PA 16823

Direct Capital/ CIT
155 Commerce Way
Portsmouth, NH 03801

EnsembleIQ
29475 Network Place
Chicago, IL 60673-1294

Enterprise Bank
4091 Mount Royal Blvd
Allison Park, PA 15101-2917

```
FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

Frontier - Cromwell, CT
PO Box 740407
Cincinnati, OH 45274-0407

Frontier - Ruskin, FL
PO Box 740407
Cincinnati, OH 45274-0407

Gary Panulla
112 Margaret Circle
Bellefonte, PA 16823

Georgia - Pacific Consumer Products, LP
133 Peachtree Street, N.E.
Atlanta, GA 30303-1847

Green Note Capital
C/O Berkovitch & Bouskila, PLLC
80 Broad Street Suite 3303
New York, NY 10004

GTT - Richmond, VA
PO Box 842630
Dallas, TX 75284-2630

GTT - South Gate, CA
PO Box 842630
Dallas, TX 75284-2630

Guardian Life Insurance Company
PO Box 824404
Philadelphia, PA 19182-4404

Hewlett Packard
C/O Allen, Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632

Highmark Blue Shield
120 5th Ave. Place, Suite 2316
Pittsburgh, PA 15222-3009

Highmark HRA
120 Fifth Ave
Pittsburgh, PA 15222

Huntington Technology Finance
2285 Franklin Road
Bloomfield Hills, MI 48302
```

Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Itria Ventures, LLC
One Penn Plaza, Suite 4530
New York, NY 10119

James Brennan
155 Shady Hollow Drive
Pleasant Gap, PA 16823

Key Equiptment Finance
PO Box 74713
Cleveland, OH 44194-0796

Leaf Capital Funding
PO Box 742647
Cincinnati, OH 45274-2647

LogMeln, Inc.
320 Summer Street
Suite 100
Boston, MA 02210-1701

Mass Mutual Retirement Services
PO Box 1583
Hartford, CT 06144-1583

McNees Wallace & Nurick LLC
PO Box 1166
Harrisburg, PA 17108-1166

Michael Zeller
3806 Ruette San Raphael
San Diego, CA 92130

Mimi Barash Coppersmith
403 S Allen St.
P.O. Box 77
State College, PA 16801

MLB Consulting
Attn: Michael Burkenbine
11737
Kiowa Ave, #3
Los Angeles, CA 90049

Molalla
211 Robins Street
Molalla, OR 97038

Mountainside Coffee, Inc
Tulpehocken Water, Inc.
530 King Street
Petersburg, PA 16669

Murtaza Amil
4813 152nd PL SE
Bellevue, WA 98006

Nakul Nayak
1607 Highlandon Court
State College, PA 16801

Nisha Sharma
400 Hinsdale Court
Silver Spring, MD 20901

On Deck Capital
C/O Federated Law Group, PLLC
887 Donald Ross Rd.
Juno Beach, FL 33408

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0908

Parson's Copier Care, Inc.
123 Dorminy Lane
Altoona, PA 16601

PBCI - Allen
2746 West College Avenue
State College, PA 16801

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887

Principal Life Insurance Company
SBD Grand Island
PO Box 10372
Des Moines, IA 50306-0372

Rajeev Sharma
2391 Shagbark Court
State College, PA 16803

```
Research Now
c/o Survey Sampling International, LLC
6 Research Drive
Shelton, CT 06484

Retirement Plan Solutions
PO Box 250
Tipton, PA 16684

Richard Hirata
7015 Scarlet Oak Drive
Hilliard, OH 43026

Sanjay Mehta
44649 Parkmeadow Drive
Fremont, CA 94539

Sanjay Mittal
2237 Rutherford Lane
Fremont, CA 94539

Schnuck Markets, Inc.
PO Box 954248
Saint Louis, MO 63195-4248

Sean Mulcahey
129 Crestmont Avenue
State College, PA 16801

Select Finding/Financial Pacific
3455 S. 344th Way, STE 300
Auburn, WA 98001

Site5.com
2500 Ridgepoint Dr.
Austin, TX 78754

Spectrum - Leicester, MA
PO Box 60187
Los Angeles, CA 90060-0187

Spectrum - Riverside, CA
PO Box 60229
Los Angeles, CA 90060-0229

Spectrum - Stevenson Ranch, CA
PO Box 60074
City of Industry, CA 91716-0074

Spectrum - Tampa, FL
PO Box 790450
Saint Louis, MO 63179-0450
```

```
Spectrum Enterprise - Louisville, KY
Box 223085
Pittsburgh, PA 15251-2085

Steven Devine
113 Dean's Way
State College, PA 16803

Steven M. Lavalle
Lipporannantie 9A 37
90500 Oulu Finland

Tech Service Today, LLC
1903 Congress Ave., Suite #305
Boynton Beach, FL 33426

Techs in a Sec
244 5th Avenue
Suite 200
New York, NY 10001

The Cincinnati Insurance Company
PO Box 14529
Cincinnati, OH 45250-0529

Travelers
PO Box 660317
Dallas, TX 75266-0317

Umesh Sharma
44913 Cougar Circle
Fremont, CA 95124

US Bank Equiptment Finance
A Division of US Bank National Assoc.
PO Box 790448
Saint Louis, MO 63179-0448

Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Verizon
PO Box 25505
Lehigh Valley, PA 18002

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

W. B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101
```

```
Wessel & Company
215 Main Street
Johnstown, PA 15901

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

White Oak Busniess Capital
7351 Wisconsin Avenue
Suite 600W
Bethesda, MD 20814

WIndstream
PO Box 9001908
Louisville, KY 40290
```