Form 625

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VideoMining Corporation** : Case No. 20–20425–GLT
25–1853162 :
    *Debtor(s)* : Chapter: 11

## ORDER

    Upon consideration of the voluntary chapter 11 petition filed on behalf of the debtor "corporation," as that term is defined in 11 U.S.C. § 101(9)(A), the debtor shall within 5 days of the entry of this order file a copy of the resolution of the board of directors, certificate of corporate vote, or other evidence of the signing officer's or agent's authority to file the petition on behalf of the corporation.

    ENTERED at Pittsburgh, Pennsylvania.

Dated: February 5, 2020

cm: Debtor

*/s/ Gregory L. Taddonio*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

1 "The term 'corporation' . . . includes––(i) association having a power or privilege that a private corporation, but not an individual or a partnership, possesses; (ii) partnership association organized under a law that makes only the capital subscribed responsible for the debts of such association; (iii) joint–stock company; (iv) unincorporated company or association; or (v) business trust." 11 U.S.C. § 101(9)(A).