| Week Ending ==> | Week 1 14-Feb | Week 2 21-Feb | Week 3 28-Feb | Week 4 6-Mar | Week 5 13-Mar | Week 6 20-Mar | Week 7 27-Mar | Week 8 3-Apr | Week 9 10-Apr | Week 10 17-Apr | Week 11 24-Apr | Week 12 1-May | Week 13 8-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRE-FILING A/R** | | | | | | | | | | | | | |
| Beginning A/R | $739,770 | $565,635 | | | | | | $325,500 | | | | | |
| Collections | ($174,135) | ($142,560) | | | | | | ($325,500) | | | | | |
| Discounts Taken | $0 | ($75) | | | | | | $0 | | | | | |
| Ending A/R | $565,635 | $423,000 | | | | | | $0 | | | | | |
| | | | | | | | | | | | | | |
| **POST-FILING A/R** | | | | | | | | | | | | | |
| Beginning A/R | $0 | $50,000 | $95,000 | $170,000 | $245,000 | $295,000 | $355,000 | $400,000 | $450,000 | $500,000 | $550,000 | $604,000 | $679,000 |
| Sales | $50,000 | $45,000 | $75,000 | $75,000 | $50,000 | $60,000 | $45,000 | $50,000 | $50,000 | $50,000 | $54,000 | $75,000 | $50,000 |
| Collections | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($50,000) |
| Discounts Taken | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending A/R | $50,000 | $95,000 | $170,000 | $245,000 | $295,000 | $355,000 | $400,000 | $450,000 | $500,000 | $550,000 | $604,000 | $679,000 | $679,000 |
| | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| Payroll & Taxes | $65,000 | $0 | $98,000 | $0 | $0 | $0 | $98,000 | $0 | $0 | $0 | $98,000 | $0 | $0 |
| Employee Benefits | $2,000 | $0 | $12,500 | $0 | $0 | $0 | $12,500 | $0 | $0 | $0 | $12,500 | $0 | $0 |
| Professional Services | $0 | $3,000 | $12,000 | $0 | $2,000 | $0 | $12,000 | $0 | $2,000 | $0 | $12,000 | $0 | $0 |
| Cost of Good Sold | $0 | $3,000 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 | $0 | $3,000 |
| Advertising / Promotion | $0 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Data Processing Services | $0 | $0 | $750 | $0 | $0 | $0 | $750 | $0 | $0 | $0 | $750 | $0 | $0 |
| Facilities Expense (Rent) | $9,800 | $0 | $9,800 | $0 | $0 | $0 | $9,800 | $0 | $0 | $0 | $9,800 | $0 | $0 |
| Insurance Expense | $0 | $1,500 | $0 | $0 | $0 | $1,500 | $0 | $0 | $0 | $1,500 | $0 | $0 | $0 |
| Internet Expenses | $0 | $1,600 | $0 | $0 | $0 | $1,600 | $0 | $0 | $0 | $1,600 | $0 | $0 | $0 |
| Office Supplies & Expenses | $0 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 |
| Chapter 11 Legal Fees | $0 | $0 | $15,000 | $0 | $10,000 | $0 | $15,000 | $0 | $0 | $0 | $15,000 | $0 | $0 |
| Patent Maintenance / Sale Cost | $4,000 | $12,000 | $0 | $0 | $0 | $0 | $0 | $3,000 | $0 | $0 | $0 | $3,000 | $0 |
| Other Expenses | $0 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 |
| Telephone | $0 | $1,200 | $0 | $0 | $0 | $1,200 | $0 | $0 | $0 | $1,200 | $0 | $0 | $0 |
| Travel | $400 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| TOTAL OPERATING EXPENSES | $81,200 | $24,600 | $153,350 | $2,300 | $17,300 | $6,600 | $153,350 | $5,300 | $7,300 | $6,600 | $153,350 | $5,300 | $5,300 |
| | | | | | | | | | | | | | |
| Collection Share to WOBC | 15% | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **CASH REQUIREMENTS** | | | | | | | | | | | | | |
| Beginning Cash | $0 | $66,815 | $163,391 | $10,041 | $7,741 | $73,316 | $66,716 | $0 | $271,375 | $264,075 | $257,475 | $104,125 | $98,825 |
| Collections Retaine by VMC | $148,015 | $121,176 | $0 | $0 | $82,875 | $0 | $0 | $276,675 | $0 | $0 | $0 | $0 | $0 |
| Less: Operation Expenses | ($81,200) | ($24,600) | ($153,350) | ($2,300) | ($17,300) | ($6,600) | ($153,350) | ($5,300) | ($7,300) | ($6,600) | ($153,350) | ($5,300) | ($5,300) |
| DIP Lending | $0 | $0 | $0 | $0 | $0 | $0 | $86,634 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending Balance | $66,815 | $163,391 | $10,041 | $7,741 | $73,316 | $66,716 | $0 | $271,375 | $264,075 | $257,475 | $104,125 | $98,825 | $93,525 |

**EXHIBIT A**