IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VIDEOMINING CORPORATION,**   Bankruptcy No. 20-20425-GLT

      **Debtor.**   Chapter 11

**VIDEOMINING CORPORATION,**   Document No.

      **Movant,**

  vs.

**ENTERPRISE BANK, WHITE OAK
BUSINESS CAPITAL, INC., ON DECK
CAPITAL, ITRIA VENTURES, LLC,
BROADWAY ADVANCE FUNDING,
GREEN NOTE CAPITAL PARTNERS, INC.,**

      **Respondents.**

## ORDER AUTHORIZING USE OF CASH COLLATERAL

AND NOW, after notice and hearing on the Emergency Motion of the Debtor for Authorization to use Cash collateral and White Oak Business Capital, Inc. (White Oak) having claimed a lien thereon, it is hereby ORDERED, AJDUDGED AND DECREED as follows:

(1) Debtor shall be, and hereby is, authorized to utilize the cash collateral in the operation of its business and in accordance with Exhibit A to its Motion unless and until a further Order of Court is entered.

(2) The pre-petition liens of White Oak shall be continued post-petition as to pre-petition receivables only, but the value of White Oak's lien shall not be greater post-petition than the value thereof at the time of the filing of the bankruptcy petition initiating this case, plus accruals thereafter and minus payments to White Oak thereafter. No

additional financing statements or mortgages need be filed to perfect such post-petition liens and security interests.

  (3) Debtor shall pay White Oak 15% of the amount of any pre-petition receivable collected.

  (4)  Debtor shall not incur post-petition indebtedness which cannot be paid.

  (5) Counsel for Debtor shall serve this Order on the Respondents, the 20 largest unsecured creditors of the Debtor, the United States Trustee and such other parties, if any, as may be required by Bankruptcy Rule 4001 and Local Rule 4001.1-4001.3.

  (6) A final hearing shall occur on _____.

_____
Gregory L. Taddonio
United States Bankruptcy Judge