# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | **Bankruptcy No. 20-20425-GLT** |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. |
| Movant, | |
| vs. | |
| **ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., ON DECK CAPITAL, ITRIA VENTURES, LLC, BROADWAY ADVANCE FUNDING, GREEN NOTE CAPITAL PARTNERS, INC., AND THE HERSHEY COMPANY.** | |
| Respondents. | |

## EMERGENCY MOTION TO RELEASE RECEIVABLES AND PROHIBIT INTERFERENCE WITH THE DEBTOR'S CUSTOMERS

**AND NOW** comes VideoMining Corporation, by and through its Counsel, Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl and files this **EMERGENCY MOTION TO RELEASE RECEIVABLES AND PROHIBIT INTERFERENCE WITH THE DEBTOR'S CUSTOMERS**:

1. The Movant is VideoMining Corporation ("VideoMining" or "Debtor").

2. This Case was commenced on February 4, 2020.

3. The Debtor collects video data from grocery and convenient stores regarding shoppers' in store behavior, analyzes said data, and then packages and sells the same to product retailers.

4. White Oak Business Capital, Inc. ("White Oak") is a secured creditor in this Estate and holds a first lien security interest in the Debtor's accounts receivable. White Oak holds a second lien security interest in all of the Debtor's other assets. White Oak has a claim in the approximate amount of $1,365,000. Affiliates of the Debtor are also obligated on the indebtedness to White Oak.

5. Enterprise Bank ("Enterprise") is also a secured creditor in this Estate and holds a first position security interest in all assets of the Debtor with the exception of the Debtor's accounts receivable. Enterprise has subordinated its interest in the Debtor's accounts receivable to White Oak. Thus, with respect to the Debtor's pre-petition accounts receivable, White Oak is in the first position and Enterprise is in the second petition. Enterprise has a claim in the approximate amount of $607,000. Affiliates of the Debtor are also obligated on the indebtedness to Enterprise.

6. On Deck Capital, Itria Ventures, LLC, Broadway Advance Funding and Green Note Capital Partners, Inc. all purport to hold junior blanket liens on the Debtor's assets.

7. The Hershey Company is a customer of the Debtor who has an outstanding invoice with the Debtor.

8. The Hershey Company has been contacted by Green Note Capital Partners, Inc. and Itria Ventures, LLC and told to withhold all payments to the Debtor based upon claims that they are owed money by the Debtor.

9. As a result of these contacts, the Hershey Company has not remitted payment on the outstanding invoice and will not do so until this matter is resolved.

10. The actions by Green Note Capital Partners, Inc. and Itria Ventures, LLC have resulted in significant financial distress to the Debtor and have impaired the rights of White Oak and Enterprise who have a superior interest in the receivable due from the Hershey Company.

**WHEREFORE**, the Movant respectfully requests that this Honorable Court enter an order that (1) directs Green Note Capital Partners, Inc. and Itria Ventures, LLC to cease all interference with customers of the Debtor and (2) that authorizes the Hershey Company to release all funds owed to the Debtor directly to the Debtor.

Respectfully Submitted,

Date: February 5, 2020

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. |
| Movant, | |
| vs. | |
| **ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., ON DECK CAPITAL, ITRIA VENTURES, LLC, BROADWAY ADVANCE FUNDING, GREEN NOTE CAPITAL PARTNERS, INC., AND THE HERSHEY COMPANY.** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 5th day of February, 2020, a true and correct copy of the foregoing **EMERGENCY MOTION TO RELEASE RECEIVABLES AND PROHIBIT INTERFERENCE WITH THE DEBTOR'S CUSTOMERS** was served upon the following *(via electronic service, hand delivery and/or Frist-Class U.S. Mail)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222
Norma.hildenbrand@usdoj.gov

Enterprise Bank
c/o William E. Kelleher
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
wkelleher@cohenlaw.com

White Oak Business Capital, Inc.
c/o George Snyder
125 First Ave.
Pittsburgh, PA 15222
gsnyder@stonecipherlaw.com

On Deck Capital
c/o Federated Law Group, PLLC
887 Donald Ross Rd.
Juno Beach, FL 33408

Itria Ventures, LLC
One Penn Plaza, Suite 4530
New York, NY 10119

Broadway Advance Funding
39 Broadway, Suite 930
New York, NY 1006

Green Note Capital Partners, Inc.
c/o Berkovitch and Bouskila, P.C.
80 Broad Street, Suite 3303
New York, NY 1004

The Hershey Company
c/o Cheryl Zak Lardieri
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960

Date:  February 5, 2020              */s/ Robert O Lampl*
                                     ROBERT O LAMPL
                                     PA I.D. #19809
                                     JOHN P. LACHER
                                     PA I.D. #62297
                                     DAVID L. FUCHS
                                     PA I.D. #205694
                                     RYAN J. COONEY
                                     PA I.D. #319213
                                     SY O. LAMPL
                                     PA I.D. #324741
                                     223 Fourth Avenue, 4th Fl.
                                     Pittsburgh, PA  15222
                                     (412) 392-0330 (phone)
                                     (412) 392-0335 (facsimile)
                                     Email:  rlampl@lampllaw.com