**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | **Bankruptcy No. 20-20425-GLT** |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. |
| Movant, | |
| vs. | |
| **ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., ON DECK CAPITAL, ITRIA VENTURES, LLC, BROADWAY ADVANCE FUNDING, GREEN NOTE CAPITAL PARTNERS, INC., AND THE HERSHEY COMPANY.** | |
| Respondents. | |

**ORDER OF COURT RELEASING RECEIVABLES AND PROHIBITING
INTERFERENCE WITH THE DEBTOR'S CUSTOMERS**

AND NOW, after notice and hearing on the Emergency Motion of the Debtor to Release Receivables and Prohibit Interference with the Debtor's Customers, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) Green Note Capital Partners, Inc. and Itria Ventures, LLC shall immediately cease\ interfering with customers and vendors of the Debtor;

(2) Green Note Capital Partners, Inc. and Itria Ventures, LLC shall inform all customers of the Debtor that they contacted of the existence of this Order;

(3) The Hershey Company is authorized to release all funds owed to the Debtor in the normal course and to make such payment directly to the Debtor.

Date: _____                        _____
                                                        Gregory L. Taddonio
                                                       United States Bankruptcy Judge