# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VIDEOMINING CORPORATION,**          Bankruptcy No. 20-20425-GLT

    Debtor.          Chapter 11

**VIDEOMINING CORPORATION,**          Document No.

    Movant,

  vs.

**NO RESPONDENT.**

### ORDER OF COURT AUTHORIZING USE OF EXISTING BANK ACCOUNT

AND NOW, after notice and hearing on the Emergency Motion of the Debtor for an Order Authorizing Maintenance of Existing Bank Account, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Debtor is authorized to use its pre-petition bank account at Enterprise Bank;

(2) The Debtor shall monitor the estate funds on deposit in its account and immediately notify the United States Trustee if those funds are expected to exceed the FDIC insurance limited (currently $250,000); and

(3) The Debtor shall skip 50 check numbers in its checking account and stamp the words "Debtor in Possession", and write the case number of this Bankruptcy Case, on each check it issues hereafter.

Date: _____          _____
                                                      Gregory L. Taddonio
                                                      United States Bankruptcy Judge