Form 611

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **VideoMining Corporation** : | Case No. 20−20425−GLT |
| *Debtor(s)* : | Chapter: 11 |
| : | |
| VideoMining Corporation : | |
| *Movant(s),* : | |
| : | Related to Doc. No. 13 |
| v. : | |
| Enterprise Bank et al. : | Hearing Date: 2/10/20 at 01:30 PM |
| *Respondent(s).* : | Response Date: 2/10/20 by 12 PM |
| : | |
| : | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled Motion for Interim and Final Orders Authorizing the Debtor to Use Cash Collateral has been filed in the above−referenced case by the Debtor .

A hearing has been scheduled for February 10, 2020 at 01:30 PM in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before February 10, 2020 by 12 p.m..

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

Dated: February 5, 2020

cm: Debtor
    Debtor's Counsel

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e−mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for the committee (if any). In the absence of a committee (in a chapter 11 proceeding), the Movant shall serve the 20 largest unsecured creditors. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.