IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-20425-GLT |
| VideoMining Corporation, | : | Chapter 11 |
| Debtor. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| Feldstein Grinberg Lang & McKee, P.C. | : | Document No. _____ |
| Movant, | : | Hearing Date:  February 10, 2020 |
| | : | Hearing Time:  1:30 P.M. |
| v. | : | |
| No Respondent | : | |

## MOTION FOR *PRO HAC VICE* ADMISSION

1.   This motion for admission *pro hac vice* is being filed on behalf of:

> Owen Lipnick, Esquire
> Seidman & Pincus, LLC
> 777 Terrace Avenue, Suite 508
> Hasbrouck Heights, NJ 07604
> Telephone: 201-473-0047
> E-mail: ol@seidmanllc.com
> NJ Bar ID No. 043041994
> By: Jeffrey R. Lalama, Esquire, Feldstein Grinberg Lang & McKee, P.C.

2.   Applicant represents Itria Ventures LLC, One Penn Plaza, Suite 4530, New York, New York 10119. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3.   Applicant is a member in good standing of the Bar of New Jersey, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4.   Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania:

> Jeffrey R. Lalama, Esquire
> Feldstein Grinberg Lang & McKee, P.C.
> 428 Boulevard of the Allies, Suite 600
> Pittsburgh, PA 15219
> 412-263-6074 Telephone
> 412-263-6101 Facsimile
> E-mail: jlalama@fglmlaw.com
> Pennsylvania Bar ID No. 52709

{00580111.1}

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has previously received *Pro Hac Vice* admission to this Court by Orders dated in the following matters: <u>Applicant has not previously received *Pro Hac Vice* admission to this Court</u>.

                                        Respectfully submitted,

                                        FELDSTEIN GRINBERG LANG & McKEE, P.C.

<u>February 10, 2020</u>                 By: <u>/s/ Jeffrey R. Lalama, Esquire</u>
Date                                    Jeffrey R. Lalama, Esquire
                                            PA ID No. 52709
                                            E-mail: jlalama@fglmlaw.com
                                            428 Boulevard of the Allies, Suite 600
                                            Pittsburgh, PA 15219
                                            Telephone: 412-263-6074
                                            Facsimile: 412.263.6101

**PAWB Local Form 18  (03/17)**