FILED
2/10/20 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | **Bankruptcy No. 20-20425-GLT** |
| **Debtor.** | **Chapter 11** |
| **VIDEOMINING CORPORATION,** | **Document No.** 16 |
| **Movant,** | |
| **vs.** | |

**ENTERPRISE BANK, WHITE OAK
BUSINESS CAPITAL, INC., ON DECK
CAPITAL, ITRIA VENTURES, LLC,
BROADWAY ADVANCE FUNDING,
GREEN NOTE CAPITAL PARTNERS, INC.,
AND THE HERSHEY COMPANY.**

**Respondents.**

MODIFIED
**ORDER OF COURT RELEASING RECEIVABLES AND PROHIBITING
INTERFERENCE WITH THE DEBTOR'S CUSTOMERS**

AND NOW, after notice and hearing on the Emergency Motion of the Debtor to

Release Receivables and Prohibit Interference with the Debtor's Customers, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

(1) Consistent with 11 U.S.C. 362(a), Green Note Capital Partners, Inc. and Itria

Ventures, LLC shall immediately cease interfering with customers and vendors of the

Debtor; absent further Order of the Court;

(2) Green Note Capital Partners, Inc. and Itria Ventures, LLC shall inform all

customers of the Debtor that they contacted of the existence of this Order;

(3) The Hershey Company is authorized to release all funds owed to the Debtor

in the normal course and to make such payment directly to the Debtor, through the Debtor's

account at Enterprise Bank.

(4)     All funds released under this Order shall be subject to the terms of the interim cash

collateral order entered by the Court, including any reservation of rights provision contained

therein.

(5)     The Debtor, White Oak Business Capital, and Itria Ventures, LLC shall

telephonically meet and confer on or before February 20, 2020 to determine if

any further disputes exist as to the relief sought in this motion.  To the extent any

lingering dispute remains, each party shall file a supplement with the Court **on or**

**before February 21, 2020**, outlining their respective interests in the Hershey receivable.

(6)     Debtor shall serve a copy of this Order on all parties in interest and file proof

of service within 3 days.


Dated: 2/10/20

  cm: Debtor
      Debtor's Counsel

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT