FILED
2/19/20 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor, | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Doc. No. |
| Movant, | Related to Doc. No. 55 |
| vs. | |
| **NO RESPONDENT.** | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Debtor is to cure the deficiencies in its Petition is enlarged by a period of fourteen (14) days, until March 3, 2020.

Date: 2/19/20

_____
United States Bankruptcy Court Judge

cm: Robert Lampl, Esq.