# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VIDEOMINING CORPORATION,**        **Bankruptcy No. 20-20425-GLT**

      **Debtor.**        **Chapter 11**

**VIDEOMINING CORPORATION,**        **Document No.**

      **Movant,**

   vs.

**NO RESPONDENT.**

## ORDER AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING

AND NOW, after notice and hearing on the Emergency Motion of the Debtor for Interim and Final Orders Authorizing the Debtor to Obtain Post-Petition Financing (the "Motion"), it is hereby ORDERED, AJDUDGED AND DECREED as follows:

(1) Debtor shall be, and hereby is, authorized to obtain financing from Enterprise Bank on the terms identified in the Motion and is authorized to execute all loan documents in accordance with the financing;

(2) Enterprise Bank is hereby be granted a first position lien on all receivables generated by the Debtor after the entry of this Order up to the amount of any outstanding indebtedness under the post-petition financing loan documents not to exceed $175,000; and

(3) Enterprise Bank is hereby be granted an administrative expense claim with priority over any and all administrative expenses of the kind specified in section 503(b)

of 507(b) of the Bankruptcy Code up to the amount of any outstanding indebtedness under the post-petition financing loan documents not to exceed $175,000.


Date: _____          _____
                                      Gregory L. Taddonio
                                      United States Bankruptcy Judge