FILED
3/4/20 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**VIDEOMINING CORPORATION,**         Bankruptcy No. 20-20425-GLT

    **Debtor,**         Chapter 11

**VIDEOMINING CORPORATION,**         Doc. No.

    **Movant,**         Related to Doc. Nos.  75

    vs.

**NO RESPONDENT.**

## MODIFIED ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Debtor is to cure the deficiencies in its Petition is extended until March 12, 2020.

Date: __3/4/20_____

cm: Debtor

_____
GREGORY␣␣TADDONIO
United States Bankruptcy Court Judge