IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VIDEOMINING CORPORATION, | ) |
| | ) Bank. No. 20-20425 GLT |
| Debtor. | ) |
| | ) Chapter 11 |
| VIDEOMINING CORPORATION, | ) |
| | ) Related to |
| Movant, | ) Document Nos. 13 and 53 |
| | ) |
| vs. | ) Hearing Date |
| | ) 3/12/2020 @ 3:30 PM |
| ENTERPRISE BANK et al. | ) |
| | ) |
| Respondents. | ) |

## UNITED STATES' OBJECTIONS TO DEBTOR'S MOTION FOR A FINAL ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL

The United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant United States Attorney, on behalf of the Internal Revenue Service, files the following objections to the Debtor's Motion for a Final Order Authorizing the Debtor to Use Cash Collateral:

1. The Internal Revenue Service (IRS) has a claim against the Debtor in the amount of $883,402.64, which includes secured claims of $866,555.48. This secured claim is based upon notices of federal tax lien filed on April 22, 2019 and September 3, 2019.

2. Under I.R.C. § 6321 a federal tax lien attaches to all real and personal property of the taxpayer, including accounts receivable.

3. Under I.R.C. § 6323(c) the IRS has a first lien position on accounts receivable on the 46th day after a notice of federal tax lien is filed. Thus, the IRS has the first lien on the Debtor's current accounts receivable since more than 46 days have elapsed since the notices of federal tax lien were filed on April 22, 2019 and September 3, 2019.

    4. To date, the Debtor has ignored the first lien position of the IRS tax liens on its receivables.

    5. The IRS is willing to consent to the Debtor's use of its cash collateral in exchange for monthly payments and lien retention on the postpetition receivables to the extent of its priority in prepetition receivables.

    6. In the event that the Debtor does not recognize the first lien position of the IRS on its receivables, then the IRS does not consent to the use of its cash collateral by the Debtor.

    WHEREFORE, the United States respectfully requests that this Honorable Court deny the Debtor's motion unless the first lien position of the IRS in receivables is recognized and protected.

March 4, 2020

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VIDEOMINING CORPORATION, | ) |
| | ) Bank. No. 20-20425 GLT |
| Debtor. | ) |
| | ) Chapter 11 |
| VIDEOMINING CORPORATION, | ) |
| | ) Related to |
| Movant, | ) Document Nos. 13 and 53 |
| | ) |
| vs. | ) Hearing Date |
| | ) 3/12/2020 @ 3:30 PM |
| ENTERPRISE BANK et al. | ) |
| | ) |
| Respondents. | ) |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing United States' Objections to the Debtor's Motion for a Final Order Authorizing the Debtor to Use Cash Collateral was served by electronic notification or first class mail on the following on March 4, 2020:

Robert O. Lampl, attorney for Debtor
rlampl@lampllaw.com

Norma Hildenbrand, Office of the U.S. Trustee
Norma.hildenbrand@usdoj.gov

Enterprise Bank
c/o William E. Kelleher
wkelleher@cohenlaw.com

White Oak Business Capital, Inc.
c/o George Snyder
gsnyder@stonecipherlaw.com

On Deck Capital
c/o Federated Law Group, PLLC
887 Donald Ross Rd.
Juno Beach, FL 33408

Owen Lipnick, attorney for Itria Ventures, LLC
ol@seidmanllc.com

Broadway Advance Funding
39 Broadway, Suite 930
New York, NY 10106

Green Note Capital Partners, Inc.
c/o Berkovich and Bouskila, PC
80 Broad Street, Suite 3303
New York, New York  10104

Atul Jain
10421 Lawyers Road
Vienna, VA 22181

Ben Franklin Technology Partner
200 Inovation Blvd. Suite 150
State College, PA 16803

Beneficial Equipment Finance- Acc. Rec.
P.O. Box 7350
Philadelphia, PA 19101

Clark Hill PLC
Attn: Acc Rec
P.O. Box 3760
Pittsburgh, PA 15230

Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197

Ensemble IQ
29475 Network Place
Chicago, IL 60673

Georgia-Pacific Consumer Products, LP
133 Peachtree Street, NE
Atlanta, GA 30303

Michael Zeller
3806 Ruette San Raphael
San Diego, CA 92130

Pa Dept of Revenue
P.O. Box 280946
Harrisburg, PA 17128

Research Now
c/o Survey Sampling
6 Research Drive
Shelton, CT 06484

Sanjay Mehta
44649 Parkmeadow Drive
Fremont, CA 94539

Sanjay Mittal
2237 Rutherford Lane
Fremont, CA 94539

Select Finding
3455 S. 344th Way
Suite 300
Auburn, WA 98001

Steven Lavalle
Lipporannantie 9A37
90500 Oulu Finland

Umesh Sharma
44913 Cougar Circle
Fremont, CA 95124

US Bank
Equipment Finance
PO Box 790448
St. Louis, MO 63179

Wessel & Company
215 Main Street
Johnstown, PA 15901

    SCOTT W. BRADY
    United States Attorney

    */s/ Jill Locnikar*
    JILL LOCNIKAR
    Assistant United States Attorney
    Joseph F. Weis, Jr. United States
    Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    Tel: (412) 894-7429
    Email: jill.locnikar@usdoj.gov
    PA ID No. 85892

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VIDEOMINING CORPORATION, | ) |
| | ) Bank. No. 20-20425 GLT |
| Debtor. | ) |
| | ) Chapter 11 |
| VIDEOMINING CORPORATION, | ) |
| | ) Related to |
| Movant, | ) Document Nos. 13 and 53 |
| | ) |
| vs. | ) Hearing Date |
| | ) 3/12/2020 @ 3:30 PM |
| ENTERPRISE BANK et al. | ) |
| | ) |
| Respondents. | ) |

## ORDER

AND NOW, this _____ day of _____, 201_, after notice and a hearing, it is hereby ORDERED and DECIDED that the debtor is permitted to use cash collateral upon the condition that the IRS is paid _____ a month and its liens attach to postpetition accounts receivable to the extent of its prepetition priority.

_____

Bankruptcy Judge