IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-20425-GLT |
| | : | |
| VideoMining Corporation, | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| VideoMining Corporation | : | Document No. _____ |
| | : | |
| Movant, | : | Related Document No.: 42 |
| | : | |
| v. | : | |
| | : | |
| Enterprise Bank, White Oak Business Capital, Inc, On Deck Capital, Itria Ventures, LLC, Broadway Advance Funding, Green Note Capital Partners, Inc., | : : : : | **Hearing Date:**  **March 12, 2020** **Hearing Time:**  **3:30 P.M.** |
| | : | |
| Respondents. | : | |

## MOTION TO WITHDRAW OBJECTION TO DEBTOR'S
## USE OF CASH COLLATERAL

AND NOW comes Itria Ventures, LLC, ("Itria") and files the following Motion to Withdraw its objection to Debtor's use of cash collateral as follows:

1. On February 5, 2020, Debtor filed an emergency Motion to Use Cash Collateral, at Document No. 13.

2. On that same date, Debtor filed an emergency Motion to Release Receivables and Prohibit Interference with Debtor's Customers at Document No. 16.

3. On February 10, 2020, Itria filed an Objection to Debtor's Use of Cash Collateral, raising, as part of the Objection, the use of the Hershey's receivable by the Debtor.

4. At a hearing held on February 10, 2020, the Court entered an interim Order authorizing Debtor to use a portion of the cash collateral and further ordering that the Parties resolve the issue regarding the Hershey's receivable.

{00580715.1}

5.  On February 21, 2020, at Document No. 59, Debtor filed a Status Report regarding the interest in the Hershey's receivable, advising the Court that the issue had not been resolved.

6.  In the interim, Itria has carefully reviewed the matter and believes it is in all Parties' best interest that Itria withdraws its objection to Debtor's use of cash collateral filed at Document No. 42, and withdraws any other objection to the use of the Hershey's receivable.

WHEREFORE, Itria Ventures, LLC requests this Court grant its Motion to Withdraw its Objection and issue an appropriate Order.

Respectfully submitted,

FELDSTEIN GRINBERG LANG & MCKEE

By /s/ Jeffrey R. Lalama, Esquire
    Jeffrey R. Lalama, Esquire
    PA ID No. 52709
    E-mail: jlalama@fglmlaw.com
    428 Boulevard of the Allies, Suite 600
    Pittsburgh, PA 15219
    Telephone: 412-263-6074
    Facsimile: 412.263.6101

SEIDMAN & PINCUS, LLC
By /s/ Owen Lipnick, Esquire
    Owen Lipnick, Esquire
    E-mail: olseidmanllc.com
    777 Terrace Avenue, Suite 508
    Hasbrouck Heights, NJ 07604
    Telephone: 201-473-0047
    NJ Bar ID No. 043041994

{00580715.1}