FILED
3/10/20 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-20425-GLT |
| | : | |
| VideoMining Corporation, | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| VideoMining Corporation | : | Document No. _____ |
| | : | |
| Movant, | : | Related Document No.: 42 and 90 |
| | : | |
| v. | : | |
| | : | |
| Enterprise Bank, White Oak Business Capital, Inc, On Deck Capital, Itria Ventures, LLC, Broadway Advance Funding, Green Note Capital Partners, Inc., | : | **Hearing Date:**     **March 12, 2020** <br> **Hearing Time:**     **3:30 P.M.** |
| | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, this __10th__ day of March, 2020, upon Motion of Itria Ventures, LLC to Withdraw its Objection to Debtor's Use of Cash Collateral and any related objection to the Hershey's receivable, it is hereby ORDERED that the Motion is GRANTED.

The Objection of Itria Ventures, LLC is withdrawn.

BY THE COURT:

Dated: 3/10/20

_____ J.
Gregory L. Taddonio, Judge
UNITED STATES BANKRUPTCY COURT

{00580717.1}