FILED
3/10/20 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. |
| Movant, | Related to Doc. No. 63 and 93 |
| vs. | |
| **ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., ON DECK CAPITAL, ITRIA VENTURES, LLC, BROADWAY ADVANCE FUNDING, GREEN NOTE CAPITAL PARTNERS, INC., AND THE HERSHEY COMPANY.** | |
| Respondents. | |

### ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the hearing scheduled for March 12, 2020 at 3:30 p.m. shall no longer be an evidentiary hearing. Further, all pre-trial deadlines set forth in the February 26, 2020 Order are hereby vacated.

Date: 3/10/20

United States Bankruptcy Court Judge

cm: Robert Lampl, Esq.