FILED
3/16/20 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 20-20425-GLT |
| VIDEOMINING CORPORATION, | : | |
| Debtor. | : | |
| | : | |
| VIDEOMINING CORPORATION, | : | |
| | : | Related Dkt. No. 60 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENTS | : | |
| Respondent. | : | |

## ORDER

Public health authorities have advised public and private agencies to promptly take necessary and appropriate precautions to reduce exposure to novel coronavirus (COVID-19) and slow the spread of the disease. To this end, the United States Bankruptcy Court for the Western District of Pennsylvania has undertaken proactive measures as set forth in its *Standing Order Re: Telephonic Appearance at Hearings Mandatory*, found at Misc. Proc. #20-204. These measures require counsel and parties-in-interest to utilize technologies providing for remote participation in proceedings before the Court, and thus enabling "social distancing" to avoid and minimize the spread of COVID-19.

Consistent with these proactive measures, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1) The hearing currently scheduled in this matter for March 19, 2020 shall now be conducted as a <u>telephonic</u> hearing.

(2) All counsel and parties-in-interest who intend to participate in the hearing must register with CourtCall at (866) 582-6878 (and arrange for payment of the regular charge) no later than twenty-four (24) hours prior to the scheduled hearing. During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly. All telephonic participants shall comply with Judge Taddonio's telephonic procedures (as recently modified) located on the Court's webpage at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-tele.pdf

Dated: March 16, 2020

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor