IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-20425-GLT |
| VIDEOMINING CORPORATION, | Chapter 11 |
| Debtor, | Doc. No. |
| DIRECT CAPITAL, a division of CIT BANK, N.A. | |
| Movant. | |
| VIDEOMINING CORPORATION, NORMA HILDENBRAND, Chapter 11 Trustee, | |
| Respondents. | |

## DIRECT CAPITAL, A DIVISION OF CIT BANK, N.A.'S MOTION FOR ADEQUATE PROTECTION

AND NOW, comes Direct Capital, a division of CIT Bank, N.A., (the "Movant") by and through its undersigned counsel, Bernstein-Burkley, P.C., and in support of its Motion for Adequate Protection, represents as follows:

The Parties

1.  Respondent, VideoMining Corporation (the "Debtor"), is a corporation with a place of business located at 430 South Allen Street, State College, PA 16801.

Jurisdiction and Venue

2.  This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief

pursuant to 11 U.S.C. § 361(1).

Factual Background

    3.    On or about February 4, 2020, Debtor filed a voluntary petition for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 USC §§ 101 *et seq* (as amended, the "Bankruptcy Code").

    7.    On June 22, 2017, Debtor purchased various pieces of mining equipment, (hereinafter collectively, the "Equipment"), pursuant to a Master EFA Agreement as well as corresponding UCC Financing Statements are attached hereto as **Exhibit A**.

    8.    Debtor is currently delinquent on its accounts in the amount of $11,429.02, not including attorney's fees and costs. The payment histories are attached hereto as **Exhibit B**.

    9.    The total gross balance due on the Contracts is $126,687.29.

    10.    As adequate protection, Movant seeks full monthly payments on all accounts listed below until confirmation of Debtor's Chapter 11 Plan for a total monthly adequate protection payment of $11,429.02. *See Exhibit A*.

    11.    Additionally, the Movant is without insurance information for each piece of Equipment and as part of the adequate protection, respectfully requests that the Debtor be required to provide proof of insurance.

WHEREFORE, Movant, Direct Capital, a division of CIT Bank, N.A., respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 361 granting Movant adequate protection with respect to the Equipment.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        707 Grant Street, Suite 2200
        Pittsburgh, PA 15219
        412-456-8112
        Fax: (412) 456-8120

        *Counsel for Direct Capital, a Division of CIT Bank, N.A.*

Dated: March 25, 2020