FILED
4/1/20 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VIDEOMINING CORPORATION,**        Bankruptcy No. 20-20425-GLT

    **Debtor.**                          Chapter 11

**VIDEOMINING CORPORATION,**        Document No. 95

    **Movant,**

vs.

**NO RESPONDENT.**

### ORDER APPROVING RETENTION OF ONMYODO, LLC AS FINANCIAL CONSULTANT *NUNC PRO TUNC* EFFECTIVE FEBRUARY 4, 2020

**AND NOW**, this __1st__ day of __April_____, 2020, upon consideration of the **APPLICATION FOR APPROVAL OF ONMYODO, LLC AS FINANCIAL CONSULTANT *NUNC PRO TUNC* EFFECTIVE FEBRUARY 4, 2020 (the "Application")**, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of February 4, 2020.

2. Christopher E. Bossi, Managing Member of Onmyodo, LLC, 3105 Granada Way, Altoona, PA 16601 is hereby appointed as Financial Consultant for the Debtor in this bankruptcy proceeding pursuant to the terms described in *Exhibit A* which is attached to the Application, for the purpose of acting as the Debtor's Financial Consultant to provide financial services which services are outlined in the Application. Pursuant to the Professional Services Agreement attached as Exhibit A, the Financial Consultants rates

are not to exceed $100 per hour or $750 per day, whichever is less. Estimated days per month required is 10 – 15.  Rates are subject to final Court Order.

3. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount.  Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

4. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

Prepared by:  Robert Lampl, Esq.

**DEFAULT ENTRY**

Dated: April 01, 2020

Gregory Taddonio    hct
United States Bankruptcy Judge