**Form 605**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **OneJet, Inc.** *Debtor(s)* | Case No. 18–24070–GLT  Chapter: 7 |
| Woody Partners et al. *Plaintiff(s),* v. Matthew R. Maguire et al. *Defendant(s).* | Adversary No. 19–02134–GLT  Related to Document No. 101  Hearing Date: 9/26/19 at 02:00 PM |

## ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 16th of August, 2019*, a *Motion to Disqualify Counsel* having been filed by Defendant Robert Lewis at Doc. No. 101,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2) **On or before September 3, 2019,** any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3) This *Motion* is scheduled for hearing on *September 26, 2019* at **02:00 PM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4) If, after proper service, a Responding Party fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio, refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of ten (10) minutes has been allotted to hear this matter. Should this matter require more than ten (10) minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Robert Lewis
    Patrick Cavanaugh, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

Woody Partners et al,
    Plaintiff

Adv. Proc. No. 19-02134-GLT

Maguire,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: hthu    Page 1 of 1    Date Rcvd: Aug 16, 2019
    Form ID: pdf900    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft    Robert Lewis
    TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
    Andrew R. Shedlock    on behalf of Defendant Robert  Campbell Andrew.Shedlock@kutakrock.com, Mary.Flahavan@kutakrock.com
    Andrew R. Shedlock    on behalf of Defendant    Boustead Securities, LLC Andrew.Shedlock@kutakrock.com, Mary.Flahavan@kutakrock.com
    Brian W. Bisignani    on behalf of Defendant Patrick  Maguire bbisignani@postschell.com, jjoseph@postschell.com;yemeritz@postschell.com;dcaley@postschell.com
    Brian W. Bisignani    on behalf of Defendant Matthew R. Maguire bbisignani@postschell.com, jjoseph@postschell.com;yemeritz@postschell.com;dcaley@postschell.com
    Christopher P. Parrington    on behalf of Defendant Robert  Campbell Christopher.Parrington@kutakrock.com, Lucretia.Anderson@kutakrock.com
    Christopher P. Parrington    on behalf of Defendant    Boustead Securities, LLC Christopher.Parrington@kutakrock.com, Lucretia.Anderson@kutakrock.com
    Daniel  Carmeli    on behalf of Defendant Robert  Campbell daniel.carmeli@kutakrock.com, becky.franson@kutakrock.com
    Daniel  Carmeli    on behalf of Defendant    Boustead Securities, LLC daniel.carmeli@kutakrock.com, becky.franson@kutakrock.com
    Gerald J Stubenhofer, Jr    on behalf of Defendant Melvin  Pirchesky gstubenhofer@mcguirewoods.com, brobbins@mcguirewoods.com;amuhl@mcguirewoods.com
    James R. Cooney    on behalf of Plaintiff    Woody Partners et al jcooney@lampllaw.com
    Keith E. Whitson    on behalf of Defendant David  Minnotte kwhitson@schnader.com, bhancock@schnader.com,kvasquez@schnader.com,1282467420@filings.docketbird.com
    Patrick K. Cavanaugh    on behalf of Defendant Robert  Lewis pcavanaugh@dscslaw.com, mthompson@dscslaw.com
    Robert O Lampl    on behalf of Plaintiff    Woody Partners et al rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
    Stephanie A Short    on behalf of Defendant David  Minnotte sshort@schnader.com
    Zachary N Gordon    on behalf of Defendant Robert  Lewis zgordon@dscslaw.com
    TOTAL: 15