FILED
6/1/20 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **ONMYODO, LLC,** | Document No. |
| Applicant, | Related to Doc. No. 150 |
| vs. | |
| **NO RESPONDENT.** | |

## ORDER OF COURT

Upon consideration of the foregoing Interim Application of Onmyodo, LLC as Financial Consultant to the Debtor for the Period of February 4, 2020 through April 30, 2020, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Applicant, Onmyodo, LLC be, and hereby is, granted fees in the amount of $31,745.00 and costs in the amount of $-0-.

Prepared by:  Robert Lampl, Esq.

DEFAULT ENTRY

Dated: June 01, 2020

_____
Gregory J. Taddonio    hct
United States Bankruptcy Judge