# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **ONMYODO, LLC,** | Document No.: |
| Movants, | Related to Doc. No. 160 |
| vs. | Hearing Date and Time: July 17, 2020 at 10:00 a.m. |
| **NO RESPONDENT.** | |

### NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING SECOND APPLICATION OF ONMYODO, LLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL CONSULTANT TO THE DEBTOR FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 22, 2020**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic hearing** will be held on **July 17, 2020 at 10:00 a.m.** before Judge Gregory L. Taddonio.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  June 3, 2020      */s/ Robert O Lampl*
                                          ROBERT O LAMPL
                                          PA I.D. #19809
                                          JOHN P. LACHER
                                          PA I.D. # 62297
                                          RYAN J. COONEY
                                          PA I.D. #319213
                                          SY O. LAMPL
                                          PA I.D. #324741
                                          ALEXANDER L. HOLMQUIST
                                          PA I.D. #314159
                                          Counsel for the Debtor
                                          223 Fourth Avenue, 4th Floor
                                          Pittsburgh, PA 15222
                                          (412) 392-0330 (phone)
                                          (412) 392-0335 (facsimile)
                                          Email: rlampl@lampllaw.com