FILED
7/15/20 5:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**VIDEOMINING CORPORATION,**     Bankruptcy No. 20-20425-GLT

Debtor.     Chapter 11

**VIDEOMINING CORPORATION,**     Document No. 158 and 172

Movant,

vs.

**NO RESPONDENT.**

### ORDER OF COURT

Upon consideration of the Debtor's Motion to Extend the Exclusivity Periods, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Debtor is hereby granted an extension of the exclusive period to file a Plan of Reorganization until October 1, 2020.

2. The period mandated by 1121(c)(3) is hereby extended until November 30, 2020.

3. This Order is without prejudice to the rights of White Oak Business Capital, Inc., or any other party-in-interest, to file a motion seeking an expedited hearing to request shortening or terminating the exclusive periods should it be deemed by the Court that cause exists for such party-in-interest to seek such relief.

DATE: 7/15/20

_____
United States Bankruptcy Judge