IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| VIDEOMINING CORPORATION, | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| VIDEOMINING CORPORATION, | Document No. |
| Movant, | Related to Doc. No. 173 |
| vs. | |
| NO RESPONDENT. | |

## SECOND MOTION TO EXTEND THE EXCLUSIVITY PERIODS

**AND NOW**, comes VideoMining Corporation, the Debtor in the instant Chapter 11 Case, by and through its Counsel, Robert O Lampl, John P. Lacher, Ryan J. Cooney and Sy O. Lampl and files this **SECOND MOTION TO EXTEND THE EXCLUSIVITY PERIODS**, as follows:

1. The Movant is VideoMining Corporation, the Debtor in this Chapter 11 Case, which was commenced via a voluntary petition for relief filed in this Honorable Court on February 4, 2020 at Doc. No. 1 herein.

2. Pursuant to 11 U.S.C. Section 1121(b), only the Debtor may file a Plan until after 120 days after the date of the order for relief. That exclusivity period was originally set to expire on June 3, 2020. Additionally, and pursuant to 11 U.S.C. Section 1121(c)(3), the Debtor has an exclusive period of 180 days after the date of the order for relief to file a plan which has been accepted by each class of claims or interests that is impaired under the plan. That exclusivity period was originally set to expire on August 2, 2020.

3. On July 15, 2020, this Honorable Court entered an Order extending the exclusivity period under 1121(b) until October 1, 2020 and extending the period under 1121(c)(3) until November 30, 2020 (ECF No. 173).

4. Through the instant Motion the Debtor seeks an additional extension of the exclusivity periods.

5. On September 25, 2020, this Honorable Court approved the Second Stipulation and Consent Order Modifying and Extending Orders Authorizing Cash Collateral and DIP Financing and Use of Cash Collateral (the "Second Cash Collateral Stipulation") (ECF No. 189).

6. Importantly, under the Second Cash Collateral Stipulation, the Debtor and its secured creditors agreed to new dates for which the Debtor is to implement a sales process for some or all of its assets.

7. Specifically, the Debtor is to enter into a binding asset purchase agreement for some or all of its assets by November 15, 2020. Further, and in the event that the Debtor has not entered into a binding asset purchase agreement on or before November 15, 2020, the Debtor shall commence and conduct an auction for its patent assets by January 29, 2020.

8. Such a sale or auction will significantly affect the direction of this case and the Debtor submits that the exclusivity periods should be extended until the Debtor has had time to implement either scenario.

9. Specifically, the Debtor requests an additional 120 day extension of both exclusivity periods so that if granted, the deadline to file a Plan would be January 29, 2021 and the deadline to file a Plan which has been accepted by each class of claims or interests that is impaired under the Plan would be March 30, 2021.

10. The requested extension is in the best interest of this Estate and all parties in interest.

**WHEREFORE**, the Movant respectfully requests that this Honorable Court extend the exclusivity periods under 11 U.S.C. Section 1121(b) and (c)(3) for an additional 120 days.

Respectfully Submitted,

Date: September 30, 2020

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtors
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VIDEOMINING CORPORATION,**     Bankruptcy No. 20-20425-GLT

    Debtor.     Chapter 11

**VIDEOMINING CORPORATION,**     Document No.

    Movant,     Related to Doc. No. 173

vs.

**NO RESPONDENT.**

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 30th day of September, 2020, a true and correct copy of the foregoing **SECOND MOTION TO EXTEND THE EXCLUSIVITY PERIODS** was served upon the following:

Office of the U.S. Trustee
1001 Liberty Avenue
970 Liberty Center
Pittsburgh, PA  15219

Date: September 30, 2020

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtors
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com