# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**VIDEOMINING CORPORATION,**  Bankruptcy No. 20-20425-GLT

    **Debtor.**  Chapter 11

**VIDEOMINING CORPORATION,**  Document No.

    **Movant,**  Related to Doc. No. 173

    vs.

**NO RESPONDENT.**

## ORDER OF COURT

Upon consideration of the Debtor's Second Motion to Extend the Exclusivity Periods, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Debtor is hereby granted an extension of the exclusive period to file a Plan of Reorganization until January 29, 2020.

2. The period mandated by 1121(c)(3) is hereby extended until March 30, 2021.

3. This Order is without prejudice to the rights of White Oak Business Capital, Inc., or any other party-in-interest, to file a motion seeking an expedited hearing to request shortening or terminating the exclusive periods should it be deemed by the Court that cause exists for such party-in-interest to seek such relief.

DATE: _____    _____
                                                         United States Bankruptcy Judge