FILED
10/21/20 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| VIDEOMINING CORPORATION, | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| VIDEOMINING CORPORATION, | Document No. |
| Movant, | Related to Doc. No. 191 |
| vs. | |
| NO RESPONDENT. | |

## ORDER OF COURT

Upon consideration of the Debtor's Second Motion to Extend the Exclusivity Periods, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Debtor is hereby granted an extension of the exclusive period to file a Plan of Reorganization until January 29, 2021.

2. The period mandated by 1121(c)(3) is hereby extended until March 30, 2021.

3. This Order is without prejudice to the rights of White Oak Business Capital, Inc., or any other party-in-interest, to file a motion seeking an expedited hearing to request shortening or terminating the exclusive periods should it be deemed by the Court that cause exists for such party-in-interest to seek such relief.

Prepared by:   Robert Lampl, Esq.

**DEFAULT ENTRY**

Dated: October 21, 2020

Gregory Taddonio   hct
United States Bankruptcy Judge