**EXHIBIT A TO THIRD STIPULATION AND CONSENT ORDER FILED AT ECF # 205**

**VideoMining Corporation**
Budget Forecast - Week 40 - Week 55

| Week Ending ==> | Week 40 13-Nov | Week 41 20-Nov | Week 42 27-Nov | Week 43 4-Dec | Week 44 11-Dec | Week 45 18-Dec | Week 46 25-Dec | Week 47 1-Jan | Week 48 8-Jan | Week 49 15-Jan |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning A/R | $263,500 | $263,500 | $403,000 | $458,000 | $428,000 | $503,000 | $529,500 | $480,000 | $450,000 | $355,000 |
| Sales | $0 | $139,500 | $55,000 | $0 | $75,000 | $90,000 | $0 | $0 | $0 | $45,000 |
| Collections | $0 | $0 | $0 | ($30,000) | $0 | ($63,500) | ($49,500) | ($30,000) | ($95,000) | $0 |
| Discounts Taken | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending A/R | $263,500 | $403,000 | $458,000 | $428,000 | $503,000 | $529,500 | $480,000 | $450,000 | $355,000 | $400,000 |
| EXPENSES | | | | | | | | | | |
| Payroll | $0 | $0 | $43,000 | $14,000 | $0 | $18,000 | $7,000 | $43,000 | $14,000 | $18,000 |
| Employee Benefits | $0 | $0 | $0 | $0 | $0 | $0 | $9,500 | $0 | $9,500 | $0 |
| Professional Services | $0 | $0 | $0 | $0 | $0 | $0 | $8,500 | $0 | $8,500 | $0 |
| Contract Services | $0 | $20,400 | $0 | $2,500 | $0 | $8,500 | $0 | $2,500 | $0 | $0 |
| Cost of Good Sold | $0 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $1,000 | $1,000 | $2,000 | $2,000 |
| General Operating Expenses | $0 | $7,500 | $2,500 | $2,500 | $2,500 | $16,000 | $1,000 | $1,000 | $2,500 | $2,000 |
| Facilities Expense | $0 | $0 | $0 | $0 | $0 | $7,250 | $0 | $0 | $0 | $7,250 |
| Insurance Expense | $0 | $800 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,800 |
| Patent Maintenance / Sale Cost | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Chapter 11 Legal Fees | $0 | $0 | $0 | $7,500 | $0 | $7,500 | $0 | $7,500 | $7,500 | $0 |
| IRS Settlement | $0 | $0 | $0 | $7,500 | $0 | $0 | $0 | $0 | $0 | $0 |
| US Trustee Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP Lending Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP Financing Interest | $0 | $0 | $0 | $500 | $0 | $0 | $0 | $0 | $600 | $0 |
| TOTAL OPERATING EXPENSES | $0 | $30,700 | $47,500 | $36,500 | $4,500 | $59,250 | $27,000 | $55,000 | $44,600 | $31,050 |
| CASH REQUIREMENTS | | | | | | | | | | |
| Beginning Cash | $2,000 | $2,000 | $41,650 | $17,650 | $150 | $6,650 | $10,900 | $25,000 | $0 | $17,900 |
| Collections | $0 | $0 | $0 | $30,000 | $0 | $63,500 | $49,500 | $30,000 | $95,000 | $0 |
| Less: Operation Expenses | $0 | ($30,700) | ($47,500) | ($36,500) | ($4,500) | ($59,250) | ($27,000) | ($55,000) | ($44,600) | ($31,050) |
| WOBC Payment | $0 | $0 | $0 | $0 | $0 | $0 | ($9,000) | $0 | $0 | $0 |
| Refunds / Cobra payment / Deposits | $0 | $600 | $0 | $0 | $0 | $0 | $600 | $0 | $0 | $0 |
| DIP Borrowing / Repayment | $0 | $69,750 | $23,500 | ($11,000) | $11,000 | $0 | $0 | $0 | ($32,500) | $22,500 |
| Ending Balance | $2,000 | $41,650 | $17,650 | $150 | $6,650 | $10,900 | $25,000 | $0 | $17,900 | $9,350 |
| Qualified DIP AR | $233,500 | $373,000 | $428,000 | $398,000 | $473,000 | $499,500 | $450,000 | $450,000 | $355,000 | $400,000 |
| Facility Limit | $210,000 | $210,000 | $210,000 | $210,000 | $210,000 | $210,000 | $210,000 | $210,000 | $210,000 | $210,000 |
| Borrowing Percentage | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Borrowing Avail. | $116,750 | $186,500 | $210,000 | $199,000 | $210,000 | $210,000 | $210,000 | $210,000 | $177,500 | $200,000 |
| DIP Loan Balance | $116,750 | $186,500 | $210,000 | $199,000 | $210,000 | $210,000 | $210,000 | $210,000 | $177,500 | $200,000 |
| Net Availability | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP LENDER LINE OF CREDIT | | | | | | | | | | |
| Opening Balance | $116,750 | $116,750 | $186,500 | $210,000 | $199,000 | $210,000 | $210,000 | $210,000 | $210,000 | $177,500 |
| Net Lending | $0 | $69,750 | $23,500 | ($11,000) | $11,000 | $0 | $0 | $0 | ($32,500) | $22,500 |
| Ending Balance | $116,750 | $186,500 | $210,000 | $199,000 | $210,000 | $210,000 | $210,000 | $210,000 | $177,500 | $200,000 |

Confidential