FILED
1/12/21 6:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. 214 |
| Movant, | |
| vs. | |
| **NO RESPONDENT.** | |

## ORDER APPROVING RETENTION OF ICAP PATENT BROKERAGE, LLC AS PATENT BROKER

**AND NOW**, this __12th__ day of ____January____, 2021, upon consideration of the **APPLICATION FOR APPROVAL OF PATENT BROKER (the "Application")**, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. ICAP Patent Brokerage, LLC (ICAP), 173 Huguenot St., Suite 200, New Rochelle, NY 10801, is hereby appointed as Patent Broker for the Debtor in this bankruptcy proceeding pursuant to the terms described in *Exhibit A* which is attached to the Application, for the purpose of acting as the Debtor's Patent Broker in connection with the sale of the Debtor's intellectual property. A commission structure as follows is tentatively approved subject to final court order:

   a. 20% for any sales price up to $1,000,000;

   b. 15% if the sales price is between $1,000,001 and 3,000,000;

   c. 12% if the sales price is between $3,000,0001 and $5,000,000; and

    d. 10% if the sales price is greater than $5,000,000.

  3. Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount of the subject intellectual property, and the extent and nature of awards in similar cases.

  4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

  5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

  DEFAULT ENTRY

                  Gregory L. Taddonio hct
                  United States Bankruptcy Court Judge

c: Debtor