Form 600v

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **VideoMining Corporation** | : | Case No. 20–20425–GLT |
| 25–1853162 | : | Chapter: 11 |
| *Debtor(s)* | : | |
| | : | |
| VideoMining Corporation | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 229 |
| v. | : | |
| NO RESPONDENT | : | Hearing Date: 3/4/21 at 10:30 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION
### (VIDEO CONFERENCE PROCEDURES EFFECTIVE OCTOBER 1, 2020)

   *AND NOW*, this *The 1st of February, 2021*, a *Third Motion to Extend The Exclusivity Periods* having been filed at Doc. No. 229 by the Debtor,

   It is hereby *ORDERED, ADJUDGED and DECREED* that:

   (1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall *IMMEDIATELY* serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. In Chapter 11 cases, all equity security holders, if any, are to be served. Counsel for the Moving Party shall then file a *Certificate of Service*. *Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.*

   (2) *On or before February 18, 2021,* any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

   (3) This *Motion* is scheduled for a video conference, non–evidentiary hearing on *March 4, 2021* at *10:30 AM* at Zoom location, https://www.zoomgov.com/j/ at which time the parties and/or their counsel shall appear by video and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by Judge Taddonio's Modified Procedures For Remote Participation (http://www.pawb.uscourts.gov/procedures–2) **no later than 4:00 p.m. on the business day prior to the hearing.**

   (4) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter an order by default. *To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.* In the event a default order has been entered, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy *IMMEDIATELY*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Robert Lampl, Esq.