FILED
2/10/21 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-20425-GLT |
| VIDEOMINING CORPORATION, | Chapter 11 |
| Debtor. | Document No. ____ |
| | Related to Doc. Nos. 233 |

### FOURTH STIPULATION AND CONSENT ORDER MODIFYING AND EXTENDING ORDERS AUTHORIZING USE OF CASH COLLATERAL

Upon the agreement and stipulation of Enterprise Bank ("Enterprise"), White Oak Business Capital, Inc. ("White Oak"), the Internal Revenue Service of the United States ("IRS"), and the above-captioned Debtor (collectively, the "Parties"), by and through their undersigned counsel, to the terms and conditions set forth in this Fourth Stipulation and Consent Order (this "Fourth Stipulation"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court finding that due notice and such opportunity for a hearing as is appropriate under the circumstances has occurred and that no further notice to any party in interest is required; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and good and sufficient cause appearing therefor;

IT IS hereby STIPULATED, AGREED, and ORDERED as follows:

1. Pursuant to the terms of the Final Order Authorizing Use of Cash Collateral Through May 8, 2020 entered by the Court on March 12, 2020 (ECF No. 102) (the "Final Cash Collateral Order") along with the Stipulation and Consent Order (1) Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral and (2) Authorizing Amendment of DIP Loan Documents entered on August 21, 2020 (ECF No. 181) (the "First Stipulation"), the Second Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP

Financing and Use of Cash Collateral entered on September 25, 2020 (ECF No. 189) (the "Second Stipulation") and the Third Stipulation and Consent order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral entered on November 24, 2020 (ECF No. 208)(the "Third Stipulation" and together with the Final Cash Collateral Order, the First Stipulation, the Second Stipulation and the Third Stipulation, the "Orders"), the Debtor was authorized to use cash collateral through January 15, 2021.

2. The Parties have agreed to further modify and extend the Orders under the terms and conditions of this Fourth Stipulation.

3. The Debtor is hereby authorized to use cash collateral from January 16, 2021 through February 26, 2021 consistent with the Orders and the budget attached hereto as **Exhibit A**, which budget has been agreed to by the Parties.

4. Except as expressly modified hereby, all terms and conditions of the Orders remain in full force and effect.  Capitalized terms not otherwise defined in this Stipulation and Consent order shall have the meanings ascribed to such terms in the Orders.

5. Except as expressly provided in this Consent Order, nothing herein waives, prejudices, or otherwise affects the rights and remedies of the Parties, whether under the Bankruptcy Code, applicable non-bankruptcy law, the Orders, at law or in equity, or otherwise, and all such rights and remedies are hereby reserved

[Signatures appear on following page]

| | |
|---|---|
| CONSENTED AND AGREED TO: | CONSENTED AND AGREED TO: |
| | |
| */s/ Ryan J. Cooney*_____ | */s/ Thomas D. Maxson*_____ |
| Ryan J. Cooney | William E. Kelleher, Jr. |
| (PA ID No. 319213) | (PA ID No. 30747) |
| 223 Fourth Avenue, 4th Fl. | Thomas D. Maxson |
| Pittsburgh, PA 15222 | (PA ID No. 63207) |
| Phone: (412) 392-0330 | Daniel P. Branagan |
| Fax: (412) 392-0335 | (PA ID No. 324607) |
| rcooney@lampllaw.com | |
| | DENTONS COHEN & GRIGSBY P.C. |
| Dated: February 5, 2021 | 625 Liberty Avenue |
| | Pittsburgh, PA 15222-3152 |
| *Counsel for Debtor,* | Phone: (412) 297-4900 |
| *VIDEOMINING CORPORATION* | Fax: (412) 209-0672 |
| | bill.kelleher@dentons.com |
| | thomas.maxson@dentons.com |
| | daniel.branagan@dentons.com |
| | |
| | Dated: February 5, 2021 |
| | |
| | *Counsel for ENTERPRISE BANK* |

[Signatures continue on following page]

| CONSENTED AND AGREED TO: | CONSENTED AND AGREED TO: |
|---|---|
| */s/ Jill L. Locnikar*_____ | */s/ Jeffrey M. Rosenthal*_____ |
| Jill L. Locnikar | Jeffrey M. Rosenthal |
| Assistant U.S. Attorney | MANDELBAUM SALSBURG P.C. |
| Civil Division | 3 Becker Farm Road |
| Joseph F. Weis, Jr. United States Courthouse | Roseland, NJ 07068 |
| 700 Grant Street, Suite 4000 | |
| Pittsburgh, PA 15219 | George T. Snyder |
| (412) 894-7429 (phone) | PA ID No. 53525 |
| (412) 644-6995 (fax) | Stonecipher Law Firm |
| jill.locnikar@usdoj.gov | 125 1st Avenue |
| | Pittsburgh, PA 15222 |
| Dated: February 5, 2021 | (412) 391-8510 (phone) |
| | (412) 391-8522 (fax) |
| *Counsel for INTERNAL REVENUE SERVICE OF THE UNITED STATES* | gsnyder@stonecipherlaw.com |
| | Dated: February 5, 2021 |
| | *Counsel for WHITE OAK BUSINESS CAPITAL, INC.* |

SO ORDERED:

Dated: __February 10_____ ___, 2021

_____
Gregory L. Taddonio
United States Bankruptcy Judge