IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/22/21 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

VIDEOMINING CORPORATION,

Debtor.

VIDEOMINING CORPORATION,

Movant,

vs.

NO RESPONDENT.

Bankruptcy No. 20-20425-GLT

Chapter 11

Document No.

Related to Doc. Nos. 229

## ORDER OF COURT

Upon consideration of the Debtor's Third Motion to Extend the Exclusivity Periods, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Debtor is hereby granted an extension of the exclusive period to file a Plan of Reorganization until May 29, 2021.

2. The period mandated by 1121(c)(3) is hereby extended until July 28, 2021.

3. This Order is without prejudice to the rights of White Oak Business Capital, Inc., or any other party-in-interest, to file a motion seeking an expedited hearing to request shortening or terminating the exclusive periods should it be deemed by the Court that cause exists for such party-in-interest to seek such relief.

Prepared by:  Robert Lampl, Esq.

DEFAULT ENTRY

Dated: February 22, 2021

Gregory L. Taddonio   hct
United States Bankruptcy Judge