VideoMining Corporation
Budget Weeks 54 to 62
2-20-2021

| Week Ending ==> | Week 54 19-Feb | Week 55 26-Feb | Week 56 5-Mar | Week 57 12-Mar | Week 58 19-Mar | Week 59 26-Mar | Week 60 2-Apr | Week 61 9-Apr | Week 62 16-Apr |
|---|---|---|---|---|---|---|---|---|---|
| Beginning A/R | $162,000 | $162,000 | $307,000 | $427,000 | $427,000 | $462,000 | $537,000 | $422,000 | $455,000 |
| Sales | $1,500 | $170,000 | $120,000 | $0 | $125,000 | $75,000 | $0 | $50,000 | $75,000 |
| Collections | ($1,457) | ($24,250) | $0 | $0 | ($90,000) | $0 | ($115,000) | ($17,000) | $0 |
| Discounts Taken | ($43) | ($750) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending A/R | $162,000 | $307,000 | $427,000 | $427,000 | $462,000 | $537,000 | $422,000 | $455,000 | $530,000 |
| EXPENSES | | | | | | | | | |
| Payroll | $0 | $43,000 | $35,000 | $27,000 | $8,000 | $0 | $64,000 | $23,000 | $0 |
| Employee Benefits | $0 | $7,500 | $0 | $9,500 | $0 | $0 | $9,500 | $0 | $0 |
| Professional Services | $0 | $0 | $9,000 | $0 | $9,000 | $0 | $9,000 | $0 | $0 |
| Contract Services | $0 | $500 | $14,000 | $1,400 | $7,800 | $400 | $6,000 | $1,400 | $7,800 |
| Cost of Good Sold | $600 | $1,000 | $7,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| General Operating Expenses | $0 | $500 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Facilities Expense | $0 | $7,600 | $0 | $7,600 | $0 | $0 | $0 | $7,600 | $0 |
| Insurance Expense | $0 | $0 | $2,600 | $0 | $0 | $0 | $1,850 | $0 | $0 |
| Patent Maintenance / Sale Cost | $0 | $0 | $0 | $1,800 | $0 | $0 | $0 | $1,800 | $0 |
| Chapter 11 Legal Fees | $0 | $15,000 | $0 | $15,000 | $0 | $0 | $15,000 | $0 | $0 |
| IRS Settlement | $0 | $7,500 | $0 | $0 | $0 | $0 | $7,500 | $0 | $0 |
| US Trustee Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP Lending Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP Financing Interest | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $1,000 | $1,000 |
| TOTAL OPERATING EXPENSES | $600 | $82,600 | $70,600 | $66,300 | $28,800 | $4,400 | $117,850 | $38,800 | $12,800 |
| CASH REQUIREMENTS | | | | | | | | | |
| Beginning Cash | $483 | $9,840 | $11,490 | $5,890 | $4,590 | $15,790 | $11,390 | $8,540 | $16,740 |
| Collections | $1,457 | $24,250 | $0 | $0 | $90,000 | $0 | $115,000 | $17,000 | $0 |
| Less: Operation Expenses | ($600) | ($82,600) | ($70,600) | ($66,300) | ($28,800) | ($4,400) | ($117,850) | ($38,800) | ($12,800) |
| WOBC Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Refunds / Cobra payment / Deposits | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP Borrowing / Repayment | $8,500 | $60,000 | $65,000 | $65,000 | ($50,000) | $0 | $0 | $30,000 | $0 |
| Ending Balance | $9,840 | $11,490 | $5,890 | $4,590 | $15,790 | $11,390 | $8,540 | $16,740 | $3,940 |
| Qualified DIP AR | $162,000 | $307,000 | $427,000 | $427,000 | $462,000 | $537,000 | $422,000 | $455,000 | $530,000 |
| Facility Limit | $210,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 |
| Borrowing Percentage | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Borrowing Avail. | $81,000 | $307,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 |
| DIP Loan Balance | $81,000 | $141,000 | $206,000 | $271,000 | $221,000 | $221,000 | $221,000 | $251,000 | $251,000 |
| Net Availability | $0 | $166,000 | $129,000 | $64,000 | $114,000 | $114,000 | $114,000 | $84,000 | $84,000 |
| DIP LENDER LINE OF CREDIT | | | | | | | | | |
| Opening Balance | $72,500 | $81,000 | $141,000 | $206,000 | $271,000 | $221,000 | $221,000 | $221,000 | $251,000 |
| Net Lending | $8,500 | $60,000 | $65,000 | $65,000 | ($50,000) | $0 | $0 | $30,000 | $0 |
| Ending Balance | $81,000 | $141,000 | $206,000 | $271,000 | $221,000 | $221,000 | $221,000 | $251,000 | $251,000 |

Confidential

Page 1

**EXHIBIT B**