Form 611

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **VideoMining Corporation** | : | Case No. 20−20425−GLT |
| 25−1853162 | : | Chapter: 11 |
| *Debtor(s)* | : | |
| | : | |
| VideoMining Corporation | : | |
| *Movant(s),* | : | Related to Doc. No. 241 |
| | : | |
| v. | : | Hearing Date: 2/25/21 at 04:00 PM |
| NO RESPONDENT | : | Response Date: 2/25/21 AT 4PM |
| *Respondent(s).* | : | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled Motion to Reschedule Hearing on Certification of Counsel has been filed in the above−referenced case by the Debtor .

A hearing has been scheduled for February 25, 2021 at 04:00 PM in Zoom location, https://www.zoomgov.com/j/. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (http://www.pawb.uscourts.gov/procedures−2) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation.

Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before at the time of the hearing.

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

Dated: February 25, 2021

cm: Debtor
   Debtor's Counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e−mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.