Case 20-20425-GLT    Doc 251    Filed 02/26/21    Entered 02/26/21 10:08:38    Desc Main
Document      Page 1 of 1

FILED
2/26/21 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20425-GLT |
| | : | Chapter: | 11 |
| VideoMining Corporation | : | | |
| | : | | |
| | : | Date: | 2/25/2021 |
| Debtor(s). | : | Time: | 04:00 |

## PROCEEDING MEMO

**MATTER:**   # 247 - Expedited Motion re: # 241 Certification of Counsel Regarding Fifth Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral and Authorizing Amendment of DIP Loan Documents
[Responses due at the time of the hearing]

**APPEARANCES:**
   Debtor:   Ryan Cooney
   White Oak Business Capital:   George Snyder, Jeffrey Rosenthal
   Enterprise Bank:   Thomas Maxson

**NOTES:**

**OUTCOME:**   1.   Certification of Counsel Regarding Fifth Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral and Authorizing Amendment of DIP Loan Documents [Dkt. No. 241] is APPROVED. (HT to issue Order at Dkt. No. 241-1)

**DATED:** 2/25/2021