Form 611

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **VideoMining Corporation** : | Case No. 20–20425–GLT | |
| 25–1853162 : | Chapter: 11 | |
| *Debtor(s)* : | | |
| : | | |
| VideoMining Corporation : | | |
| *Movant(s),* : | Related to Doc. No. 274 | |
| : | | |
| v. : | Hearing Date: 4/29/21 at 11:00 AM | |
| Enterprise Bank, White Oak Business Capital, : | Response Date: 4/29/21 at 9 | |
| Inc., and The Internal Revenue Service, : | | |
| *Respondent(s).* : | | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled Authorize Continued Use of Cash Collateral, Extend Maturity Date of DIP Loan and Approve Bridge LN has been filed in the above–referenced case by Debtor .

A hearing has been scheduled for April 29, 2021 at 11:00 AM in Zoom location, https://www.zoomgov.com/j/. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (http://www.pawb.uscourts.gov/procedures–2) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation.

Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before April 29, 2021 by 9:00 a.m..

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below.  A certificate of service shall be filed with the Clerk immediately.

Dated: April 27, 2021

cm: Debtor
     Robert O Lampl, Esq.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e–mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee.  In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors.  Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.