FILED
4/30/21 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. |
| Movant, | Related to Doc. No 274 |
| vs. | |
| **ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., AND THE INTERNAL REVENUE SERVICE.** | |

MODIFIED
**ORDER OF COURT**

Upon Consideration of the Debtor's Emergency Motion to (1) Authorize Continued Use of Cash Collateral; (2) Extend Maturity Date of the DIP Loan; and (3) Approve Bridge Loan (the "Motion"), it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1. The Debtor is hereby authorized to use cash collateral through May 14, 2021, consistent with the budget attached to ~~the Motion as **Exhibit D.**~~ this Order.

2. The maturity date on the DIP Loan is extended through May 14, 2021

~~2. Paragraphs 10(a) and 10(g) of the Modified Final Order Authorizing Debtor to Obtain Post-Petition Financing (ECF #113) are hereby modified so that the references to "February 28, 2021" and "March 31, 2021" are deleted and replaced with "July 2, 2021".~~

~~3. The Debtor is authorized to enter into the Debtor-In-Possession Bridge Loan Agreement (the "Bridge Loan Agreement") attached as **Exhibit C** to the Motion.~~

~~4. As set forth in the Bridge Loan Agreement, upon funding of the Bridge Loan, Onmyodo, LLC shall be granted an administrative claim in the amount of $72,150.00 until the Bridge Loan has been repaid.~~

5.    ~~Additionally, Onmyodo, LLC shall be granted a second position lien in the $125,000 Security Deposit Account currently owned by Rajeev and Vishnu Sharma and held at Enterprise Bank, which account was authorized by and identified in this Court's Order entered at ECF #250.~~

6.    Except as expressly modified through this Order, all terms and conditions of the Orders entered at ECF #'s 102, 113, 181, 189, 208, 235 & 250 remain in full force and effect.

7.    A continued status conference and hearing on the continued use of cash collateral is set for May 12, 2021 at 11:30 a.m. via Zoom Video Conference. Parties that wish to participate in the hearing shall refer to Judge Taddonio's Modified Procedures and register for the hearing by 4 p.m. the day before the hearing.

Dated: April 30, 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

# EXHIBIT A

**VideoMining Corporation**
Budget Weeks 64 to 66
4-29-2021

| Week Ending ==> | Week 64 30-Apr | Week 65 7-May | Week 66 14-May |
|---|---|---|---|
| Beginning A/R | $203,035 | $140,500 | $292,500 |
| Sales | $0 | $170,000 | $0 |
| Collections | ($62,535) | ($18,000) | ($55,000) |
| Discounts Taken | $0 | $0 | $0 |
| Ending A/R | $140,500 | $292,500 | $237,500 |
| **EXPENSES** | | | |
| Payroll | $14,500 | $36,000 | $17,500 |
| Employee Benefits | $0 | $2,520 | $9,000 |
| Professional Services | $0 | $9,000 | $0 |
| Contract Services | $0 | $13,300 | $0 |
| Cost of Good Sold | $0 | $9,250 | $2,000 |
| General Operating Expenses | $0 | $1,500 | $7,000 |
| Facilities Expense | $0 | $7,600 | $0 |
| Insurance Expense | $0 | $1,750 | $0 |
| Patent Maintenance / Sale Cost | $0 | $600 | $0 |
| Chapter 11 Legal Fees | $0 | $0 | $0 |
| IRS Settlement | $0 | $7,500 | $0 |
| US Trustee Costs | $0 | $4,850 | $0 |
| DIP Lending Fees | $0 | $13,443 | $0 |
| DIP Financing Interest | $0 | $1,500 | $0 |
| **TOTAL OPERATING EXPENSES** | $14,500 | $108,813 | $35,500 |
| **CASH REQUIREMENTS** | | | |
| Beginning Cash | $510 | $16,885 | $14,607 |
| Collections | $62,535 | $18,000 | $55,000 |
| Less: Operation Expenses | ($14,500) | ($108,813) | ($35,500) |
| WOBC Payment | $0 | $0 | $0 |
| Refunds / Cobra payment / Deposits | $875 | $0 | $0 |
| DIP Borrowing / Repayment | ($32,535) | $88,535 | ($33,750) |
| Ending Balance | $16,885 | $14,607 | $357 |
| Qualified DIP AR | $140,500 | $292,500 | $237,500 |
| Facility Limit | $325,000 | $325,000 | $325,000 |
| Borrowing Percentage | 50% | 50% | 50% |
| Borrowing Avail. | $195,250 | $271,250 | $237,500 |
| DIP Loan Balance | $182,715 | $271,250 | $237,500 |
| **Net Availability** | $12,535 | $0 | $0 |
| **DIP LENDER LINE OF CREDIT** | | | |
| Opening Balance | $215,250 | $182,715 | $271,250 |
| Net Lending | ($32,535) | $88,535 | ($33,750) |
| Ending Balance | $182,715 | $271,250 | $237,500 |

Confidential

Page 1