FILED
5/12/21 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**VIDEOMINING CORPORATION,**           Bankruptcy No. 20-20425-GLT

Debtor.

**VIDEOMINING CORPORATION,**           Document No. 288

Movant,

vs.

**ENTERPRISE BANK, WHITE OAK
BUSINESS CAPITAL, INC., DILIP HARI,
RICHARD HIRATA, THE PENNSYLVANIA
DEPARTMENT OF REVENUE AND
THE INTERNAL REVENUE SERVICE,**

Respondents.

### ORDER OF COURT CONFIRMING PATENT LICENSE

On consideration of the Debtor's Expedited Motion to Approve Patent License (the "Motion") and after a Zoom Hearing on May 12, 2021 regarding said Motion, **IT IS ORDERED, ADJUDGED AND DECREED** that:

(1)    The Motion is granted.

(2)    The terms of the Agreement, which Agreement is attached as **Exhibit A** to the Motion, are approved.

(3)    Upon payment of $325,000.00 (the "License Price"), which payment shall be made by Amazon Technologies, Inc. ("Amazon") within thirty (30) days of the date of this Order, Amazon shall be granted a perpetual, non-exclusive, fully paid-up license in any and all Patents owned by VideoMining as of the date of this Order.

(4)     The License Price is a full and fair price for the license.

(5)     Upon receipt of the License Price, the Debtor is authorized to pay ICAP Patent Brokerage, LLC (ICAP) a commission payment in the amount of $65,000.00 (the "Commission Payment"), which payment shall be made by the Debtor within three (3) business days of its receipt of the License Price.

(6)     The remainder of the License Price following the Commission Payment shall be paid to Enterprise Bank.

(7)     This Order shall survive any dismissal or conversion of the within case.

Date: May 12, 2021

Gregory L. Taddonio hct
United States Bankruptcy Court Judge