# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| **Debtor.** | Chapter 11 |
| | Document No. |
| | Related to Doc. Nos. 102, 113, 179, 180, 181, 189, 208, 235, 250, 284 & 296 |

## CERTIFICATION OF COUNSEL FOR SIXTH STIPULATION AND CONSENT ORDER MODIFYING AND EXTENDING ORDERS AUTHORIZING DIP FINANCING AND USE OF CASH COLLATERAL

The undersigned counsel hereby certifies that a Sixth Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral was agreed to by the Debtor, Enterprise Bank, White Oak Business Capital, Inc., and the Internal Revenue Service.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

[X] No other Order has been filed pertaining to the subject matter of this agreement.

Respectfully Submitted,

Date: <u>May 25, 2021</u>            */s/ Robert O Lampl*
                                                   ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**VIDEOMINING CORPORATION,**     Bankruptcy No. 20-20425-GLT

**Debtor.**     Chapter 11

Document No.

Related to Doc. Nos. 102, 113, 179, 180, 181, 189, 208, 235, 250, 284 & 296

### CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 25th day of May, 2021, a true and correct copy of the foregoing **Certification of Counsel for Sixth Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral** was served upon the following *(via electronic service):*

Norma Hildenbrand
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
Norma.L.Hildenbrand@usdoj.gov

Thomas D. Maxson
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
Thomas.maxson@dentons.com

Jeffrey M. Rosenthal
Mandelbaum Salsburg P.C.
3 Becker Farm Road
Roseland, NJ 07068
jrosenthal@lawfirm.ms

Jill L. Locnikar
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Jill.locnikar@usdoj.gov

Date: <u>May 25, 2021</u>  /s/ *Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com