FILED
5/25/21 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

VIDEOMINING CORPORATION,

Debtor.

Bankruptcy No. 20-20425-GLT

Chapter 11

Document No. _____

Related to Doc. Nos. 274 and 299

## SIXTH STIPULATION AND CONSENT ORDER MODIFYING AND EXTENDING ORDERS AUTHORIZING DIP FINANCING AND USE OF CASH COLLATERAL

Upon the agreement and stipulation of Enterprise Bank ("Enterprise"), White Oak Business Capital, Inc. ("White Oak"), the Internal Revenue Service of the United States ("IRS"),  and the above-captioned Debtor, (collectively, the "Parties"), by and through their undersigned counsel, to the terms and conditions set forth in this Sixth Stipulation and Consent Order (this "Sixth Stipulation"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court finding that due notice and such opportunity for a hearing as is appropriate under the circumstances has occurred and that no further notice to any party in interest is required; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and good and sufficient cause appearing therefor;

IT IS hereby STIPULATED, AGREED, and ORDERED as follows:

1.      Pursuant to the terms of the Final Order Authorizing Use of Cash Collateral Through May 8, 2020 entered by the Court on March 12, 2020 (ECF No. 102) (the "Final Cash Collateral Order") and the Modified Final Order Authorizing Debtor to Obtain Post-Petition Financing entered by the Court on March 19, 2020 (ECF No. 113) (the "Final DIP Order") along with the Stipulation and Consent Order (1) Modifying and Extending Orders Authorizing DIP

Financing and Use of Cash Collateral and (2) Authorizing Amendment of DIP Loan Documents entered on August 21, 2020 (ECF No. 181) (the "First Stipulation"), the Second Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral entered on September 25, 2020 (ECF No. 189) (the "Second Stipulation"), the Third Stipulation and Consent order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral entered on November 24, 2020 (ECF No. 208)(the "Third Stipulation"), the Fourth Stipulation and Consent Order Modifying and Extending Orders Authorizing Use of Cash Collateral entered on February 10, 2021 (ECF No.235) (the "Fourth Stipulation"), the Fifth Stipulation and Consent Order Modifying and Extending Orders Authorizing DIP Financing and Use of Cash Collateral and Authorizing Amendment of DIP Loan Documents entered on February 25, 2021 (ECF No. 250) (the "Fifth Stipulation"), the Modified Order of Court dated April 30, 2021 (ECF No. 284) (the "April 30th Order") and the Text Order entered on May 12, 2021 (ECF No. 296) (the "May 12, 2021 Order" and together with the Final Cash Collateral Order, the Final DIP Order, the First Stipulation, the Second Stipulation, the Third Stipulation, the Fourth Stipulation, the Fifth Stipulation, and the April 30th Order, the "Orders"), the maturity date of the DIP Loan is May 26, 2021 and the Debtor is Authorized to use cash collateral through May 26, 2021.

2.     The Parties have agreed to further modify and extend the Orders under the terms and conditions of this Sixth Stipulation.

3.     The Debtor is hereby authorized to use cash collateral through August 24, 2021 consistent with the Orders and the budget attached hereto as **Exhibit A,** which Budget has been agreed to by the Parties (the "Cash Collateral Extension").

4.      Paragraphs 10(a) and 10(g) of the Final DIP Order are hereby modified so that the references to "February 28, 2021" and "March 31, 2021" are deleted and replaced with "August 24, 2021" (the "the DIP Loan Extension").

5.      Subject to Paragraph 6, the Cash Collateral Extension and the DIP Loan Extension shall be effective so long as the Debtor is making progress towards closing on the sale of its assets in accordance with the Letter of Intent from VMC Acq., LLC ("VMC") dated May 11, 2021 (the "VMC transaction"). The Debtor shall file a Motion to Approve the VMC transaction on or before June 10, 2021.

6.      If the VMC transaction is terminated for any reason, or the Debtor violates any term or condition in the Orders or this Sixth Stipulation or an Event of Default as Defined in the DIP Loan Documents occurs and continues beyond all applicable cure periods, Enterprise shall be authorized to file a Motion for Relief from the Automatic Stay on an expedited basis.

7.      Pursuant to the VMC transaction, VMC has made a $100,000.00 non-refundable deposit, which is currently being held in Debtor's Counsel's escrow account (the "Non-Refundable Deposit"). The Debtor shall be authorized to utilize the Non-Refundable Deposit for operating expenses up until closing provided that the Debtor has first exhausted its cash and availability under the DIP Loan.

8.      In the event that the Debtor utilizes all or some of the the Non-Refundable Deposit for operating expenses and the Debtor subsequently closes sales resulting in cash or increased availability under its DIP Loan, the Debtor shall replenish the Non-Refundable Deposit up to the amount it previously utilized for operating expenses with the objective of the Non-Refundable Deposit equaling $100,000 on the date of the closing with VMC.

9.      Except as expressly modified hereby, all terms and conditions of the Orders remain in full force and effect.  Capitalized terms not otherwise defined in this Stipulation and Consent order shall have the meanings ascribed to such terms in the Orders.

