ASSET PURCHASE AGREEMENT

between

VideoMining Corporation

and

VMC ACQ., LLC

May 26, 2021

# EXHIBIT A

## ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT is made and entered into as of May 26, 2021 between VIDEOMINING CORPORATION, a Delaware corporation ("Seller"), with its principal corporate offices at 403 S. Allen Street, Suite 101, State College, PA 16801 and VMC ACQ., LLC, a Pennsylvania limited liability company, with its principal corporate offices at 2120 Old Gatesburg Road, State College, PA 16803 ("Buyer").

### BACKGROUND

A.      Seller is engaged in the business of providing innovative in-store behavior analytics services to retailers and Consumer Packaged Goods companies (the "Business").

B.      On February 4, 2020, (the "Petition Date"), Seller filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*, the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") commencing its bankruptcy case (Case No. 20-20425-GLT) the "Bankruptcy Case"). As of the date of this Agreement, Seller continues to operate the Business and manage its properties and affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

C.      Buyer desires to purchase, and Seller desires to sell, convey, assign and transfer to Buyer, the Purchased Assets (as defined below), subject to the terms and conditions set forth in this Agreement.

### AGREEMENT

NOW, THEREFORE, in consideration of the foregoing and the mutual representations, covenants and agreements herein contained, the Parties hereby agree as follows:

### ARTICLE I
### DEFINITIONS

For the purposes of this Agreement, in addition to those capitalized terms defined elsewhere throughout this Agreement, the following capitalized terms shall have the meanings set forth below:

"Accounts Receivable" shall mean all accounts receivable or other rights to payment of Seller of any kind or nature including work and services in process.

"Affiliate" shall mean, with respect to any specified Person, any other Person who, directly or indirectly, owns or controls, is under common ownership or control with, or is owned or controlled by, such specified Person. Without limiting the generality of the foregoing, a Person shall be deemed to "own" another Person if it owns, directly or indirectly, fifty (50%) or more of the capital stock, membership interest, or other equity interest of such other Person generally entitled to vote, without regard to specified contingencies, for the election of directors or

equivalent governing body of such other Person, provided, however, Buyer shall not be considered an Affiliate of Seller and Seller shall not be considered an Affiliate of Buyer.

"Agreement" shall mean this Asset Purchase Agreement, including all exhibits and schedules hereto, as may be amended.

"Assigned Contracts" as defined in Section 2.2.

"Avoidance Actions" means any and all rights, claims, causes of action and rights to recover or avoid transfers or to avoid any lien or interest that Seller may have under Chapter 5 of the Bankruptcy Code or otherwise, including, but not limited to, sections 506, 510, 522, 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, 551 or 553 of the Bankruptcy Code or applicable non-bankruptcy law or state law, and the proceeds thereof, or otherwise to exercise the avoidance powers provided under the Bankruptcy Code.

"Bankruptcy Rules" shall mean the Federal Rules of Bankruptcy Procedure, the local rules of the Bankruptcy Court, and any Orders of the Bankruptcy Court, as in effect from time to time.

"Breach", means, with respect to any representation, warranty, covenant, or obligation, any material misstatement or inaccuracy in, or any material failure to perform or comply with, the representation, warranty, covenant, or obligation within any applicable cure period.

"Business" as defined in Section A of the "Background" paragraph of this Agreement.

"Business Day" shall mean any day of the year other than: (i) any Saturday or Sunday; or (ii) any other day on which banks located in Pittsburgh, Pennsylvania, are closed for business.

"Cash" shall mean all cash, certificates of deposit, bank accounts and other cash equivalents or short-term investments, together with all accrued but unpaid interest thereon.

"Closing" as defined in Section 11.1.

"Closing Date" as defined in Section 11.1.

"Contract" shall mean any contract, lease, easement, license, sales order, purchase order, supply agreement, or any other agreement, commitment or understanding whether oral or written, other than Permits.

"Cure Obligations" shall mean all obligations to counterparties to the Assigned Contracts as of the Petition Date which must be satisfied in order to effectuate, pursuant to section 365(b)(1) of the Bankruptcy Code, the assumption by Seller and assignment to Buyer of the Assigned Contracts under Section 2.2 of this Agreement.

"Deposit" means the non-refundable deposit of $100,000 made by Buyer pursuant to the terms of that certain Letter of Intent dated May 11, 2021, submitted by Buyer to Seller and approved by the Court on May 12, 2021.

2

"Dollars" or numbers preceded by the symbol "$" shall mean amounts in United States Dollars.

"Encumbrance" shall mean any charge, claim, condition, equitable interest, lien (including without limitation any lien held or asserted by any Governmental Authority), option, pledge, security interest, mortgage, right of way, easement, encroachment, servitudes, right of first option, right of first refusal, or similar restriction, including restrictions of use, voting (in the case of any security or equity interest), transfer, receipt of income or exercise of any attribute of ownership, or other encumbrance, option or defect in title of every type and description, whether imposed by law, agreement, understanding or otherwise.

"Escrow Agent" means The Law Office of Robert O Lampl, acting in its capacity as escrow agent to hold the Deposit in its IOLTA or other trust account.

"Excluded Liabilities" shall mean all obligations and liabilities of Seller that are not included in the Assumed Liabilities.

"Final Order" shall mean an Order as to which there is no appeal, motion for reconsideration, stay or similar request for relief pending, and as to which the time period to seek or file any such appeal, motion for reconsideration, stay or similar request for relief has expired.

"Governmental Authority" shall mean the government of the United States, or any other foreign country or any state, provincial or political subdivision thereof and any entity, body or authority exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government.

"Intellectual Property" shall mean intellectual property of every kind and nature, including, without limitation, all inventions, information, data, customer lists and related information, samples, specifications, plans, drawings, blue prints, compositions, processes, designs, formulas, technical and business information, and know-how, including confidential information and trade secrets (whether or not patentable or reduced to practice), all United States and foreign patents, including without limitation the Patents, and petty patents (including continuations, continuations-in-part, divisions, reissues, re-examinations, extensions and renewals thereof) and patent applications, all United States and foreign registered and unregistered, brand names, trademarks, and service marks, logos and designs (and registrations and applications for registration of the same), domain names and all goodwill symbolized thereby or associated therewith, and copyrights and copyright registrations (and applications for the same) relating thereto, including computer software and mask works, and all extensions or renewals thereof, United States and foreign registrations and applications to register copyrights, technical manuals and documentation made or used in connection with any of the foregoing.

"Law" shall mean any law, statute, code, regulation, ordinance, or rule enacted or promulgated by any Governmental Authority.

"Loss" or "Losses" shall mean any and all damages (but excluding consequential, punitive and treble damages), losses, actions, proceedings, causes of action, obligations, liabilities, responsibilities, claims, encumbrances, penalties, demands, assessments, judgments, costs and

3

expenses including, without limitation, court costs and reasonable attorneys', experts' and consultants' fees and disbursements.

"Material Adverse Effect" means a state of facts, events, change or effect with respect to Seller that results in a material adverse effect on the Purchased Assets taken as a whole; but excluding any state of facts, event, change or effect caused by, attributable or relating to: (i) changes or conditions affecting Seller's industry generally; (ii) changes in economic, regulatory or political conditions generally; (iii) the filing and administration of the Bankruptcy Case (except for the conversion of the Bankruptcy Case to a proceeding under chapter 7); or (iv) the announcement of this Agreement.

"Order" means any order, injunction, judgment, decree, ruling, writ, assessment or arbitration award.

"Ordinary Course of Business" means an action taken or omitted to be taken by a Person only if that action or omission is consistent with the past practices of such Person.

"Parties" shall mean both Seller and Buyer, each of whom individually may be referred to as a "Party."

"Patents" shall mean those certain patent and patent applications issued in the name of Seller and shown on Schedule 2.1(e).

"Permits" shall mean permits, tariffs, authorizations, licenses, certificates, variances, interim permits, approvals, franchises and rights under any Law or otherwise issued or required by any Governmental Authority and any applications for the foregoing which are currently used or otherwise necessary for Seller to engage in the operation of the Business as currently conducted.

"Person" shall mean any individual, corporation, business trust, proprietorship, firm, partnership, limited partnership, limited liability partnership, limited liability company, trust, association, joint venture, Governmental Authority or other entity.

"Purchased Asset(s)" as defined in Section 2.1 hereof.

"Sale Order" shall mean an Order of the Bankruptcy Court that, among other things approves, pursuant to Sections 363 and 365 of the Bankruptcy Code, with findings that Buyer acted in good faith and is afforded the benefits of Section 363(m) of the Bankruptcy Code: (i) the execution, delivery and performance by Seller of this Agreement, and the other instruments and agreements contemplated hereby; (ii) the sale of the Purchased Assets to Buyer free and clear of all Encumbrances on the terms set forth herein; and (iii) the performance by Seller of its obligations under this Agreement, including, without limitation, the assumption and assignment of the Assigned Contracts.

"Tax" (and, with correlative meaning, "Taxes" and "Taxable") shall mean any federal, state, provincial, county, local or foreign taxes, charges, fees, duties (including customs duties), levies or other assessments, including income, gross receipts, net proceeds, ad valorem, turnover, real and personal property (tangible and intangible), sales, use, franchise, excise, value added, alternative, add-on minimum, stamp, leasing, lease, user, transfer, fuel, excess profits,

occupational, interest equalization, windfall profits, license, payroll, environmental, capital stock, disability, severance, employee's income withholding, other withholding, unemployment and Social Security Taxes, which are imposed by any Governmental Authority, and such term shall include any interest, penalties, fines or additions to tax attributable thereto or associated therewith, and shall include any transferee or successor liability in respect of Taxes (whether by contract or otherwise).

"Tax Code" shall mean the Internal Revenue Code of 1986, as amended, and the temporary and final regulations promulgated thereunder.

"Tax Return" shall mean any report, return, statement, notice, form, declaration, claim for refund or other document or information filed, submitted to, or required to be supplied to a Governmental Authority in connection with the determination, assessment, collection or payment of any Tax, including any schedule or attachment thereto, and including any amendment thereof.

"Third Party" shall mean a Person other than Buyer, Seller, or their respective Affiliates.

"Transferred Employees" shall have the meaning set forth in Section 10.1(a).

"Unearned Revenue" shall mean amounts collected by Seller prior to the Closing Date for services that have not been provided prior to the Closing Date, including any payments received for a monthly or annual subscription, for that part of the month or year from and after the Closing Date.

## ARTICLE II
## PURCHASE AND SALE OF PURCHASED ASSETS;
## ASSUMPTION OF ASSUMED LIABILITIES

2.1     Purchased Assets.  Subject to and upon the terms and conditions set forth in this Agreement, at the Closing, Seller shall sell, assign, convey, transfer and deliver to Buyer, and Buyer shall purchase, acquire and take assignment and delivery of, all of Seller's right, title and interest in and to the Purchased Assets and all personal property located therein, including the following assets, properties and rights, as they exist at the time of the Closing:

(a)     Equipment and Fixed Assets.  All fixtures, machinery, equipment, fixed assets, furniture, tools, maintenance equipment, rolling stock, mobile equipment, electrical, mechanical, electronic, computers, software, telecommunications, servers, and other equipment and fixed assets of every kind owned by Seller wherever located and related to the operation of the Business (collectively, the "Equipment and Fixed Assets"), including without limitation, the Equipment and Fixed Assets set forth on Schedule 2.1(a) and any personal property subject to a financing/capital lease;

(b)     Inventory of Purchased Assets.  All inventory of any kind or nature, including supplies, raw materials, spare parts, packaging materials, finished goods, and other consumables and inventories owned by Seller and used, or intended to be used, in the operation of the Purchased Assets and/or located at the Purchased Assets (collectively, the "Inventory");

(c)    Information and Records Related to Purchased Assets. To the extent legally transferable, all books and records used in the operation of the Purchased Assets ("Books and Records") that are in Seller's care, custody or control, including, without limitation, customer lists, safety and training records, equipment manuals, drawings, engineering materials, and operating data;

(d)    Permits Related to Purchased Assets. To the extent legally transferable, without cost to Seller, all Permits and applications for Permits that are necessary to the operation of the Purchased Assets as presently operated and conducted. Buyer shall pay any fees required to transfer such Permits;

(e)    Intellectual Property Assets. The Intellectual Property listed on Schedule 2.1(e) and all goodwill, if any, relating to the Purchased Assets;

(f)    Goodwill. All goodwill, payment intangibles and general intangible assets and rights of Seller to the extent associated with the Purchased Assets;

(g)    Rights Under Confidentiality, Non-Disclosure, Non-Solicitation and Non-Competition Agreements. All rights of Seller under any and all confidentiality, non-disclosure, non-solicitation and/or non-competition agreements executed by Buyer and any Third Party (including prospective current or former employees and/or other prospective third parties) in favor of Seller related to operation of the Purchased Assets or the sale of the Purchased Assets. For purposes of certainty, nothing in this Agreement (including this Section 2.1(h)) or any documents executed in connection with this Agreement or the consummation of the transactions contemplated by this Agreement shall be deemed to be an offer of employment by Buyer, assumption of any liability, or otherwise create a right to employment with Buyer in any employee of Seller; and

(h)    Other Assets Related to Purchased Assets. All other non-cash tangible and intangible assets owned and/or used by Seller in the operation of the Purchased Assets and that are located at the Purchased Assets (not specifically excluded in Section 2.3 below), including all internet domain names, email domains, post office box numbers, telephone and facsimile numbers and other listings and numbers used in connection with the Purchased Assets, the transfer of which shall be arranged by and paid for by Buyer.

All of the foregoing assets described in this Section 2.1, together with the Assigned Contracts described in Section 2.2 are referred to herein collectively as the "Purchased Asset(s)".

