FILED
7/6/21 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| VIDEOMINING CORPORATION, | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| ONMYODO, LLC, | Document No. |
| Applicant, | Related to Doc. No. 301 |
| vs. | |
| NO RESPONDENT. | |

### ORDER OF COURT

Upon consideration of the foregoing Fifth Interim Application of Onmyodo, LLC as Financial Consultant to the Debtor for the Period of January 1, 2021 through April 30, 2021, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Applicant, Onmyodo, LLC be, and hereby is, granted fees in the amount of $37,515.00 and costs in the amount of $-0-.

Prepared by:  Robert O Lampl, Esq.

**DEFAULT ENTRY**

Dated: July 06, 2021

_____
Gregory␣Taddonio  hct
United States Bankruptcy Judge