IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

VIDEOMINING CORPORATION,   Bankruptcy No. 20-20425-GLT

Debtor.   Chapter 11

VIDEOMINING CORPORATION,   Document No.

Movant,   Related to Doc. Nos. 308, 310, 311

vs.   Hearing Date and Time:
July 29, 2021 at 10:00 a.m.

ENTERPRISE BANK, WHITE OAK
BUSINESS CAPITAL, INC., DILIP HARI,
RICHARD HIRATA, THE PENNSYLVANIA
DEPARTMENT OF REVENUE, THE
INTERNAL REVENUE SERVICE,
U.S. BANK, N.A. d/b/a U.S. BANK
EQUIPMENT FINANCE, BRYN MAWR
EQUIPMENT FINANCE, INC. d/b/a ROYAL
BANK AMERICA LEASING, LP,
HUNTINGTON TECHNOLOGY FINANCE,
INC., KEY EQUIPMENT FINANCE, a
division of KEYBANK, N.A,
LEAF CAPITAL FUNDING, LLC,
ASCENTIUM CAPITAL LLC, ITRIA
VENTURES LLC, BB&T COMMERCIAL
EQUIPMENT CAPITAL CORP., d/b/a
SUSQUEHANNA COMMERCIAL FINANCE,
INC., ON DECK CAPITAL, INC., DIRECT
CAPITAL/ CIT.,

Respondents.

## PROOF OF PUBLICATION OF NOTICE OF SALE
## IN THE CENTRE COUNTY LEGAL JOURNAL

**AND NOW,** comes VideoMining Corporation, by and through its Counsel, Robert

O Lampl, John P. Lacher, Ryan J. Cooney, Sy O. Lampl and Alexander L. Holmquist

1

and files the following **PROOF OF PUBLICATION OF NOTICE OF SALE IN THE CENTRE COUNTY LEGAL JOURNAL.** Proof of Publication attached hereto.

Respectfully Submitted,

Date: July 21, 2021

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. # 314159
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**PROOF OF PUBLICATION**

COMMONWEALTH OF PENNSYLVANIA )
                              ) SS:
COUNTY OF CENTRE              )

JOHN R. MILLER, III, being duly sworn according to the law, says that he is co-editor of the Centre County Legal Journal, (The official legal newspaper of the 49th Judicial District, Centre County), having its place of business at State College, Centre County, Pennsylvania, having been established in the year of 1959, that the advertisement, printed copy of which is attached hereto, appeared in said Legal Journal on the 14th day of July 2021 that affiant is not interested in the subject matter on the notice or advertisement; that all of the allegations contained herein relative to the time, place and character of the publication are true.

Signed and sworn to before me

on this 15th day of July

A.D. 2021

_Donna J. Bungard_

JOHN R. MILLER, III

Commonwealth of Pennsylvania - Notary Seal
Donna J. Brungard, Notary Public
Centre County
My commission expires May 17, 2023
Commission number 1262512
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VIDEOMINING CORPORATION, Debtor.
VIDEOMINING CORPORATION, Movant,
vs.
ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., DILIP HARI, RICHARD HIRATA, THE PENNSYLVANIA DEPARTMENT OF REVENUE, THE INTERNAL REVENUE SERVICE, U.S. BANK, N.A. d/b/a U.S. BANK EQUIPMENT FINANCE, BRYN MAWR EQUIPMENT FINANCE, INC. d/b/a ROYAL BANK AMERICA LEASING, LP, HUNTINGTON TECHNOLOGY FINANCE, INC., KEY EQUIPMENT FINANCE, a division of KEYBANK, N.A., LEAF CAPITAL FUNDING, LLC, ASCENTIUM CAPITAL LLC, ITRIA VENTURES LLC, BB&T COMMERCIAL EQUIPMENT CAPITAL CORP., d/b/a SUSQUEHANNA COMMERCIAL FINANCE, INC., ON DECK CAPITAL, INC., DIRECT CAPITAL/CIT., Respondents.

Bankruptcy No. 20-20425-GLT
Chapter 11
Document No.
Related to Doc. No. 308, 310, 311
Hearing Date and Time: July 29, 2021 at 10:00 a.m.

**NOTICE OF SALE REGARDING MOTION FOR SALE OF PERSONALTY AND INTELLECTUAL PROPERTY ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

To: Respondents and all Creditors and Parties in Interest of the above-named Debtor:

NOTICE IS HEREBY GIVEN THAT VideoMining Corporation, Debtor, has filed a Motion for Sale of Personalty and Intellectual Property Assets Free and Clear of All Liens, Claims and Encumbrances (ECF #308) (the "Sale Motion") through which it seeks authority to sell the following Personalty and Intellectual Property Assets:
1. See Schedules 2.1(a) and 2.1(c) to the Asset

chase Agreement is $650,000.00, of which $550,000.00 shall be paid by VMC ACQ, LLC at closing. VMC ACQ, LLC has already funded a $100,000.00 nonrefundable deposit which shall be applied to the purchase price. Contact Debtors' Counsel for further information.
5. A video conference hearing will be held on July 29, 2021 at 10:00 a.m. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

VIDEOMINING CORPORATION,                    Bankruptcy No. 20-20425-GLT

    Debtor.                                              Chapter 11

VIDEOMINING CORPORATION,                    Document No.

    Movant,

  vs.

ENTERPRISE BANK, WHITE OAK
BUSINESS CAPITAL, INC., DILIP HARI,
RICHARD HIRATA, THE PENNSYLVANIA
DEPARTMENT OF REVENUE, THE
INTERNAL REVENUE SERVICE,
U.S. BANK, N.A. d/b/a U.S. BANK
EQUIPMENT FINANCE, BRYN MAWR
EQUIPMENT FINANCE, INC. d/b/a ROYAL
BANK AMERICA LEASING, LP,
HUNTINGTON TECHNOLOGY FINANCE,
INC., KEY EQUIPMENT FINANCE, a
division of KEYBANK, N.A,
LEAF CAPITAL FUNDING, LLC,
ASCENTIUM CAPITAL LLC, ITRIA
VENTURES LLC, BB&T COMMERCIAL
EQUIPMENT CAPITAL CORP., d/b/a
SUSQUEHANNA COMMERCIAL FINANCE,
INC., ON DECK CAPITAL, INC., DIRECT
CAPITAL/ CIT.,

    Respondents.

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 21st day of July, 2021, a true and correct copy of the foregoing **PROOF OF PUBLICATION OF NOTICE OF SALE IN THE CENTRE COUNTY LEGAL JOURNAL** was served upon the following *(via electronic service)*:

3

Norma Hildenbrand
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Norma.L.Hildenbrand@usdoj.gov

Date: July 21, 2021

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. # 314159
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

Norma Hildenbrand
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Norma.L.Hildenbrand@usdoj.gov

Date: July 21, 2021

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. # 314159
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com