10.      Except as expressly provided in this Sixth Stipulation, nothing herein waives, prejudices, or otherwise affects the rights and remedies of the Parties, whether under the Bankruptcy Code, applicable non-bankruptcy law, the Orders, at law or in equity, or otherwise, and all such rights and remedies are hereby reserved.

11.      The continued hearing scheduled for May 26, 2021 is CANCELLED.

CONSENTED AND AGREED TO:

CONSENTED AND AGREED TO:

*/s/ Ryan J. Cooney*
Ryan J. Cooney
(PA ID No. 319213)
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
Phone: (412) 392-0330
Fax: (412) 392-0335
rcooney@lampllaw.com

Dated: May 25, 2021

*Counsel for VIDEOMINING CORPORATION*

*/s/ Thomas D. Maxson*
William E. Kelleher, Jr.
(PA ID No. 30747)
Thomas D. Maxson
(PA ID No. 63207)
Daniel P. Branagan
(PA ID No. 324607)

DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
Fax: (412) 209-0672
bill.kelleher@dentons.com
thomas.maxson@dentons.com
daniel.branagan@dentons.com

Dated: May 25, 2021

*Counsel for ENTERPRISE BANK*

[Signatures continue on following page]

CONSENTED AND AGREED TO:

/s/ Jill L. Locnikar
Jill L. Locnikar
Assistant U.S. Attorney
Civil Division
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429 (phone)
(412) 644-6995 (fax)
jill.locnikar@usdoj.gov

Dated: May 25, 2021

*Counsel for INTERNAL REVENUE SERVICE OF THE UNITED STATES*

CONSENTED AND AGREED TO:

/s/ Jeffrey M. Rosenthal
Jeffrey M. Rosenthal
MANDELBAUM SALSBURG P.C.
3 Becker Farm Road
Roseland, NJ 07068

George T. Snyder
PA ID No. 53525
Stonecipher Law Firm
125 1st Avenue
Pittsburgh, PA 15222
(412) 391-8510 (phone)
(412) 391-8522 (fax)
gsnyder@stonecipherlaw.com

Dated: May 25, 2021

*Counsel for WHITE OAK BUSINESS CAPITAL, INC.*

SO ORDERED:

Dated: ___May 25_____ ___, 2021

Gregory L. Taddonio   hct
United States Bankruptcy Judge

**VidoeMining Corporation**
Budget Weeks 66 to 80
5-11-2021

| Week Ending ==> | Week 68 28-May | Week 69 4-Jun | Week 70 11-Jun | Week 71 18-Jun | Week 72 25-Jun | Week 73 2-Jul | Week 74 9-Jul | Week 75 16-Jul | Week 76 23-Jul | Week 77 30-Jul | Week 78 6-Aug | Week 79 13-Aug | Week 80 20-Aug | Week 81 27-Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning A/R** | $195,000 | $250,000 | $485,000 | $554,000 | $554,000 | $689,000 | $574,535 | $559,535 | $655,535 | $559,535 | $524,535 | $665,070 | $548,670 | $484,170 |
| Sales | $55,000 | $235,000 | $121,500 | $0 | $135,000 | $20,535 | $0 | $96,000 | $0 | $110,000 | $120,000 | $0 | $25,500 | $0 |
| Collections | $0 | $0 | ($52,500) | $0 | $0 | ($130,950) | ($15,000) | $0 | ($93,120) | ($145,000) | $20,535 | ($116,400) | ($90,000) | ($121,500) |
| Discounts Taken | $0 | $0 | $0 | $0 | $0 | ($4,050) | $0 | $0 | ($2,880) | $0 | $0 | $0 | $0 | $0 |
| **Ending A/R** | $250,000 | $485,000 | $554,000 | $554,000 | $689,000 | $574,535 | $559,535 | $655,535 | $559,535 | $524,535 | $665,070 | $548,670 | $484,170 | $362,670 |
| **EXPENSES** | | | | | | | | | | | | | | |
| Payroll | $54,000 | $12,250 | $9,600 | $3,500 | $9,600 | $52,600 | $19,000 | $0 | $9,800 | $53,000 | $19,000 | $0 | $49,000 | $49,000 |
| Employee Benefits | $5,700 | $0 | $0 | $0 | $9,500 | $0 | $9,500 | $0 | $9,500 | $0 | $0 | $9,500 | $0 | $0 |
| Professional Services | $9,000 | $0 | $0 | $0 | $18,000 | $0 | $0 | $9,000 | $0 | $0 | $9,000 | $0 | $0 | $0 |
| Contract Services | $13,900 | $14,500 | $5,000 | $0 | $0 | $11,100 | $0 | $2,400 | $12,400 | $11,100 | $2,400 | $10,800 | $400 | $11,100 |
| Cost of Good Sold | $1,000 | $1,500 | $1,500 | $1,500 | $1,500 | $1,000 | $1,000 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 |
| General Operating Expenses | $15,000 | $1,000 | $2,000 | $2,000 | $2,000 | $1,000 | $500 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Facilities Expense | $0 | $7,605 | $7,605 | $0 | $0 | $0 | $0 | $7,605 | $0 | $0 | $7,605 | $0 | $0 | $0 |
| Insurance Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Patent Maintenance / Sale Cost | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Chapter 11 Legal Fees | $0 | $7,500 | $0 | $0 | $7,500 | $0 | $0 | $7,500 | $0 | $7,500 | $0 | $0 | $7,500 | $0 |
| IRS Settlement | $0 | $0 | $7,500 | $0 | $7,500 | $7,500 | $0 | $7,500 | $0 | $7,500 | $0 | $0 | $0 | $0 |
| US Trustee Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,875 |
| DIP Lending Fees | $0 | $0 | $13,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| DIP Financing Interest | $0 | $1,500 | $0 | $0 | $0 | $0 | $2,300 | $0 | $0 | $0 | $2,300 | $0 | $0 | $0 |
| **TOTAL OPERATING EXPENSES** | $98,600 | $45,855 | $46,705 | $7,000 | $55,600 | $73,200 | $32,300 | $37,505 | $35,200 | $82,600 | $43,805 | $23,800 | $60,400 | $68,475 |
| **CASH REQUIREMENTS** | | | | | | | | | | | | | | |
| Beginning Cash | $5,856 | $12,256 | $1,401 | $7,196 | $196 | $4,596 | $62,346 | $45,046 | $7,541 | $5,461 | $7,861 | $13,521 | $36,121 | $65,721 |
| Collections | $0 | $0 | $52,500 | $0 | $0 | $130,950 | $15,000 | $0 | $93,120 | $145,000 | ($20,535) | $116,400 | $90,000 | $121,500 |
| Less:  Operation Expenses | ($98,600) | ($45,855) | ($46,705) | ($7,000) | ($55,600) | ($73,200) | ($32,300) | ($37,505) | ($35,200) | ($82,600) | ($43,805) | ($23,800) | ($60,400) | ($68,475) |
| WOBC Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Refunds / Cobra payment / Deposits | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| AGSM Deposit: Draw / Repay | $50,000 | ($50,000) | $0 | $0 | $60,000 | $0 | $0 | $0 | ($60,000) | $0 | $0 | $0 | $0 | $0 |
| DIP Borrowing / Repayment | $55,000 | $85,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($60,000) | $70,000 | ($70,000) | $0 | ($100,000) |
| **Ending Balance** | $12,256 | $1,401 | $7,196 | $196 | $4,596 | $62,346 | $45,046 | $7,541 | $5,461 | $7,861 | $13,521 | $36,121 | $65,721 | $18,746 |
| Qualified DIP AR | $250,000 | $485,000 | $554,000 | $554,000 | $689,000 | $574,535 | $559,535 | $655,535 | $559,535 | $524,535 | $665,070 | $548,670 | $484,170 | $362,670 |
| Facility Limit | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 |
| Borrowing Percentage | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Borrowing Avail. | $250,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $306,335 |
| DIP Loan Balance | $250,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $275,000 | $345,000 | $275,000 | $275,000 | $175,000 |
| **Net Availability** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $60,000 | ($10,000) | $60,000 | $60,000 | $131,335 |
| **DIP LENDER LINE OF CREDIT** | | | | | | | | | | | | | | |
| Opening Balance | $195,000 | $250,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $275,000 | $345,000 | $275,000 | $275,000 |
| Net Lending | $55,000 | $85,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($60,000) | $70,000 | ($70,000) | $0 | ($100,000) |
| **Ending Balance** | $250,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $275,000 | $345,000 | $275,000 | $275,000 | $175,000 |

EXHIBIT A

**VidoeMining Corporation**
Budget Weeks 66 to 80
5-11-2021

Notes:

| 1. Sales Forecast | |
|---|---|
| a.  Week 68 | Mars (rebranding insights - $55,000 (PO Received) |
| b.  Week 69 | Jack Links - $145,000,  Mars (C-Stores) - $90,000 (Documents in process) |
| c.  Week 70 | Mars - $121,500 (Grocery) (Documents in process) |
| d.  Week 72 | General Mills |
|  |  |
| **2.  Catchup** | **All administrative expenses are scheduled to be fully current by Week 72** |
| a.  Murtaza Amil (ex-President) | Unpaid Payroll for March (final paycheck) |
| b.  Rajeev Sharma (CEO) | Unpaid Payroll for: April - Week 70, May - Week 72 |
| c.  Onmyodo Prof. Serv. Fees | Unpaid Invoices for:  March - Week 68,  April & May - Week 72 |
| d.  Contractor Fees | Weeks 68 to 70 |
| e.  Rent | Week 69 - May, Week 70 - June |
| f.  IRS | Week 70 - April, Week - 72 - May |
|  |  |
| **3.  Other** | |
| a.  Week 68 | Software license renewal of ~$14,000 |