2.2    Assignment of Contracts. Subject to the terms and conditions of this Agreement and the need to obtain any required consent or modifications required by Buyer from any Third Party, at the Closing Seller shall assign and transfer to Buyer and Buyer shall assume, all of Seller's right, title and interest in and to the Contracts listed on Schedule 2.2 (collectively, the "Assigned Contracts"). As of the Closing, Seller shall assume pursuant to Section 365(a) of the Bankruptcy Code and sell and assign to Buyer pursuant to Sections 363(b), (f) and (m) and Section 365(f) of the Bankruptcy Code each of the Assigned Contracts. Notwithstanding anything in this Agreement to the contrary, Buyer may, from time to time and in its sole and absolute discretion, amend or revise the list of Assigned Contracts listed on Schedule 2.2 in order to add or eliminate any Contract to or from such Schedule up to the Closing (the "Designation Deadline"). Automatically

6

upon the addition of any Contract to Schedule 2.2 by Buyer in accordance with the previous sentence, it shall be an Assigned Contract for all purposes of this Agreement, *provided however*, Seller shall not be required to assume and assign such added Assigned Contract unless and until the Bankruptcy Court enters an Order approving such assumption and assignment. Automatically upon the deletion of any Contract from Schedule 2.2 by Buyer in accordance with the first sentence of this Section 2.2, it shall no longer be an Assigned Contract and shall become an Excluded Asset for all purposes of this Agreement, and no liabilities arising thereunder or relating thereto shall be assumed by Buyer or be the obligation, liability or responsibility of Buyer. If any Contract is added to the list of Assigned Contracts, then Seller shall take such steps as are reasonably necessary to cause such Contract to be assumed and assigned to Buyer as promptly as possible at or following the Closing. If Buyer discovers a Contract following the Closing that Buyer wishes to assume (any such Contract, a "Previously Omitted Contract"), Buyer shall have the right, in its sole and absolute discretion, to have to have such Previously Omitted Contract(s) assumed and assigned to the Buyer (for no additional consideration), and upon any assumption and assignment of such Previously Omitted Contract to Buyer, such Contract shall become an Assigned Contract, *provided* Buyer shall be responsible for and shall promptly pay all outstanding costs, if any, associated therewith.

      2.3    Excluded Assets. Notwithstanding anything contained in this Agreement to the contrary, the Purchased Assets shall not include and Seller shall retain all of its right title and interest in and to the following (collectively, the "Excluded Assets"):

        (a)    Cash, cash equivalents and accounts receivable;

        (b)    Unbilled services at the time of closing;

        (c)    All existing or potential causes of action and claims against third parties (including Avoidance Actions), whether in law or in equity ("Excluded Claims");

        (d)    Personnel, business and other records that Seller is required by Law to retain in its possession, or which relate to the Excluded Claims, and all corporate seals, minute books, charter documents, stock transfer records, record books, original Tax and financial records and such other files, books and records relating to the Excluded Assets or to the organization, existence or capitalization of Seller;

        (e)    Any asset in which Seller first acquires a transferable interest following the Closing;

        (f)    Seller's rights under this Agreement;

        (g)    Any rights to tax refunds;

        (h)    The assets listed on Schedule 2.3(h); and

        (i)    Stock and membership interests.

      2.4    Assumed Liabilities. Buyer shall assume only: (a) the Obligations under the Assigned Contracts as set forth on Schedule 2.4, and (b) those liabilities and obligations first

arising under the Assigned Contracts after the Closing (collectively, the "Assumed Liabilities"). Except for the Assumed Liabilities, Buyer shall have no liability whatsoever for any liabilities or obligations of Seller and all such liabilities and obligations shall be and remain liabilities and obligations of Seller.

2.5    Excluded Liabilities.    Notwithstanding any provision in this Agreement to the contrary, Buyer is assuming only the Assumed Liabilities and is not assuming, and shall not be deemed to have assumed, any liabilities of Seller of whatever nature (whether arising prior to, at the time of, or subsequent to Closing) that are not Assumed Liabilities. Seller shall be solely and exclusively liable for, and shall pay, perform, discharge and otherwise satisfy, any and all such other liabilities of Seller, including those relating to, arising out of or in connection with the operation of the Business or the Purchased Assets (including the use and ownership thereof) at any time prior to the Closing, and those liabilities set forth below (collectively, the "Excluded Liabilities"):

(a)    any and all liabilities of Seller relating to or otherwise arising, whether before, on or after the Closing, out of, or in connection with, any of the Excluded Assets;

(b)    any and all liabilities of Seller related to Contracts and/or Permits that are not Assigned Contracts;

(c)    any and all liabilities arising under or related to the Assigned Contracts that arose prior to the Closing Date, except for the those set forth on Schedule 2.4;

(d)    any and all liabilities for wages, bonuses, retention bonuses or payments, employee benefits, accrued vacation, or other accrued or vested paid time off, assessments, severance, other employment compensation, or other claims of, for, from or related to any employees, or employer Taxes, including without limitation, any arising from the vesting of any equity grants upon the Closing of the transactions contemplated hereby, or unpaid amounts to any consultants of Seller accrued or arising prior to the Closing;

(e)    any and all liabilities for unfunded or underfunded pension obligations or withdrawal liability, including any such liabilities that arose pursuant to a Contract (including an Assigned Contract) or applicable Law;

(f)    any and all warranty and return obligations associated with products or business activity prior to the Closing;

(g)    any and all product liability claims associated with products or business activity prior to the Closing;

(h)    any and all liabilities, including liabilities for Taxes, whether direct or as a result of successor liability, transferee liability, joint and several liability or contractual liability, attributable to the Purchased Assets and/or the operation of the Business prior to the Closing Date;

(i)    any and all costs and expenses incurred by Seller incident to the negotiation and preparation of this Agreement and the transactions contemplated hereby and any liability of

8

Seller to pay any fees or commissions to any broker, finder or agent with respect to the transactions contemplated hereby; and

(j)    any and all liabilities of Seller in respect of any federal, state, provincial, regional, foreign or local Law.

## ARTICLE III
## PURCHASE PRICE AND PAYMENT

3.1    Purchase Price. The aggregate consideration for the sale, transfer, assignment and conveyance of the Purchased Assets will be Six Hundred Fifty Thousand and no/100 Dollars ($650,000.00) (the "Purchase Price"), plus the assumption by Buyer of the Assumed Liabilities (the Purchase Price, together with the assumption of the Assumed Liabilities, the "Total Consideration").

3.2    Deposit. Buyer has delivered to Escrow Agent a non-refundable Deposit of One Hundred Thousand Dollars ($100,000). Seller shall be authorized to request the Escrow Agent to disburse funds from the Deposit prior to the Closing Date to be used by Seller for operating expenses to the extent that Seller has first exhausted its cash on hand and its capacity under its debtor-in-possession loan, which shall be consistent with the Court approved budget. Seller shall provide Buyer with simultaneous notice of each request for withdrawal. This deposit will be credited against the Purchase Price at Closing

3.3    Payment of Purchase Price. At the Closing, Buyer shall deliver, by wire transfer of immediately available funds, a Cash payment in the amount equal to the Purchase Price reduced by the amount of the Deposit (the "Closing Payment") pursuant to the terms of this Agreement.

3.4    Unearned Revenue. Within five (5) Business Days after the Closing Date, Seller shall provide Buyer with its determination of the Unearned Revenue. Buyer shall review such report and provide Seller with any disagreements within fifteen (15) Business Days after the report is delivered to Buyer. One Hundred and Twenty (120) Days after the Closing Date, Seller shall provide Buyer with a report showing: (i) the amount of Accounts Receivable collected; and (ii) the conversion of all current assets into Cash; reduced by (iii) the repayment of the Debtor-In-Possession Loan, and (iv) all court fees and post-filing Seller expenses that have been paid including, Cure Obligations, with the result, if positive, being called "Available Cash". Seller will pay Buyer an amount of the Available Cash up to the amount of Unearned Revenue. If Available Cash is less than the Unearned Revenue, the remaining Unearned Revenue will be considered as an Assumed Liability and part of the Total Consideration.

## ARTICLE IV
## REPRESENTATIONS AND WARRANTIES OF SELLER

Seller represents and warrants as of the date hereof and as of the Closing Date as follows:

4.1    Existence, Good Standing. Seller is a corporation duly organized, validly existing and in good standing under the laws of the State of Delaware and is qualified to do business in the Commonwealth of Pennsylvania. Seller has all requisite corporate power and authority to own its properties and assets and to conduct its businesses as presently conducted.

9

4.2     Authorization and Validity.  Seller has all requisite corporate power and authority to enter into this Agreement and any related agreements to which Seller is or will become a party and, subject only to the Bankruptcy Court's entry of the Sale Order, the execution and delivery of this Agreement and any related agreements to which Seller is or will become a party and the performance of Seller's obligations hereunder and thereunder have been, or on the Closing Date will be, duly authorized by all necessary corporate action and no other corporate proceedings on the part of Seller are necessary to authorize such execution, delivery and performance.  This Agreement and any related agreements to which Seller is or will become a party have been, or on the Closing Date will be, duly executed by Seller and, subject only to the Bankruptcy Court's entry of the Sale Order, constitute, or will when executed and delivered constitute, Seller's valid and binding obligation, enforceable against Seller in accordance with their terms.

4.3     Consents.  Subject to the entry of the Sale Order and satisfaction of the terms set forth herein, and except as set forth on Schedule 4.3, no consent of any Person not a party to this Agreement or any Governmental Authority (other than in connection with Seller's assignment of Permits) is required in connection with the execution, delivery and performance of this Agreement by Seller, or the consummation of the transactions contemplated hereby.

4.4     No Conflict or Violation.  Subject only to the Bankruptcy Court's entry of the Sale Order and receipt of any required consents, the execution, delivery and performance by Seller of this Agreement do not and will not, (a) violate or conflict with any provision of Seller's organizational documents, (b) violate any provision of Law, or any Order, judgment or decree of any Governmental Authority applicable to Seller, (c) result in or require the creation or imposition of any Encumbrances on any of the Purchased Assets; or (d) violate or result in a Breach of or constitute (with due notice or lapse of time or both) a default under any Contract to which Seller is a party or by which Seller is bound or to which the any of Seller's properties or assets is subject.

4.5     Title to Purchased Assets.  Subject only to the entry of the Sale Order, at the Closing, Seller will have good and marketable title to the Purchased Assets which shall be transferred to Buyer free and clear of all Encumbrances.

4.6     Permits.  Schedule 4.6 sets forth a list of all Permits held by Seller which are necessary to conduct the Business as currently conducted.

4.7     Litigation.  Except for those matters described on Schedule 4.7 and except for amounts listed on Seller's bankruptcy schedules and claims or pleadings filed with the Bankruptcy Court, there is no legal, administrative or arbitration proceeding, suit, action of any nature or Order, judgment, writ, injunction, award, or decree, claim, investigation or inquiry ("Litigation") relating to any Purchased Assets or the transactions contemplated by this Agreement, pending or asserted against Seller, by or before any Governmental Authority or by or on behalf of any Third Party.

4.8     Brokers.  Seller has not used any broker or finder in connection with the transactions contemplated hereby.

4.9     Employees.  Schedule 4.9 sets forth a true and complete list of individuals that are currently employed by Seller in the Business and all individuals that are on temporary or permanent lay-off or furlough status, including name, title, date of hire, former or current base

10

salary or wage rate, position, title, and whether such employee is out on disability or other permitted leaves of absence and/or is on temporary or permanent lay-off or furlough status. Schedule 4.9 sets forth any labor or collective bargaining agreements that Seller is a party to.

4.10    Assigned Contracts. The Assigned Contracts are in full force and effect and Seller has no knowledge that any counterparty to any of the Assigned Contracts has provided any notice of termination. Seller has performed its responsibilities under the Assigned Contracts as of the date hereof and as of the Closing Date.

4.11    Exclusivity and Survival of Representations. The representations and warranties made by Seller in this Article IV are in lieu of, and are exclusive of, all other representations and warranties by Seller, including but not limited to any warranty or representation as to the condition or suitability of the Purchased Assets, which are being conveyed on an "AS IS, WHERE IS" basis. Seller hereby disclaims any representations or warranties, express or implied, not set forth in this Article IV or in any document to be delivered by Seller at Closing.

## ARTICLE V
## REPRESENTATIONS AND WARRANTIES OF BUYER

Buyer represents and warrants as of the date hereof and as of the Closing Date:

5.1    Existence and Good Standing. Buyer is a limited liability company duly organized, validly existing and in good standing under the laws of the Commonwealth of Pennsylvania.

5.2    Authorization and Validity. Buyer has all requisite power and authority to enter into this Agreement and any related agreements to which Buyer is or will become a party and the execution and delivery of this Agreement and any related agreements to which Buyer is or will become a party and the performance of Buyer's obligations hereunder and thereunder have been, or on the Closing Date will be, duly authorized by all necessary corporate action and no other proceedings on the part of Buyer are necessary to authorize such execution, delivery and performance. This Agreement and any related agreements to which Buyer is or will become a party have been, or on the Closing Date will be, duly executed by Buyer and constitute, or will when executed and delivered constitute, Buyer's valid and binding obligation, enforceable against Buyer in accordance with their terms.

5.3    Consents. No consent of any Person not a Party to this Agreement or any Governmental Authority (other than in connection with Seller's assignment of Permits) is required in connection with the execution, delivery and performance of this Agreement by Buyer, or the consummation of the transactions contemplated hereby.

5.4    No Conflict or Violation. The execution, delivery and performance by Buyer of this Agreement does not: (i) violate or conflict with any provision of Buyer's organizational documents; (ii) violate any provision of Law, or any Order, judgment or decree of any court or Governmental Authority applicable to Buyer; or (iii) violate or result in a Breach of or constitute (with due notice or lapse of time or both) a default under any Contract to which Buyer is party or by which Buyer is bound or to which any of Buyer's properties or assets is subject.

11

5.5    Litigation. There is no Litigation of any nature pending or asserted against Buyer by or before any Governmental Authority or by or on behalf of any Person which questions or challenges the validity of this Agreement or any of the transactions contemplated hereby or which, if adversely determined, would adversely affect the ability of Buyer to consummate the transactions contemplated hereby.

5.6    Brokers. Buyer has not used any broker or finder in connection with the transactions contemplated hereby.

## ARTICLE VI
## PRE-CLOSING COVENANTS AND OTHER AGREEMENTS

6.1    Bankruptcy Court Approval.

(a)    This Agreement and the transactions contemplated hereby are contingent upon the approval and authorization of the Bankruptcy Court. Except as expressly set forth herein, Seller and Buyer shall have no liability under this Agreement unless and until it is approved by the Bankruptcy Court and shall have no obligation to consummate the transactions contemplated herein unless and until the Bankruptcy Court enters the Sale Order in a form and substance as set forth below. In the event that the Sale Order is appealed, Seller shall use best commercial efforts to defeat such appeal.

(b)    Among other things, the Sale Order will be in form and content acceptable to Buyer and Seller in their respective sole and absolute discretion and provide that:

(i)    this Agreement is approved;

(ii)    the Purchased Assets shall be sold and conveyed to Buyer free and clear of all Encumbrances;

(iii)    Seller is authorized and empowered to assume and assign to Buyer the Assigned Contracts;

(iv)    Buyer shall have no successor liability except for the Assumed Liabilities;

(v)    findings of fact and conclusions of law that the transactions are arms-length, without collusion, and that Buyer has acted in good faith pursuant to Section 363(m) of the Bankruptcy Code and that the transfers are for adequate consideration;

(vi)    all Encumbrances on the Purchased Assets shall attach to the Purchase Price; and

(vii)    a finding that Buyer is a good faith purchaser of the assets and entitled to the protections of Section 363(m) of the Bankruptcy Code.

6.2    Cooperation. Each of Buyer and Seller shall use commercially reasonable efforts to take, or cause to be taken, all action and to do, or cause to be done, all things necessary or proper,

12

consistent with applicable Law, to consummate and make effective as soon as possible the transactions contemplated hereby. Buyer shall promptly take such actions as may be reasonably requested by Seller to assist Seller in obtaining the Bankruptcy Court's entry of the Sale Order and any other Order of the Bankruptcy Court reasonably necessary to consummate the transactions contemplated by this Agreement.

6.3    Conduct of Business.    Unless otherwise agreed by Seller and Buyer, as contemplated in this Agreement, or as required by the Bankruptcy Code or an Order of the Bankruptcy Court, from the date hereof through the Closing Date, Seller shall conduct the Purchased Assets in the Ordinary Course of Business consistent with past practice during the Bankruptcy Case and will not sell or dispose of any of the Purchased Assets or make payments or enter into any contractual commitments to any employee of Seller other than sales of inventory, payments of salary and wages and other benefits and the reimbursement of reasonable documented business expenses, in each case, in the Ordinary Course of Business consistent with past practice during the Bankruptcy Case.

6.4    Adequate Assurances Regarding Assigned Contracts.    To the extent requested in writing by a counterparty to an Assigned Contract, Buyer shall provide confirmation of its intent regarding future performance to such counterparty to such Assigned Contract.

6.5    Notice of Certain Events. Each of Buyer and Seller shall promptly notify the other Party of the occurrence of any event or condition or the existence of any fact that would reasonably be expected to have a Material Adverse Effect or to cause any of the conditions to either of the Parties' obligations to consummate the transactions contemplated by this Agreement not to be fulfilled. Notwithstanding Seller's obligation to provide notice to Buyer, there shall not have occurred any event or circumstance that constitutes a Material Adverse Effect.

6.6    Access to Information, Inspections.

(a)    From the date hereof through the Closing Date, and upon reasonable advance notice received from Buyer, Seller shall give Buyer and its authorized representatives reasonable access to its facilities and Books and Records relating to the Purchased Assets, such access to be exercised in a manner that does not unreasonably interfere with Seller's operations.

(b)    Following the Closing, and upon reasonable advance notice received from Seller, Buyer shall give Seller and its agents and representatives reasonable access during regular business hours, to the Transferred Employees and any Books and Records relating to the Purchased Assets, to the extent reasonably necessary to permit Seller to investigate any matter relating to or arising during any period prior to the Closing.

(c)    Each Party will use reasonable efforts to minimize any disruptions to the business of the other Party in connection with its requests or discussions pursuant to this Section 6.6.

## ARTICLE VII
## TAXES

13

7.1     Taxes Related to Purchase of Purchased Assets. All Taxes, including, without limitation, all state and local Taxes in connection with the transfer of the Purchased Assets, and all recording and filing fees (collectively, "Transaction Taxes"), that may be imposed by reason of the sale, transfer, assignment and delivery of the Purchased Assets and that are not exempt under section 1146(a) of the Bankruptcy Code, shall be borne solely by Seller. Buyer and Seller shall cooperate to determine the amount of Transaction Taxes payable in connection with the transactions contemplated under this Agreement. At Closing, Seller shall provide to Buyer all requisite exemption certificates. Seller and Buyer shall prepare and file any and all required Tax Returns for or with respect to such Transaction Taxes with any and all appropriate Governmental Authority taxing authorities.

7.2     Cooperation on Tax Matters. Buyer and Seller shall furnish or cause to be furnished to each other, as promptly as practicable and to the extent in such Party's possession or control, such information and assistance relating to the Purchased Assets and the Assumed Liabilities as is reasonably necessary for the preparation and filing of any Tax Return, claim for refund or other required or optional filings relating to Tax matters, for the preparation for and proof of facts during any Tax audit, for the preparation for any Tax protest, for the prosecution or defense of any suit or other proceeding relating to Tax matters and for the answer to any Governmental Authority relating to Tax matters.

7.3     Allocation of Total Consideration. Schedule 7.3 sets forth the allocation of the Total Consideration for the purposes of, and in accordance with, Section 1060 of the Tax Code. Any amount of Unearned Revenue not reimbursed by Available Cash pursuant to Section 3.4 shall be considered an assumed liability, shall be allocated to Goodwill. Buyer shall report, act and file its Tax Returns (including Internal Revenue Service Form 8594) in all respects and for all purposes consistent with such allocation unless Seller and Buyer mutually agree to a different allocation following the Closing.

## ARTICLE VIII
## CONDITIONS PRECEDENT TO OBLIGATIONS OF BUYER

The obligations of Buyer to consummate the transactions contemplated hereby are subject to the satisfaction or waiver by Buyer each of the following separate conditions precedent on or before the Closing Date:

8.1     New Lease. Prior to Closing, the landlord of the Purchased Assets and Buyer shall lease the real property related to the Seller's leased property pursuant to a written lease acceptable to Buyer in its sole and absolute discretion.

8.2     Satisfaction of Claims Against Dr. Rajeev Sharma. On or before June 15, 2021, Dr. Rajeev Sharma shall execute a written Settlement Agreement which resolves all claims that have or could have been asserted against him by White Oak Business Capital, Inc. On or before June 22, 2021, a Motion to Approve the Settlement Agreement shall be filed with the Bankruptcy Court in Bankruptcy Case No. 20-22860. The Settlement Agreement must be approved by the Bankruptcy Court prior to the Closing Date

14

8.3    Accuracy of Representations and Warranties.  The representations and warranties of Seller contained herein or any certificate delivered to Buyer pursuant to this Agreement shall be true, accurate and correct as of the date of this Agreement and as of the Closing Date, as if made at and as of such date (unless any such representation or warranty refers specifically to a specified date, in which case such representation or warranty shall be true, accurate, and correct on and as of such specified date).

8.4    Compliance with Agreements and Covenants.  Seller shall have materially performed and complied with all of its covenants, obligations, and agreements contained in this Agreement to be performed and complied with by it on or prior to the Closing Date, including, without limitation, Seller shall, consistent with section 365(b)(1)(A) of the Bankruptcy Code and as may be negotiated between Seller and the respective counterparty, but subject to its rights otherwise provided under this Agreement, satisfy all undisputed Cure Obligations.

8.5    No Material Adverse Effect.  There shall not have occurred any event, fact or circumstance that has had, or is reasonably likely to have, a Material Adverse Effect.

8.6    No Injunction.  On the Closing Date: (i) there shall be no Order staying, reversing, modifying, vacating or amending the Sale Order; and (ii) there shall be no preliminary or permanent injunction or other Order of any court or Governmental Authority declaring this Agreement invalid or unenforceable in any material respect or otherwise preventing the transactions contemplated herein from being consummated.

8.7    Deliveries.  Seller shall have made, or be prepared to make at the Closing, all of the deliveries set forth in Section 11.2.

8.8    Sale Order Date.  The Bankruptcy Court shall enter a Sale Order authorizing and approving the sale to Buyer no later than July 31, 2021.

## ARTICLE IX
## CONDITIONS PRECEDENT TO OBLIGATIONS OF SELLER

The obligations of Seller to consummate the transactions contemplated hereby are subject to the satisfaction or waiver by Seller of the following conditions precedent on or before the Closing Date:

9.1    Accuracy of Representations and Warranties.  The representations and warranties of Buyer contained herein or any certificate delivered to Seller pursuant to this Agreement shall be true, accurate, and correct as of the date of this Agreement and as of the Closing Date, as if made at and as of such date (unless any such representation or warranty refers specifically to a specified date, in which case such representation or warranty shall be true, accurate and correct on and as of such specified date).

9.2    Compliance with Agreements and Covenants.  Buyer shall have materially performed and complied with all of its covenants, obligations, and agreements contained in this Agreement to be performed and complied with by it on or prior to the Closing Date.

9.3    Required Consents.  Seller shall have obtained the consents listed on Schedule 4.3.

15

9.4    Bankruptcy Court Approval. The Bankruptcy Court shall have entered the Sale Order which shall be in full force and effect on the Closing Date.

9.5    No Injunction or Litigation. On the Closing Date: (i) there shall be no Order staying, reversing, modifying, vacating or amending the Sale Order; (ii) there shall be no preliminary or permanent injunction or other Order of any court or Governmental Authority declaring this Agreement invalid or unenforceable in any material respect or otherwise preventing the transactions contemplated herein from being consummated; and (iii) there shall not be pending or threatened any suit, action or proceeding (y) challenging or seeking to restrain, prohibit, alter or materially delay the consummation of any of the transactions contemplated by this Agreement or (z) seeking to obtain from Seller or any of its Affiliates any damages in connection with the transactions contemplated hereby.

9.6    Deliveries. Buyer shall have made, or be prepared to make at the Closing, all of the deliveries set forth in Section 11.3.

9.7    Sale Order Date. The Bankruptcy Court shall enter a Sale Order authorizing and approving the sale to Buyer no later than July 31, 2021.

## ARTICLE X
## EMPLOYEES AND BENEFIT PLANS

10.1    Transferred Employees.

(a)    Buyer may extend to any employee of Seller an offer of employment (any such offer being referred to herein as a "Transfer Offer") that, if accepted, shall become effective on the Closing Date. Seller shall not interfere or hinder Buyer's reasonable efforts to have employees accept Transfer Offers. Employees of Seller who commence employment with Buyer pursuant to a Transfer Offer shall be referred to herein as "Transferred Employees." Nothing in this Section 10.1 or elsewhere in this Agreement shall be construed to create a right in any employee of Seller to employment with Buyer. Nothing in this Agreement shall be deemed to prevent or restrict in any way the right of Buyer to terminate, reassign, promote, or demote any Transferred Employee after the Closing Date or to change adversely or favorably the title, powers, duties, responsibilities, functions, locations, compensation, benefits, or terms or conditions of employment of such Transferred Employee.

(b)    On the Closing Date, Seller shall have released each of the Transferred Employees from his or her employment with Seller and any agreement restricting their right to compete with Seller, or any Affiliate of Seller and from any agreement restricting his or her use or disclosure of confidential or proprietary information related to the Purchased Assets (including the Intellectual Property).

(c)    Buyer shall have no liability in connection with the termination by Seller of the employment or engagement of any employee of, or other Person providing services to, Seller.

(d)    Seller will be responsible for the payment and satisfaction of (i) all wages and other remuneration due to the employees with respect to their services to Seller prior to the Closing Date, (ii) all payments required under the Law with respect to actions or activities

16

occurring prior to the Closing Date in connection with the transactions contemplated hereby, (iii) the provision of health plan continuation coverage for (A) any employee of Seller (including any Transferred Employee) terminated or who resigned at or prior to the Closing, and (B) any employee of Seller that is not a Transferred Employee terminated after the Closing, in each case, in accordance with the requirements of COBRA and ERISA §§ 601-608, (iv) all termination or severance payments to any employee who resigned or was terminated on or prior to the Closing Date and any claims that consummation of the transactions contemplated hereby or any measures to be imposed in connection with the transactions contemplated hereby constitutes an involuntary termination or constructive termination of the employment of any of employees, and (v) all liabilities arising under claims by the employees for benefits attributable to any of Seller's benefits plan.

(e)    Nothing herein express or implied by this Agreement shall confer upon any employee, or legal representative thereof, any rights or remedies, including any right to employment or benefits for any specified period, of any nature or kind whatsoever, under or by reason of this Agreement.

10.2    Employee Benefits.  Without limiting the foregoing, all liabilities and obligations in respect of Seller's past, present and future employees occurring prior to the Closing shall be Excluded Liabilities.

## ARTICLE XI
## CLOSING

11.1    Closing.  The consummation of the transactions contemplated hereby (the "Closing") shall take place remotely or in Pittsburgh, Pennsylvania at the Law Offices of Robert O Lampl, at 10:00 a.m. (EST) no later than the latter of (i) three (3) Business Days after the Sale Order becomes a Final Order or (ii) ninety (90) days after the date hereof (the "Closing Date"), subject to the closing conditions contained in this Agreement.  Unless otherwise agreed by the Parties in writing, the Closing shall be deemed effective and all right, title and interest of Seller in the Purchased Assets to be acquired by Buyer hereunder shall be deemed to have passed to Buyer and the assumption of all of the Assigned Contracts and the Assumed Liabilities shall be deemed to have occurred as of 12:00:01 a.m. (Eastern Time) on the Closing Date.  All proceedings to be taken and all documents to be executed and delivered by all Parties at the Closing shall be deemed to have been taken and executed simultaneously and no proceedings shall be deemed to have been taken nor documents executed or delivered until all have been taken, executed and delivered.

11.2    Deliveries by Seller.  At or prior to the Closing, Seller shall deliver to Buyer the following, each dated the Closing Date and duly executed by Seller (with all costs associated therewith paid by Seller):

(a)    Such certificates of title, bills of sale, assignments, including as needed to assign the Patents, deeds or other instruments of transfer, conveyance or assignment, all in form and substance acceptable to Buyer in its sole and absolute discretion, as shall be effective to vest in Buyer title to the Purchased Assets free and clear of all Encumbrances other than the Assumed Liabilities;

17

(b)     A true and correct copy of the Sale Order;

(c)     A certificate, signed by an officer of Seller, certifying as to the accuracy of Seller's representations and warranties as of the Closing Date

(d)     all other certificates, agreements and other documents required by this Agreement (or as Buyer may reasonably request) to be delivered by Seller at or prior to the Closing in connection with the transactions contemplated by this Agreement.

11.3    Deliveries by Buyer. At the Closing, Buyer shall deliver to Seller the following, each dated the Closing Date and duly executed by Buyer:

(a)     One or more Assignment and Assumption Agreements, in form and substance reasonably acceptable to Seller, evidencing Buyer's obligation to pay, discharge and perform the Assumed Liabilities;

(b)     A certificate, signed by an officer of Seller, certifying as to the accuracy of Buyer's representations and warranties as of the Closing Date;

(c)     The Closing Payment and, written notice by Buyer to the Escrow Agent to release to or on behalf of Seller any amount of the Deposit remaining with the Escrow Agent.

## ARTICLE XII
## TERMINATION

12.1    Termination. This Agreement may be terminated on written notice as follows:

(a)     By mutual consent of Seller and Buyer;

(b)     By either Party, in the event of a material Breach by the other Party of any representation, warranty, covenant or obligation of such Party under this Agreement which remains uncured after notice and a reasonable opportunity to cure (which except in the case of a breach of the obligations to consummate the transaction, shall not be less than ten (10) Business Days);

(c)     By Buyer, if any of the conditions in Article VIII of this Agreement have not been satisfied in all material respects on or before the Closing Date and Buyer is not the reason why such conditions have not been satisfied, or if satisfaction of a condition is or becomes impossible (other than through the failure of Buyer to comply with its obligations under this Agreement) and Buyer has not waived the condition on or before the Closing Date;

(d)     By Seller, if any of the conditions in Article IX of this Agreement have not been satisfied in all material respects on or before the Closing Date and Seller is not the reason why such conditions have not been satisfied, or if satisfaction of a condition is or becomes impossible (other than through the failure of Seller to comply with its obligations under this Agreement) and Seller has not waived the condition on or before the Closing Date;

(e)    By either Party if (i) all of the conditions precedent of both Parties' obligation to close have occurred, (ii) such Party is not the reason why the Closing has not occurred, and (iii) the Closing (one or both of them) has not occurred by September 15, 2021; and

(f)    By Buyer prior to the commencement of the Bankruptcy Court hearing to consider entry of the Sale Order if Buyer is not satisfied, in its sole and absolute discretion, with the results of its due diligence on the Purchased Assets or if the Sale Order materially changes the rights or obligations of Buyer from those stated herein.

12.2    Effect of Termination.  In the event this Agreement is terminated, this Agreement shall be null and void and neither Party shall have any remaining obligations to the other Party with respect hereto.

## ARTICLE XIII
## INDEMNIFICATION AND POST-CLOSING COVENANTS

13.1    Indemnification by Buyer.

(a)    Buyer will indemnify, defend and hold Seller harmless from and against any Losses arising directly or indirectly from any of the following, regardless of whether the claim arises under contract, breach of warranty, tort or other legal theory:

(i)    any Breach of any representation or warranty made by Buyer in this Agreement or in any agreement or certificate delivered by Buyer at Closing;

(ii)    any Breach by Buyer of any covenant or obligation of Buyer in this Agreement or in any agreement or certificate delivered by Buyer at Closing;

(iii)    any claim by any Person for brokerage or finder's fees or commissions or similar payments that remain unpaid after the Closing and which are based upon any agreement or understanding alleged to have been made by such Person with Buyer (or any Person acting on its behalf) in connection with the contemplated transactions; or

(iv)    Buyer's operation, ownership, and utilization of the Purchased Assets after the Closing Date.

(b)    All of the representations, warranties, covenants, and agreements made by Seller or Buyer in this Agreement shall survive the Closing until the termination of the Bankruptcy Case.

13.2    Administrative Claims Arising Under Assigned Contracts.  Seller shall timely pay all obligations to counterparties to the Assigned Contracts that arose between the Petition Date and the Closing Date under such Assigned Contract and shall indemnify, defend and hold Buyer harmless from any liability, costs, expenses, losses, court costs, attorneys' fees, and other out-of-pocket costs arising from any such administrative claims arising under the Assigned Contracts. Notwithstanding anything to the contrary, this indemnification shall survive Closing indefinitely.

19

13.3    Receipt of Accounts Receivable Post-Closing. From and after the Closing: (i) if Seller or its Affiliate receives or collects any funds relating to any Purchased Asset, Seller or its Affiliate shall remit the same to Buyer within three (3) Business Days after its receipt thereof, and (ii) if Buyer receives or collects any funds relating to any Excluded Asset, Buyer shall remit the same to Seller within three (3) Business Days after its receipt thereof. Notwithstanding anything to the contrary, this indemnification shall survive Closing indefinitely.

13.4    Further Assurance.   Each Party shall execute and cause to be delivered to each other Party such instruments and other documents, and shall take such other actions, as such other Party may reasonably request (prior to, at or after the Closing) for the purpose of carrying out or evidencing any of the transactions contemplated by this Agreement. Notwithstanding anything to the contrary, this indemnification shall survive Closing indefinitely.

## ARTICLE XIV
## MISCELLANEOUS

14.1    Entire Agreement. This Agreement constitutes the entire understanding between the Parties with respect to the subject matter contained herein and supersedes any prior understandings and agreements among them respecting such subject matter.

14.2    Headings. The headings in this Agreement are for convenience of reference only and shall not affect its interpretation.

14.3    Notices. All notices or other communications required hereunder shall be in writing and shall be deemed to have been given if delivered personally, on the next day if mailed by overnight mail, to the addresses of the Parties as follows:

If to Seller:

    VideoMining Corporation
    403 S. Allen Street, Suite 101
    State College, PA 16801

    with a copy to:

    Law Office of Robert O Lampl
    223 Fourth Avenue
    Pittsburgh, PA 15222
    Attention:  Robert O Lampl, Esq. and Ryan Cooney, Esq.

If to Buyer:

    VMC Acq., LLC
    2120 Old Gatesburg Road
    State College, PA 16803
    Attention: Donald C. Belt

with a copy to:

Cherin Law Offices, P.C.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Attention: Steven M. Cherin, Esq.

14.4    Exhibits and Schedules.    Each Exhibit and Schedule referred to herein is
incorporated into this Agreement by such reference.

14.5    Severability.    If any provision of this Agreement is held to be illegal, invalid or
unenforceable such illegality, invalidity or unenforceability will not affect any other provision
hereof. This Agreement shall, in such circumstances be deemed modified to the extent necessary
to render enforceable the provisions hereof.

14.6    Waiver.    Except as otherwise provided in this Agreement, the failure of any Party
to insist upon strict performance of any of the terms or conditions of this Agreement will not
constitute a waiver of any of its rights hereunder.

14.7    Assignment.    Buyer may assign any of its rights or delegate any of its obligations
hereunder without the prior written consent of Seller.

14.8    Successors and Assigns.    This Agreement binds, inures to the benefit of, and is
enforceable by the successors and permitted assigns of the Parties, including any trust which may
be created as part of any plan of liquidation established by Seller, and does not confer any rights
on any other Persons or entities.

14.9    Governing Law.    This Agreement, and all other documents executed in connection
with this Agreement shall be construed and enforced in accordance with Federal Bankruptcy Laws
(including the Bankruptcy Code). To the extent applicable, and where State Law is implicated,
the Laws of the Commonwealth of Pennsylvania shall govern, without reference to any conflict of
law principles.

14.10    Venue.    Buyer and Seller agree that all actions brought, arising out of, or related to
the transactions contemplated in this Agreement shall be brought in the Bankruptcy Court, and the
Bankruptcy Court shall retain jurisdiction to determine any and all such actions. Each Party hereby
irrevocably consents to the personal and subject matter jurisdiction of the Bankruptcy Court and
agrees that the Bankruptcy Court may enter final and binding judgments with respect to any
controversy arising from or related to this Agreement and the transactions contemplated herein.
In the event the Bankruptcy Court for any reason declines to exercise jurisdiction each Party hereby
consents to the personal jurisdiction of any state or federal court having competent subject matter
jurisdiction located in Allegheny County, Pennsylvania.

14.11    Amendments.    This Agreement may be amended only by a written instrument duly
executed by all of the Parties in writing, or the Sale Order.

14.12    Counterparts.    This Agreement may be executed in any number of counterparts and
any Party hereto may execute any such counterpart, each of which when executed and delivered

21

shall be deemed to be an original and all of which counterparts taken together shall constitute but one and the same instrument.  In order to facilitate execution of this Agreement, electronic or facsimile signatures shall be deemed to be original signatures.

14.13  No Third Party Beneficiaries.  This Agreement is solely for the benefit of the Parties hereto and no provision of this Agreement shall be deemed to confer upon any other Person any remedy, claim, liability, reimbursement, cause of action or other right.

14.14  Expenses.  Except as otherwise provided in this Agreement, each of the Parties shall pay its own expenses in connection with this Agreement and the transactions contemplated hereby, including, without limitation, any legal and accounting fees, whether or not the transactions contemplated hereby are consummated.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, the Parties hereto have executed and delivered this Agreement as of the date first above written.

**VideoMining Corporation**

By:_____

Name:   Rajeev Sharma

Title:    CEO

**VMC ACQ., LLC**

By:    AGSM II, LLC

Its:    Manager

By:_____

Name: Donald C. Belt

Title: Manager

23

IN WITNESS WHEREOF, the Parties hereto have executed and delivered this Agreement as of the date first above written.

**VideoMining Corporation**

By:_____
Name:    Rajeev Sharma
Title:    CEO

**VMC ACQ., LLC**

By:    AGSM II, LLC
Its:    Manager

By:_____
Name: Donald C. Bell
Title: Manager

23

## SCHEDULE 2.1(a)

### (Equipment & Fixed Assets)

1. All furniture, equipment office furniture and fixtures, whether owned or leased by VideoMining Corporation located at 403 S. Allen Street, State College, PA 16801, including, but not limited to the following:
   a. Office Furniture

| Asset Tag | Item | Location / Office |
|---|---|---|
| VM000600 | Desk | Rajeev |
| VM000601 | Office Chair | Rajeev |
| VM000602 | Bookcase | Rajeev |
| VM000606 | Conference Chair | Rajeev |
| VM000605 | Conference Chair | Rajeev |
| VM000604 | Conference Chair | Rajeev |
| VM000603 | Conference Chair | Rajeev |
| VM000607 | Desk | Data Services |
| VM000608 | Desk | Data Services |
| VM000609 | Desk | Data Services |
| VM000610 | Office Chair | Data Services |
| VM000611 | Office Chair | Data Services |
| VM000612 | Office Chair | Data Services |
| VM000613 | Bookcase | Data Services |
| VM000614 | Desk | Analyst |
| VM000615 | Desk | Analyst |
| VM000616 | Desk | Analyst |
| VM000617 | Desk | Analyst |
| VM000618 | Desk | Analyst |
| VM000619 | Office Chair | Analyst |
| VM000620 | Office Chair | Analyst |
| VM000621 | Office Chair | Analyst |
| VM000622 | Office Chair | Analyst |
| VM000623 | Office Chair | Analyst |
| VM000624 | Office Chair | IT |
| VM000625 | Desk | IT |
| VM000626 | Table | IT |
| VM000627 | Desk | IT |
| VM000628 | Office Chair | IT |
| VM000629 | Desk | Engineering |
| VM000630 | Desk | Engineering |

| Asset Tag | Item | Location / Office |
|-----------|------|-------------------|
| VM000631 | Desk | Engineering |
| VM000632 | Desk | Engineering |
| VM000633 | Desk | Engineering |
| VM000634 | Office Chair | Engineering |
| VM000635 | Office Chair | Engineering |
| VM000636 | Office Chair | Engineering |
| VM000637 | Office Chair | Engineering |
| VM000638 | Office Chair | Engineering |
| VM000639 | Desk | Analyst |
| VM000640 | Office Chair | Analyst |
| VM000641 | Bookcase | Analyst |
| VM000642 | Table | Kitchen |
| VM000643 | Table | Kitchen |
| VM000644 | Table | Kitchen |
| VM000645 | Meeting Table | Rajeev |
| VM000646 | Desk | IT |
| VM000647 | Desk | IT |
| VM000648 | Office Chair | IT |
| VM000649 | Office Chair | IT |
| VM000650 | Table | IT |
| VM000651 | Table | IT |
| VM000652 | Conference Chair | Conference |
| VM000653 | Conference Chair | Conference |
| VM000654 | Conference Chair | Conference |
| VM000655 | Conference Chair | Conference |
| VM000656 | Conference Chair | Conference |
| VM000657 | Conference Chair | Conference |
| VM000658 | Conference Chair | Conference |
| VM000659 | Conference Chair | Conference |
| VM000660 | Conference Chair | Conference |
| VM000661 | Conference Chair | Conference |
| VM000662 | Meeting Table | Conference |
| VM000663 | Bookcase | Conference |
| VM000664 | Bookcase | Misc |
| VM000665 | Desk | Bossi |
| VM000666 | Office Chair | Bossi |
| VM000667 | Bookcase | Bossi |
| VM000668 | Office Chair | Bossi |
| VM000669 | Misc - Credenza | Bossi |
| VM000670 | Desk | Hirata |

| Asset Tag | Item | Location / Office |
|---|---|---|
| VM000671 | Office Chair | Hirata |
| VM000672 | Office Chair | Hirata |
| VM000673 | misc - drawers | Hirata |
| VM000674 | Desk | Tana |
| VM000675 | Office Chair | Tana |
| VM000676 | Desk | Tana |
| VM000677 | Office Chair | Tana |
| VM000678 | Std Chair | Misc |
| VM000679 | Std Chair | Misc |
| VM000680 | Std Chair | Misc |
| VM000681 | Std Chair | Misc |
| VM000682 | Std Chair | Misc |
| VM000683 | Std Chair | Misc |
| VM000684 | Std Chair | Misc |
| VM000685 | Std Chair | Misc |
| VM000686 | Std Chair | Misc |
| VM000687 | Std Chair | Misc |
| VM000688 | Std Chair | Misc |
| VM000689 | Std Chair | Misc |
| VM000690 | Std Chair | Misc |
| VM000691 | Std Chair | Misc |
| VM000692 | Std Chair | Misc |
| VM000693 | Std Chair | Misc |
| VM000694 | Std Chair | Misc |
| VM000695 | Std Chair | Misc |
| VM000696 | Std Chair | Misc |
| VM000697 | Cabinet | Misc |
| VM000698 | Cabinet | Misc |
| VM000699 | Cabinet | Misc |
| VM000700 | Bookcase | Tana |
| VM000701 | Cabinet | Hirata |
| VM000702 | Bookcase | IT |
| VM000703 | Cabinet | IT |
| VM000704 | Shelf | IT |
| VM000705 | Table | IT |
| VM000706 | Table | IT |
| VM000707 | Shelf | Annotation Room |
| VM000708 | Shelf | Annotation Room |
| VM000709 | Table | Annotation Room |
| VM000710 | Desk | Annotation Room |

| Asset Tag | Item | Location / Office |
|---|---|---|
| VM000711 | Office Chair | Annotation Room |
| VM000712 | Desk | Annotation Room |
| VM000713 | Table | Annotation Room |
| VM000714 | Std Chair | Annotation Room |
| VM000715 | Std Chair | Annotation Room |
| VM000716 | Std Chair | Annotation Room |
| VM000717 | Shelf | Annotation Room |
| VM000720 | Desk | Annotation Room |
| VM000721 | Desk | Annotation Room |
| VM000722 | Desk | Annotation Room |
| VM000723 | Office Chair | Annotation Room |
| VM000724 | Office Chair | Annotation Room |
| VM000725 | Office Chair | Annotation Room |
| VM000726 | Office Chair | Annotation Room |
| VM000727 | Office Chair | Annotation Room |
| VM000729 | Office Chair | Annotation Room |
| VM000730 | Office Chair | Annotation Room |
| VM000731 | Office Chair | Annotation Room |
| VM000732 | Office Chair | Annotation Room |
| VM000733 | Office Chair | Annotation Room |
| VM000734 | Office Chair | Annotation Room |
| VM000735 | Office Chair | Annotation Room |
| VM000736 | Office Chair | Annotation Room |
| VM000737 | Office Chair | Annotation Room |
| VM000718 | Cabinet | Annotation Room |
| VM000719 | Cabinet | Annotation Room |
| VM000728 | Std Chair | Annotation Room |
| VM000738 | 40 INCH Monitor | Annotation Room |
| VM000741 | 40 INCH Monitor | Misc |
| VM000740 | 40 INCH Monitor | Misc |
| VM000739 | 40 INCH Monitor | Misc |
| VM000742 | 60 INCH Monitor | Misc |
| VM000743 | 60 INCH Monitor | Misc |

b.  Computer Equipment and all data contained on the hard drives:

| Office | QTY | Description |
|---|---|---|
| Annotation | 17 | Desktop PCs + Accessories |
| Richard Hirata | 1 | Laptop + Accessories |
| Chris Bossi | 1 | Desktop PCs + Accessories |
| Rajeev Sharma | 1 | Laptop + Accessories |

| Office | QTY | Description |
|---|---|---|
| Data Services | 3 | Desktop PCs + Accessories |
| Data Services | 2 | Laptop + Accessories |
| Mt Nittany conference Room | 1 | Desktop PCs + Accessories |
| James Brennen | 1 | Desktop PCs + Accessories |
| Dilip Hari / Gary Panulla | 2 | Desktop PCs + Accessories |
| Analytics Area | 5 | Desktop PCs + Accessories |
| Engineering Area | 3 | Desktop PCs + Accessories |
| Entire Office | 1 | Phone System w/all phones |
| IT Area | 2 | Desktop PCs + Accessories |
| IT Area | 5 | Laptop + Accessories |
| IT Area & Server Room | 92 | Server Computers |
| IT Area & Server Room | 9 | Cisco Cameras |
| IT Area & Server Room | 71 | Axis Cameras |
| IT Area & Server Room | 9 | Power strips |
| IT Area & Server Room | 48 | POE Switches 24 - 48 Ports |
| IT Area & Server Room | 20 | Small connect switches |
| IT Area & Server Room | 22 | Synology NAS units |
| IT Area & Server Room | 31 | Intel i5 NUCs |
| IT Area & Server Room | 12 | Battery backup |
| IT Area & Server Room | 12 | 1U Wall mount racks |
| IT Area & Server Room | 3 | 1U Rack trays |
| IT Area & Server Room | 23 | Cisco Routers |
| IT Area & Server Room | 8 | Cables DB-9 to USB |
| IT Area & Server Room | 14 | Axis PTZ cameras |
| IT Area & Server Room | 19 | Telescoping Extension cam mount |
| IT Area & Server Room | 3 | 4U Wall mount rack |
| IT Area & Server Room | 4 | CAT5e  Ethernet Cable Cases |
| IT Area & Server Room | 6 | 4TB hard drives |
| Storage Closet | 2 | Desktop PCs + Accessories |
| Receptionist | 1 | Laptop + Accessories |
| Receptionist | 1 | Fax Copier |
| Richard Hirata Office | 1 | HP Color Printer |
| IT Area | 4 | Developer's Hard Drives |
| IT Area | 798 | Cameras / Omnisenr's |

2. All equipment, furniture, inventory and fixtures, whether owned or leased by VideoMining Corporation associated with the collection of Shopper Data located in retail stores including but not limited to:

| Location | Category | State | Zip | VMS VPU Total | Camera Total | Switch Total | NAS | Router |
|----------|----------|-------|-----|---------------|--------------|--------------|-----|--------|
| PTSMT-1392 | SPEC | NC | 28315 | 3 | 68 | 4 | 1 | 1 |
| PTSMT-434 | SPEC | IL | 60435 | 2 | 46 | 3 | 1 | 1 |
| RTRS-037 | SPEC | PA | 17059 | 1 | 5 | 1 | 1 | 1 |
| USCELL-3175 | SPEC | NC | 27892 | 1 | 21 | 1 | 1 | 1 |
| GIANT-97 | GSI - Big 4 | PA | 17033 | 6 | 180 | 9 | 1 | 1 |
| SWY-0413 | GSI - Big 4 | AZ | 85022 | 7 | 164 | 8 | 1 | 1 |
| SWY-1480 | GSI - Big 4 | CO | 80129 | 5 | 115 | 6 | 1 | 1 |
| SWY-1751 | GSI - Big 4 | OR | 97038 | 5 | 125 | 6 | 1 | 1 |
| GIANT-316 | GSI | MD | 20770 | 5 | 142 | 7 | 1 | 1 |
| GTE-18 | GSI | PA | 15116 | 4 | 88 | 4 | 1 | 1 |
| GTE-6501 | GSI | OH | 43230 | 4 | 90 | 5 | 1 | 1 |
| SAS-606 | GSI | CT | 6416 | 6 | 165 | 8 | 1 | 1 |
| SCH-191 | GSI | MO | 63044 | 3 | 64 | 3 | 1 | 1 |
| SWY-2030 | GSI | CA | 91381 | 3 | 65 | 3 | 1 | 1 |
| SWY-2607 | GSI | CA | 110 | 4 | 106 | 5 | 1 | 1 |
| CHV-1117 | CSI Ongoing | WA | 98208 | 2 | 28 | 2 | 1 | 1 |
| CHV-1485 | CSI Ongoing | CA | 92503 | 1 | 26 | 2 | 1 | 1 |
| CHV-1553 | CSI Ongoing | CA | 93210 | 1 | 24 | 2 | 1 | 1 |
| CHV-1789 | CSI Ongoing | CA | 94598 | 2 | 29 | 2 | 1 | 1 |
| CHV-1984 | CSI Ongoing | CA | 92802 | 2 | 27 | 2 | 1 | 1 |
| CHV-1989 | CSI Ongoing | CA | 92620 | 1 | 25 | 2 | 1 | 1 |
| RACE-2457 | CSI Ongoing | GA | 30060 | 1 | 25 | 2 | 1 | 1 |
| SNAP-002 | CSI Ongoing | PA | 16686 | 2 | 28 | 2 | 1 | 1 |
| SNAP-005 | CSI Ongoing | PA | 16830 | 2 | 37 | 2 | 1 | 1 |
| SNAP-015 | CSI Ongoing | PA | 16853 | 1 | 26 | 2 | 1 | 1 |
| BP-82376 | CSI | CA | 95618 | 1 | 21 | 1 | 1 | 1 |
| CF-163 | CSI | MA | 1524 | 1 | 23 | 2 | 1 | 1 |
| CK-7630 | CSI | FL | 33570 | 2 | 38 | 2 | 1 | 1 |
| CK-7961 | CSI | FL | 33603 | 1 | 28 | 2 | 1 | 1 |
| CK-9779 | CSI | FL | 33713 | 1 | 18 | 1 | 1 | 1 |
| CK-9980 | CSI | CO | 80111 | 1 | 25 | 2 | 1 | 1 |
| FZ-83100 | CSI | CA | 90280 | 1 | 28 | 2 | 1 | 1 |
| GETGO-3280 | CSI | PA | 15116 | 1 | 24 | 2 | 1 | 1 |
| GETGO-3514 | CSI | OH | 43147 | 1 | 11 | 1 | 1 | 1 |
| HOL-379 | CSI | MN | 55434 | 1 | 27 | 2 | 1 | 1 |
| MAV-421 | CSI | NV | 89506 | 1 | 24 | 2 | 1 | 1 |
| MAV-481 | CSI | UT | 84404 | 1 | 14 | 1 | 1 | 1 |
| RACE-618 | CSI | GA | 30101 | 1 | 27 | 2 | 1 | 1 |

| Location | Category | State | Zip | VMS VPU Total | Camera Total | Switch Total | NAS | Router |
|---|---|---|---|---|---|---|---|---|
| RTRS-020 | CSI | PA | 17057 | 1 | 26 | 2 | 1 | 1 |
| THOR-160 | CSI | KY | 40229 | 1 | 24 | 2 | 1 | 1 |
| INVISTA-1530 | SPEC | GA | 30318 | 1 | 7 | 1 | 0 | 1 |
| CAREALOT-001 | SPEC | VA | 23455 | 2 | 34 | 2 | 1 | 1 |
| CK-8531 | SPEC | FL | 33619 | 1 | 3 | 1 | 0 | 1 |
| CK-9767 | SPEC | FL | 34135 | 1 | 2 | 1 | 0 | 1 |
| CK-9771 | SPEC | FL | 33950 | 1 | 3 | 1 | 0 | 1 |
| MC-2999 | SPEC | NJ | 8043 | 2 | 35 | 2 | 1 | 1 |
| MC-4015 | SPEC | IN | 46237 | 2 | 31 | 2 | 1 | 1 |
| MC-8125 | SPEC | IN | 46123 | 2 | 28 | 2 | 1 | 1 |
| MIR-172 | SPEC | MI | 48843 | 1 | 2 | 1 | 0 | 1 |
| MIR-181 | SPEC | OH | 43082 | 1 | 2 | 1 | 0 | 1 |
| MIR-212 | SPEC | OH | 43068 | 1 | 7 | 1 | 0 | 1 |
| MIR-245 | SPEC | MI | 48353 | 1 | 4 | 1 | 0 | 1 |
| MIR-247 | SPEC | IL | 61802 | 1 | 3 | 1 | 0 | 1 |
| MIR-265 | SPEC | IL | 60805 | 1 | 2 | 1 | 0 | 1 |
| PTSMT-1099 | SPEC | AZ | 85051 | 1 | 6 | 1 | 0 | 1 |
| PTSUMT-115 | SPEC | FL | 33441 | 3 | 61 | 3 | 1 | 1 |
| PTV-5156 | SPEC | PA | 17403 | 1 | 25 | 2 | 1 | 1 |
| SVMRT-36 | SPEC | CA | 93230 | unknown | | | | |
| SVMRT-650 | SPEC | CA | 93722 | unknown | | | | |
| SVMRT-654 | SPEC | CA | 93631 | unknown | | | | |
| SVMRT-73 | SPEC | CA | 93245 | unknown | | | | |
| SWY-1507 | SPEC | CA | 94114 | 1 | 6 | 1 | 0 | 1 |
| SWY-2707 | SPEC | CA | 95207 | 1 | 5 | 1 | 0 | 1 |
| USCELL-3041 | SPEC | IA | 50631 | 1 | 18 | 1 | 1 | 1 |
| USCELL-3191 | SPEC | IA | 52807 | 1 | 20 | 1 | 1 | 1 |
| USCELL-3232 | SPEC | NC | 68845 | 1 | 15 | 1 | 1 | 1 |
| USCELL-3322 | SPEC | IA | 50010 | 1 | 13 | 1 | 1 | 1 |
| USCELL-5248 | SPEC | NC | 27909 | 1 | 13 | 1 | 1 | 1 |
| USCELL-5577 | SPEC | NC | 27889 | 1 | 18 | 1 | 1 | 1 |
| USCELL-5579 | SPEC | MO | 65775 | 1 | 21 | 1 | 1 | 1 |
| USCELL-5738 | SPEC | NC | 27870 | 1 | 19 | 1 | 1 | 1 |
| USCELL-5805 | SPEC | WI | 53719 | 1 | 13 | 1 | 1 | 1 |
| GIANT-135 | GSI - AHOLD | MD | 20906 | 6 | 129 | 6 | 1 | 1 |
| GIANT-349 | GSI - AHOLD | MD | 21704 | 6 | 123 | 6 | 1 | 1 |
| GIANT-6030 | GSI - AHOLD | PA | 17901 | 6 | 113 | 6 | 1 | 1 |
| GIANT-6519 | GSI - AHOLD | PA | 18914 | 7 | 143 | 7 | 1 | 1 |
| SAS-009 | GSI - AHOLD | MA | 1040 | 7 | 149 | 7 | 1 | 1 |
| SAS-596 | GSI - AHOLD | NY | 10956 | 5 | 101 | 5 | 1 | 1 |
| KROGER STORE #501 | GSI - Kro | VA | 23235 | 5 | 97 | 3 | 1 | 1 |

| Location | Category | State | Zip | VMS VPU Total | Camera Total | Switch Total | NAS | Router |
|---|---|---|---|---|---|---|---|---|
| KROGER STORE #503 | GSI - Kro | VA | 23238 | 3 | 63 | 3 | 1 | 1 |
| KROGER STORE #390 | SPEC | OH | 45231 | 1 | 7 | 1 | 1 | 1 |
| KROGER STORE #366 | SPEC | KY | 40229 | 1 | 2 | 1 | 1 | 1 |
| KROGER STORE #385 | SPEC | KY | 40216 | 1 | 2 | 1 | 1 | 1 |

**SCHEDULE 2.1(e)**

**(Intellectual Property)**

**1. Patents.**

All issued and patent applications owned by VideoMining, including but not limited to:

**Issued Patents:**

| Patent No. | Patent Issue Date | Title |
|---|---|---|
| 7,319,779 | 01/15/08 | Classification of humans into multiple age categories from digital images |
| 7,505,621 | 03/17/09 | Demographic classification using image components |
| 7,848,548 | 12/07/10 | Method and system for robust demographic classification using pose independent model from sequence of face images |
| 7,912,246 | 03/22/11 | Method and system for determining the age category of people based on facial images |
| 7,957,565 | 06/07/11 | Method and system for recognizing employees in a physical space based on automatic behavior analysis |
| 7,987,111 | 07/26/11 | Method and system for characterizing physical space based on automatic demographics measurement |
| 8,009,863 | 08/30/11 | Method and system for analyzing shopper behavior using multiple sensor tracking |
| 8,010,402 | 08/30/11 | Method for augmenting transaction data with visually extracted demographics of people using computer vision |
| 8,027,521 | 09/27/11 | Method and system for robust human gender recognition using facial feature localization |
| 8,098,888 | 01/17/12 | Method and system for automatic analysis of the trip of people in a retail space using multiple cameras |
| 8,189,926 | 05/29/12 | Method and system for automatically analyzing categories in a physical space based on the visual characterization of people |
| 8,219,438 | 07/10/12 | Method and system for measuring shopper response to products based on behavior and facial expression |
| 8,254,633 | 08/28/12 | Method and system for finding correspondence between face camera views and behavior camera views |
| 8,295,597 | 10/23/12 | Method and system for segmenting people in a physical space based on automatic behavior analysis |
| 8,325,982 | 12/04/12 | Method and system for detecting and tracking shopping carts from videos |
| 8,351,647 | 01/08/13 | Automatic detection and aggregation of demographics and behavior of people |

| Patent No. | Patent Issue Date | Title |
|---|---|---|
| 8,379,937 | 02/19/13 | Method and system for robust human ethnicity recognition using image feature-based probabilistic graphical models |
| 8,380,558 | 02/19/13 | Method and system for analyzing shopping behavior in a store by associating RFID data with video-based behavior and segmentation data |
| 8,412,656 | 04/02/13 | Method and system for building a consumer decision tree based on in-store behavior analysis |
| 8,433,612 | 04/30/13 | Method and system for measuring packaging effectiveness using video-based analysis of in-store shopper response |
| 8,520,906 | 08/27/13 | Method and system for age estimation based on relative ages of pair-wise facial images of people |
| 8,577,705 | 11/05/13 | Method and system for rating the role of a product category in the performance of a store area |
| 8,812,344 | 08/19/14 | Method and system for determining the impact of crowding on retail performance |
| 9,161,084 | 10/13/15 | Method and system for media audience measurement by viewership extrapolation |
| 9,317,785 | 04/19/16 | Method and system for determining ethnicity category of facial images based on multi-level primary and auxiliary classifiers |
| 9,740,977 | 08/22/17 | Method and system for recognizing the intentions of shoppers in retail aisles based on their trajectories |
| 9,747,497 | 08/29/17 | Method and system for rating in-store media elements |
| 10,083,358 | 09/25/18 | Association of unique person to point-of-sale transaction data |
| 10,198,625 | 02/05/19 | Association of unique person to a mobile device using repeat face image matching |
| 10,217,120 | 02/26/19 | Method and system for in-store shopper behavior analysis with multi-modal sensor fusion |
| 10,262,331 | 04/16/19 | Cross-channel in-store shopper behavior analysis |
| 10,296,936 | 05/21/19 | Method and system for measuring effectiveness of a marketing campaign on digital signage |
| 10,354,262 | 07/16/19 | Brand-switching analysis using longitudinal tracking at at-shelf shopper behavior |
| 10,387,896 | 08/20/19 | At-shelf brand strength tracking and decision analytics |
| 10,614,294 | 04/07/20 | Association of mobile device to retail transaction |
| 10,614,436 | 04/07/20 | Method and system for measuring viewership of people for displayed object |
| 10,713,670 | 06/24/20 | Method and system for finding correspondence between point-of-sale data and customer behavior data |
| 10,963,893 | 03/30/21 | Personalized decision tree based on in-store behavior analysis |

| Patent No. | Patent Issue Date | Title |
|---|---|---|
| 11,004,093 | 05/11/21 | Method and system for detecting shopping groups based on trajectory dynamics |

**Patents Applications:**

| Application No. | Application Date | Title |
|---|---|---|
| 12/220,076 | 07/21/08 | Method and system for collecting shopper response data tied to marketing and merchandising elements |
| 12/228,409 | 08/12/08 | Method and system rating the strength of a brand in attracting shoppers relative to a product category |
| 12/313,459 | 11/20/08 | Method and system for evaluating content for digital displays by measuring viewer responses by demographic segments |
| 13/999,280 | 02/05/14 | Method and system for measuring in-store location effectiveness based on shopper response |
| 14/513,696 | 10/14/14 | Method and system for robust person tracking using mobile signal and video analytics |
| 14/984,180 | 12/30/15 | Method and system for creating anonymous shopper panel using multi-modal sensor fusion |
| 15/004,457 | 01/22/16 | Method and system for measuring the effectiveness of in-store marketing campaign |

## 2. All Other Intellectual Property.

**Trademarks:**

| Docket No | Mark | Mark Type | Registration Application | | |
|---|---|---|---|---|---|
| | | | Filing Date | Serial No | Examiner |
| TM-0001-VM0 | VIDEOMINING | | 12/17/2007 | 77353606 | IN SUNG HYUN |
| TM-0002-PSM | THE POWER TO SEE MORE | | 10/23/2007 | 77311092 | IN SUNG HYUN |

**Domains / Website Content**

| Domain | Registered | Status | Host |
|---|---|---|---|
| videomining.com | Network Solutions | Active | Site 5 |
| shopperfirst.com | GoDaddy | Active Redirects to videomining.com | |

| Domain | Registered | Status | Host |
|---|---|---|---|
| shopperpro.com | GoDaddy | Active<br>Redirects to videomining.com | |
| shopperimpact.com | GoDaddy | Active<br>Redirects to client portal -<br>https://videomining.onelogin.com/login | |

## Data

All Aggregated and Unaggregated Data owned by VideoMining Corporation to include, but not limited to:

| Type | Metric | Definition |
|---|---|---|
| Path-To-Purchase | Store Traffic | A count of all individuals who enter the store. |
| | Aisle Traffic (per 100 Store Traffic) | A count of all individuals (per 100 store traffic) who enter an aisle |
| | Aisle exposure rate | Aisle Traffic/Store Traffic |
| | Category Traffic (per 100 Store Traffic) | A count of all individuals (per 100 store traffic) who enter a category |
| | Category Exposure Rate | Category traffic/Aisle traffic) |
| | Category Shopper (per 100 Store Traffic) | A count of all individuals (per 100 store traffic) who stop to engage with a category |
| | Traffic Engagement % | CategoryShopper/Category Traffic |
| | Category Buyer (per 100 Store Traffic) | A count of individuals (per 100 store traffic) who bought a product from a category |
| | Closure Rate (%) | Category Buyer/Category Shopper |
| | $ Revenue Per 100 | Total revenue from category shoppers (per 100 store traffic) |
| | $ Leakage per 100 | The estimated monetary value of category shoppers (per 100 store traffic) who walk away without buying ("leakage") |
| Decision Analytics | Total Time in Category | The total time spent by a shopper in a category, or other area of interest. This is a sum of time spent shopping and time spent navigating. This does not apply to traffic or passers by. |

| Type | Metric | Definition |
|---|---|---|
| | Avg. Shopping Time | Avg. time spent engaged with the category across all stops made by category shoppers - this does not include any time for which a shopper was navigating the category, or other area of interest. This does not apply to traffic or passers by. |
| | Shopping Time Distribution | A distribution of average shopping times for a category, or region of interest |
| | Shopping Stops | Avg. number of stops made by category shoppers |
| | Navigation Time | The total time spent navigating the category - this does not include any time for which a shopper was engaged with the category, or other area of interest. This does not apply to traffic or passers by. |
| | Navigation time Per ft | Navigation time per linear foot of the category |
| | Navigation Complexity (%) | Avg category navigation time / Avg category shopping time |
| | Decision Mix | Pre-shelf and at-shelf decisions |
| | First shopped category in an aisle | Percentage of aisle shoppers who shop first at each category in the aisle. |
| | Category in aisle shopped before and after | Given a category, most often shopped category (in the same aisle) before and after |
| | Category traffic by DoE | Category traffic broken down by Aisle DoE |
| | Category shoppers by DoE | Category shoppers broken down by Aisle DoE |
| Productivity Analytics | Time Productivity | Sales generated per minute of time spent in category ($/min) |
| | Space Productivity | Sales generated per foot of the category on a daily basis ($/ft) |
| | Value of Traffic (Exposure) | Sales generated by the category per Category Traffic |
| | Value of Shopper (Engagement) | Sales generated by the category per Category Shopper |
| | Value of Buyer (Conversion) | Sales generated by the category per Catgeory Buyer (a/k/a Avg. Basket) |
| Basket Composition or Storewide Analysis | Avg. Units Sold | Avg. number of units in a basket |
| | Unit Based Trip Type | Breakdown of basket data by number of items purchased |

| Type | Metric | Definition |
|---|---|---|
| | Cross-Purchase | Analysis of most often cross purchased items |
| | Cross-Purchase Common Groupings | Analysis of most often cross purchased categories/common groups |
| | Dept. Cat Distribution | Within a dept, how often are 1, 2, 3, 4 or 5 categories bought. |
| | Avg. Store Basket | Avg. basket after discounts/promotions/coupons are applied |
| | Total Transaction Dollars (Gross) | Avg. basket dollars before any discounts/promotions/coupons are applied |
| | Total Transaction Dollars (Net) | Total sales after discounts/promotions/coupons are applied |
| | Total Transaction Dollars (Discount) | Avg. discounts/promotions/coupons applied to the basket |
| | Total Transaction Units | Total units in a basket |
| | Category Dollars (net) | Avg. $ spent by a category buyer |
| | Category Dollars (discount) | Avg. discounts/promotions/coupons applied to the category |
| | Category Units | Avg. units a category buyer purchased |
| | Buyers by time segments | Distribution of buyers of categories/store level over day parts (day parts tbd) |
| | Brand level basket analysis | Analysis of brands across store baskets |
| Aisle Dynamics | Traffic Heat Map | Heat map of traffic |
| | Shopping Activity Heat Map | Heat map of shopper |
| | Buyer heat map (nice to have) | Heat map of buyers |
| | Dollar heat map | Heat maps of dollars |
| | Direction of Entry | Aisle traffic by DoE |
| | Direction of Exit | Aisle traffic by DoE |
| | U-Turn | Avg. U-turn rate in an aisle |
| | List of Categories Visited (Traffic) | |
| | List of Categories Shopped (Shopper) | |
| | List of Shopping Times by Categories Shopped | |
| | List of Navigation Times by Categories Shopped | |

**Software / Firmware:**

All software and firmware developed and/or owned by VideoMining Corporation, including but not limited to:

| Team | Deployed Location | Name | Purpose |
|---|---|---|---|
| Software | VPU | VMS Remote Server | • Responsible for communicating with the admin portal, downloading project updates and sending errors reported by various modules, status of cameras and video server.<br>• Record video streams and organize videos on the hard drive.<br>• Runs the tracking algorithm, collects the data output by the algorithm, manages it on disk and sends it back to the admin portal. |
| Software | VPU | VMS Time Synchronizer | Calculates drift between remote VPU and VMS2 main server ("The Admin Portal") |
| Software | VPU | VMS Remote Updater | Remotely update any remote VPU to a specific version from any known version |
| Software | HQ | VMS Admin Portal | • Is the primary component that handles all communication with the Remote Server - sends updates to project files and receives status updates as well as meta data<br>• Interface to navigate to a particular site, select a specific video server and browse snapshots from each of the cameras. This interface also shows the status of various monitored states such as camera interface, video stream status, algorithm status etc.<br>• Set alerts on the values of various states with the option to send notification emails.<br>• Uses databases to manage all its operations. |
| Software | HQ | VMS Delta Builder | Whenever a new build of VMS Remote Server is generated, the Delta builder builds out a patch or delta between the version that is deployed at a site and the newly generated build. Coordinating with the Remote Updater, this patch is then copied over to the remote server and the software is patched to the latest build. |

| Team | Deployed Location | Name | Purpose |
|---|---|---|---|
| Software | HQ | VMS GUI | • Contains models of each of the supported cameras and uses these models to create a camera coverage map<br>• Create and update live project settings - this project file specifies camera type along with video stream parameters. The live project also enables roles on the device - these roles include but not limited to running the Vision, Demographics or the Wi-Fi app.<br>• Is used to setup offline remote or local processing of videos with different selections of tracking algorithms (vision, face etc.)<br>• Can annotate videos - load up videos and annotate various activities and states |
| Software | HQ | VMS - CI | Bamboo build server - Build VMS Software versions and make them available via The Admin Portal (VMS2) |
| Software | HQ | TAP - Health Monitoring | • Performs periodic checks for site equipment health status collected through AWS lambdas and IoT messages<br>• Automatically attempt to recover devices and send alerts if unsuccessful |
| Software | HQ | TAP - Setup & Configuration | • Prepares new or updates site resources including enabling roles through AWS thing shadows<br>• Management of sites for viewing and changing status such as enable and disable data collection through AWS certificates |
| Software | HQ | TAP - Remote Access | • Remote access to devices for manual control and debugging, ssh command management<br>• Provides individual device access through AWS IoT messages and ssh for on demand requests and commands to specific apps including camera movement and frame adjustments |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| Software | HQ | TAP - Report Builder | • Ability to create on demand reports dynamically from multiple database sources |
| Software | HQ | OmniTrackr - Inventory | • Management of site equipment (cameras, switches, VPUs, Routers etc) and tracking of equipment lifecycle |
| Software | HQ | OmniTrackr - Deploy & Configure | • Prepare devices for site deployment by installing OS, quality assurance testing and configure devices as per site config<br>• Manage deployment of devices for necessary replacements |
| Software | HQ | Annotation Project Creator | • Generate assignments for annotation users, build the project file with the assigned videos, collect statisics for user completion rates |
| Software | OmniSensr | OmniSensr OS | Raspbian OS with custom services to:<br>• monitor applications<br>• manage reporting<br>• storage<br>• communication with AWS and other devices<br>• manage updates and remote configuration.<br>Includes HealthApp, IoT connector, servocontroller, ir_controller, mosquitto wrapper, customized web pages |
| Software | OmniSensr | OmniSensr OS - CI & CD | Jenkins build server, deployment, Bitbucket pipelines - Produces development and release builds of the vml code base for all sensr based applications. Eventually intended to automate the creation of AMI Instances. Creates tagged OS releases to support the remote OS upgrade system. |
| Software | OmniSensr | Vision App | Remote edge deployed omnisensr application to perform shopper tracking |
| Software | OmniSensr | Demographics App | Remote edge deployed omnisensr application to provide shopper demographics at checkout |

| Team | Deployed Location | Name | Purpose |
|---|---|---|---|
| Software | OmniSensr | Wi-Fi Apps | Includes both the Wi-Fi Trackr which aggregates Wi-Fi Sniffer packets into actual shopper tracks and the Wi-Fi Sniffer app which detects mobile devices and forwards their relative RSS to the remote trackr app |
| Software | AWS | AWS rules | Rules for filtering incoming data streams and managing storage. Parses incoming data messages and forward to appropriate database tables to storage |
| Software | HQ | Videomining Wiki pages (old wiki) | How-to documentation for various software including concepts,setup and procedures |
| Software | HQ | YOLO: Real-Time Object Detection | yolo enviroment for training algorithm, annotation tool for creating boundaries for objects to be detected. |
| | | | |
| Multiple | Stores | OmniSensr | Platform that runs "apps" to 1. process video streams to generate shopper track data 2. collects and analyzes Wi-Fi signals to locate the source 3. analyzes video stream to detect and track faces |
| | | | |
| Data Services | HQ | ETL helper scripts | Clean and move POS documents in tandem with Alteryx POS workflows |
| Data Services | HQ | Alteryx CSI ETL | Take POS data, format it, then load it in our DBs |
| Data Services | HQ | Alteryx GSI ETL | Take POS data, format it, then load it in our DBs |
| Data Services | HQ | Alteryx Macros | Used in various Alteryx Workflows |
| Data Services | HQ | CameraLocFromCalib | Output camera location from calibration |
| Data Services | HQ | CameraRegionOverlap | Generate report for categories inside the camera |
| Data Services | HQ | CameraRoles | Change camera roles for gathering different data |
| Data Services | VPU | CMS | Generate snapshot for axis cameras |
| Data Services | VPU | CMS_Omni | Generate snapshot for omni cameras |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| Data Services | HQ | cmsArchiver | Archive old camera snapshot to free space |
| Data Services | HQ | CrossShoppers | Calculates cross shopper from getshop data |
| Data Services | HQ | CSI | Produce traffic and shoppers for convenience stores |
| Data Services | HQ | Dazzle | Adjust highres and lowres for the identified stores and cameras |
| Data Services | HQ | DeltaHeatmap | Generates Heatmap for difference in data in two time range |
| Data Services | HQ | displayTrackingRegionFromLive | Displays the tracking regions of all the live cameras on a floorplan |
| Data Services | HQ | DisplayTrackingRegions | Displays the tracking regions of project file on a floorplan |
| Data Services | HQ | DOEandHeatmaps | Generates Heatmap and Doe at same time |
| Data Services | HQ | Extract_Track_noTrack | Extracts the tracking and no tracking regions for camera tracking |
| Data Services | HQ | ExtractAndUploadGetShopAndNodeId | Extracts shopping regions and stores into files |
| Data Services | HQ | ExtractAndUploadGetShopAndNodeId_S3 | Extracts shopping regions and stores into db |
| Data Services | HQ | ExtractAndUploadGetShopAndNodeIdCSI | Extracts shopping regions and stores into 3 output directory for csi |
| Data Services | HQ | ExtractAnnotationData | various scripts to extract different style of annotation files |
| Data Services | VPU | ftpTransferVideos | windows exe to transfer files from vpu's to in house destination |
| Data Services | VPU | ftpVideoDownloader | old video downloading script |
| Data Services | HQ | GSI FullStore Scaling | generate scaling factors for new stores |
| Data Services | HQ | LiveDataStatus | Generates info about status of incoming data from camera |
| Data Services | HQ | Magnus_CalibrationUpload | Tool to manage calibration(create/update/delete) |
| Data Services | HQ | parseAnnotationLib | python in house library for parsing annotation files |
| Data Services | HQ | POSSE | In house post processing pipeline script- older version |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| Data Services | HQ | POSSE_S3 | In house post processing pipeline script- Newer version (in memory processing and file storage to AWS) |
| Data Services | HQ | POTM Site Setup | Tool to setup new site: live project, calibration, vision settings |
| Data Services | HQ | teemo | Tool to manage camera join camera level files |
| Data Services | HQ | Tinker2.0 | Final data generation tool which uses various machine learning methodologies to smooth final data |
| Data Services | HQ | Tinker2.0_regionFiles | Final data generation tool which uses various machine learning methodologies to smooth final data- older version which uses files |
| Data Services | HQ | UtilityScripts | Various python scripts for simple camera workflows |
| Data Services | HQ | Vision Availability | workflow which checks vision data status |
| Data Services | HQ | Vision Debugging Tool | Tool to display tracking regions and tracks of camera on floorplan |
| Data Services | HQ | Django_CameraStatus | Django Webapp which tracks the status of camera and data generation by each camera per store |
| Data Services | VPU | Auto Deletion Policy | Python widows service which deletes older videos to make up space for newer ones |
| Data Services | HQ | bigRegionDataGenerator | Python windows exe which generated vision final metrics for department level regions |
| Data Services | HQ | UtilityScripts_V2 | Various utility scripts to help perform day to day vision activities |
| Data Services | HQ And VPU | VML | Library of proprietary Machine Learning tools and libraries which are used to generate tracks on any given Camera including offline tracker, demographics model files etc. |
| Data Services | AWS | Airflow Wifi | Wifi Cloud Postprocessing pipeline |
| Data Services | AWS | AWSLambda | Lambda scripts which trigger processes in AWS |
| Data Services | VPU | Meepo | Python based Windows service which help manage videos/keep inventory and also tracks camera and vpu status |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| Data Services | AWS | Airflow_vision | Vision and Demographics Cloud Postprocessing pipeline |
| | | | |
| IT | VPU | Super Scan | Software pings all addresses in designated range for what pings and is online.  Also, verify ports in use by specific IPs. |
| IT | VPU | NTP | NTP project with N. America time server designation.  Keep devices synced in time-- 3 application suite |
| IT | VPU | Axis Camera Mgmt | Management software for Axis manufactured cameras |
| IT | VPU, IT PC | Business Switch Config Tool | Management tool to find and manage Buffalo switches on network |
| IT | VPU, VMITPI, IT PC | TeamViewer 12 | Remote session access software for various operating systems |
| IT | VPU | DUC Client | NOIP Dynamic DNS connection manager for remote VPN connections |
| IT | VPU | Mongo Database | Video Data Database usage by Data Services |
| IT | VPU, Desktop PCs | Putty | Secure Shell connection, Serial Bus connection tool for various peripherals, OmniSensr backend |
| IT | VPU, Desktop PCs | Bitvise | GUI & CLI SSH, Serial connector for various peripherals |
| IT | VPU | Meepo | DataServices tool for monitoring activity and processes within VPUs related to projects |
| IT | VPU | Git | Source code managing and program settings config |
| IT | VPU | Python 2.7 | Python language works with Git and other install configurations, various program code written in Python |
| IT | VPU | Microsoft .NET framework | Windows software usually with Windows update works to allow Python, Git to function properly |
| IT | VPU | C++ Compiler for Python | Contains compiler and system headers to make binary wheels for Python packages |
| IT | VPU | sshcmdblast | DataServices tool for commands to VPUs |
| IT | VPU, Desktop PCs | NotePad++ | Excellent tool for coding, scripting, works with MongoDB and other apps |
| IT | VPU, Desktop PCs | Google Chrome | Internet browser that works well with Flash and other apps, easy http navigating, better than Internet Explorer |
| IT | Ubuntu & Linux systems | Chromium | Google Chrome browser like above but best formatted for Linux OS devices |
| IT | Ubuntu & Linux systems | Remmina | Remote desktop client that works great on Linux systems |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| IT | Deskltop PCs | Microsot Office 2013 or newer | MS Office suite for various documents, spreadsheets, presentations and email management for all departments |
| IT | VMESX, IT PC | VSphere Client | Management of Hypervisor Type 1 virtualization software clients from remote hosts |
| IT | VMWare | VMWare Virtual Machines | Individual clients run on hosts Type 1 & 2 virtualization.  Very helpful for running 32 bit apps, OS testing |
| IT | Acct. & Finance PCs | QuickBooks | Management for invoicing and billing, AP, AR, office utilities, supplies along with vendor & ISP management |
| IT | Dell Desktop PCs | Dell Support Tool | Utilizes exclusive Dell Service Tags to identify driver, BIOS updates and overal PC health |
| IT | IT PC | Synology Assistant | Synology NAS assistant to find Synology Network Attached Storage devices |
| IT | vmit-controller, vmcstewart | Wasp Software | Wasp printer software for bar code creation, small label printer |
| IT | USB drives | Acronis | Program for creating backups and restoration of smaller hard drive..good for VPUs but not office machines |
| IT | USB drives, CDs | CloneZilla, | Good imaging program for various OS's |
| IT | Wiki VMUtils | How to TV12 a VMIT PI | Instruction for creating Raspberry Pi DHCP backdoor devices for resetting routers and other devices on site |
| IT/ Engineering | VideoMining Wiki | Wiki | Database of information, instructions, Tutorials, form creation for various processes, tools for OmniSensrs and projects |
| IT | Vmsharepointsvr | How to configure a router remotely | Documentation for explanation of various router features and proper way to configure one remotely |
| IT | IT PC | KeyFinderInstaller | Gets Windows key from various systems |
| | | | |
| Annotation | | Cost Record | Tracks number of hours and Event counts of each annotator by program, project, period, site, task, and subtask. |
| Annotation | | VMS with GUI 5.6 | Collect Event behaviors from recorded video |
| Annotation | | Full Store Tracker | Full Store Tracker (FST) is an application that permits the tracking of a person across multiple cameras. The data file generated is a record of the tracks in their entirety (trajectory). |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| Annotation | | build_screenshot_proj | Build blank vmproj, manually add camera transitions (FST) |
| Annotation | | FST Import/Export | Custom Full Store Tracker data formating (Tracking Algo) |
| Annotation | | Project Factory | Annotator assignment database |
| Annotation | | Generate Assignments | Project Factory assignment generator |
| Annotation | | Video Downloader | FTP videos from a remote site to a local server |
| Annotation | | NAS Video Downloader | FTP pull video from a remote site NAS to a local server |
| Annotation | | Video Copy | Copy select video from returned HDD to a local server |
| Annotation | | Valid Video Checker | Inventory VPU video by date |
| Annotation | | Stitch Video | Stitch cameras together for a larger annotation/viewing area |
| Annotation | | Change Video Properties | Change video dimensions, FPS, rotate, brightness, contrast |
| Annotation | | Video Time Offset | Synchronize video time offset between VPUs |
| Annotation | | Extract Annotation Data | Converts VMS tokenized data to human format |
| Annotation | | Scaling | Convert annotation data to scaling format |
| Annotation | | Shopper Impact | Multi-category, standard shopper metrics, Demos, Interaction |
| Annotation | | Shopper Impact Non-Nav | same as above with Non-Navigation Time segregated |
| Annotation | | Entrance Demos TrackID | used alone or to generate Full Store Track indices |
| Annotation | | Checkout | Type, Groups, Demos, Time (InLine, Wait, Unload, Checkout) |
| Annotation | | FrontEnd Checkout | same as above with ShoppingTime, Categories, Location, Units |
| Annotation | | Checkout Demos TrackID | used alone or to generate Full Store Track indices |
| Annotation | | CSI-Pump to Basket | CarID, TxnID, GroupID, CategoriesBought |
| Annotation | | CSI-MegaStudy Annotation | Ties Forecourt, Entrance, Checkout, TimeInStore w/txn_id |

| Team | Deployed Location | Name | Purpose |
|---|---|---|---|
| Annotation | | CSI-MegaStudy Groups | Group totals by type, weekday, hour, includes age breakout |
| Annotation | | CSI-MegaStudy Site | Totals by weekday and hour: ForecourtTraffic, StoreTraffic, PeopleInLine, CheckoutTime, TimeInStore, Individuals, Groups, GroupTypes, Buyers, Non-Buyers(Fuel and N/A), Leakage |
| Annotation | | CSI-Beer | Standard metrics, Interaction, DoE/X, Cave time |
| Annotation | | Tobacco Shopper | Demos, GroupSize, Dress, Interactions, ID actions, Denials |
| Annotation | | Category PoS Count | Target optimal category purchase hours from PoS |
| Annotation | | Store Category Sequence | Demos, InitialInteraction, CategorySequence, TimeInStore, ShopsWhileWaiting, WaitingTime, InteractionTime, DeskTime |
| Annotation | | MySQL Workbench:<br>-General Info<br>-PoS with upc_dsc<br>-PoS with upc_dsc unique<br>-PoS by Store | MySQL Queries:<br>-txns/day, stores by retailer, dates by store, dates by retailer<br>-by date list or date range<br>- unique 3_tran_master structure<br>- no upc_dsc |
| | | | |
| **Third party software** | | | |
| Annotation | | AviSynth | GNU General Public License (GPL) 2.0 |
| Annotation | | MS Access | |
| Data Services | | Python 2.7 | GNU Public License (GPL) compatible |
| Data Services | | Mongodb | MongoDB, Inc.'s Server Side Public License |
| Data Services | | MySql | GNU Public License (GPL) |
| Data Services | | docker | Apache 2.0 license |
| Data Services | | Airflow Apache | Apache License |
| Data Services | | Django | OSI Open Source License |
| Data Services | | APScheduler | MIT license |
| Data Services | | beautifulsoup4 | MIT license |
| Data Services | | boto | Apache License, Version 2.0 |

| Team | Deployed Location | Name | Purpose |
|---|---|---|---|
| Data Services | | boto3 | Apache License, Version 2.0 |
| Data Services | | filechunkio | MIT license |
| Data Services | | Flask | BSD License (BSD) |
| Data Services | | GitPython | BSD License (BSD) |
| Data Services | | jsonlib | GNU Public License (GPL) |
| Data Services | | lxml | BSD License (BSD) |
| Data Services | | MySQL-python | GPL and CNRI license |
| Data Services | | pandas | BSD License (BSD) |
| Data Services | | paramiko | GNU Public License (GPL) |
| Data Services | | PIL,Pillow | PIL Software License |
| Data Services | | pymongo | Apache License, Version 2.0 |
| Data Services | | requests | Apache License, Version 2.0 |
| Data Services | | Shapely | BSD License (BSD) |
| Data Services | | sklearn | BSD License (BSD) |
| Data Services | | SQLAlchemy | MIT license |
| Data Services | | statlib | MIT license |
| Data Services | | virtualenv | MIT license |
| Data Services | | virtualenvwrapper | Copyright Doug Hellmann |
| Data Services | | Yapsy | BSD License (BSD) |
| Software | | Python | BSD License (BSD) |
| Software | | Celery | BSD License (BSD) |
| Software | | Django | BSD License (BSD) |
| Software | | Apache | Apache License 2.0 |
| Software | | Nginx | BSD License (BSD) |
| Software | | Gunicorn | MIT License |
| Software | | Supervisor | BSD License (BSD) |
| Software | | Monit | AGPL 3.0 |
| Software | | Bitvise | https://www.bitvise.com/files/license/Bv SshServer-EULA-20180701.pdf |
| Software | | Putty | MIT License |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| Software | | java | GNU Public License (GPL) |
| Software | | virtualenv | MIT license |
| Software | | boto3 | Apache License, Version 2.0 |
| Software | | docker | Apache 2.0 license |
| Software | | mysql-python | GPL and CNRI license |
| Software | | paho | Eclipse Public License |
| Software | | mqtt mosquitto | Creative Commons Attribution 4.0 International License |
| Software | | paramiko | GNU Public License (GPL) |
| Software | | PIL,Pillow | PIL Software License |
| Software | | MySql | GNU Public License (GPL) |
| Software | | sklearn | BSD License (BSD) |
| Software | | requests | Apache License, Version 2.0 |
| Software | | Eclipse | Eclipse Public |
| Software | | Git | GNU Public License (GPL) |
| Software | | Redis | BSD License (BSD) |
| Software | | RabbitMQ | Mozilla Public License |
| Software | | Jupyter Notebook | BSD License (BSD) |
| Software | | pandas | BSD License (BSD) |
| Software | | Spring Framework | Apache License, Version 2.0 |
| Software | | jQuery | MIT license |
| Software | | AngularJS | MIT license |
| Software | | Bootstrap | MIT license |
| Software | | Google Charts | Apache License, Version 2.0 |
| IT | | Superscan | Freeware |
| IT | | KeyFinder | OTT Solutions, Free |
| IT | | SuperAntiSpyware | SuperAntiSpyware Free |
| IT | | MicroSoft Office | MAK License |
| IT / AP | | Quickbooks | Multi User paid license |
| IT | | NTP | Open Source licensure |
| IT | | Axis Camera Mgmt | Free -- manufacturer support tool |
| IT | | Business Switch Config Tool | Free -- manufacturer support tool |
| IT | | TeamViewer 12 | Multi Seat License |
| IT | | DUC Client | freeware |
| IT | | C++ Compiler for Python | Free |
| IT | | NotePad++ | Freeware |
| IT | | Google Chrome | Free |
| IT | | Chromium | Free |
| IT | | Remmina | Free |

| Team | Deployed Location | Name | Purpose |
|------|-------------------|------|---------|
| IT | | VSphere Client | Subscription license & warranty |
| IT | | VMWare Virtual Machines | Subscription license & warranty |
| IT | | QuickBooks | Subscription license & warranty |
| IT | | Dell Support Tool | Free – manufacturer support tool |
| IT | | Synology Assistant | Free -- manufacturer support tool |
| IT | | Wasp Software | Free -- manufacturer support tool |
| IT | | Acronis | license unknown |
| IT | | CloneZilla, | freeware |
| **Repositories:** | | | |
| Assorted | | airflow_vision | Repo for post processing pipelines for post processing vision meta data |
| Assorted | | AnnoProjMan | Annotation tool for project creation and assign videos to users for annotation. |
| Assorted | | AWSLambda | AWS lambda scripts for triggering post processing |
| Assorted | | DB_Backup_Scripts | Backing up databases that contain meta data, post processed track data, pos data etc. |
| Assorted | | lambdaVision | AWS lambda scripts for......<Nakul> |
| Assorted | | Meepo | Python based Windows service which help manage videos/keep inventory and also tracks camera and vpu status |
| Assorted | | OmniTrackr | •Management of site equipment (cameras, switches, VPUs, Routers etc) and tracking of equipment lifecycle •Configure devices as per site config, run QA and manage deployment •Prepare devices for site deployment by installing OS, quality assurance testing and configure devices as per site config •Manage deployment of devices for neccessary replacements" |
| Assorted | | sshCmdBlast | Used to ssh into a list of specified devices and execute commands remotely. |
| Assorted | | vml | Entire source code for all core video and computer vision libraries as well as apps that run on OmniSensr - video tracker, demographics, Wi-Fi, Health, IoT Connector etc. |
| Assorted | | Object_Training_Annotation_Tool | Annotation tool for marking up images to train the yolo algorithm |
| FormerDevs | | OmniSensrOS_Jimmy | Jimmy's forked repo of OmniSensrOS |

| Team | Deployed Location | Name | Purpose |
|------|------|------|---------|
| FormerDevs | | omnisensr-runners_jimmy | Jimmy's forked repo of OmniSensr-runners |
| FormerDevs | | vml_jimmy | Jimmy's forked repo of vml |
| HealthApp | | Pi_Health | App that monitors health of various services, restarts them if necessary and reports statistics on state of OS |
| OmniOS | | OmniData | This repo is for the storage of small-to-medium sized files that need to be deployed on either all OmniSensrs or all EC2 postprocessing machines. Examples of these kinds of files would be models needed for classification or configuration files. |
| OmniOS | | Omnisensr_Images | This repo stores all versions of OmniSenserOS images |
| OmniOS | | OmniSensrOS | OS that runs on the OmniSensr - has the runtime environment, services, apps etc. |
| OmniOS | | omnisensr_runners | A runner/faciolitator that patches the OS to the latest version. This is the client side of our homegrown CD solution |
| OmniOS | | usbboot | This is the USB MSD boot code to flash OmniSensr with the current OS version. |
| OmniOS | | OmniSensrV2 | Hardware level source code for OmniSensr V2 |
| Support Web Apps | | post_portal | This is the new admin portal. |

## Other:

1. All Corporation Files and file cabinets containing the files

2. All customer files.

3. All software contained on the computers including Operating systems, accounting software, office software, operating systems, etc.

4. All computer data not specifically listed, including but not limited to email, word documents, PowerPoint presentations, etc.

### SCHEDULE 2.2

**(List of Assigned Contracts)**

| Counterparty | Description of Contract/Lease | Cure Obligation |
|---|---|---|
|  |  |  |

### TO BE COMPLETED PRIOR TO CLOSING

## SCHEDULE 2.3(h)

**(Additional Excluded Assets)**

NONE

## SCHEDULE 2.4

### (Obligations Assumed Under Assigned Contracts)

1.  Customer Orders not yet delivered.  Final list to be determined at closing.
2.  Thorntons Agreement dated
3.  Racetrac Petrollum Agreement dated

## SCHEDULE 4.3

**(Required Consents)**

NONE

## SCHEDULE 4.6

**(Permits)**

NONE

## SCHEDULE 4.7

### (Litigation)

**Litigation, except for amounts listed on Seller's Bankruptcy Schedules and claims and pleadings filed with the Bankruptcy Court:**

NONE

## SCHEDULE 4.9

### (Employees; Collective Bargaining Agreements)

A.  Employee List

| Employee | Position | Type | Hire Date | Status |
|---|---|---|---|---|
| Amanda Craven | Annotation Mgr. | Salary | 4/17/2017 | Active |
| Brennan Spicer | Annotator | Hourly | 4/9/2018 | Active |
| Caitlin Ciolkosz | Insights Analyst | Salary | 4/17/2017 | Active |
| Colleen Houtz | Annotator | Hourly | 1/31/2018 | Active |
| Darryl M. Hill | Annotation Mgr. | Salary | 3/2/2016 | Active |
| Gary Panulla | Senior Software Engineer | Salary | 2/9/2015 | Active |
| James Brennan | VP of Analytical Services | Salary | 4/2/2012 | Active |
| Justin Sumpman | Annotator | Hourly | 12/5/2017 | Active |
| Kristin Eberle | Insights Analyst | Salary | 2/16/2021 | Active |
| Lydia Perla | Software Engineer | Salary | 10/17/2014 | Active |
| Nisha Sharma | Intellectual Property Mgr. | Salary | 8/11/2014 | Active |
| Rajeev Sharma | CEO | Salary | 2001 | Active |
| Richard Hirata | Insights Consultant (part time) | Hourly | 1/1/2015 | Active |
| Robert Shore | IT Technician | Salary | 9/1/2017 | Active |
| Steven Engblom | Annotator | Hourly | 4/9/2018 | Active |

B.  Salary information has been provided by Seller to Buyer.

C.  Collective Bargaining Agreements.     None.

## SCHEDULE 7.3

**(Allocation of Total Consideration)**

**To be determined by Buyer at Closing.**