FILED
7/27/21 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **VIDEOMINING CORPORATION,** | Bankruptcy No. 20-20425-GLT |
| Debtor. | Chapter 11 |
| **VIDEOMINING CORPORATION,** | Document No. |
| Movant, | Related to Doc. Nos. 308, 322 |
| vs. | |
| **ENTERPRISE BANK, WHITE OAK BUSINESS CAPITAL, INC., DILIP HARI, RICHARD HIRATA, THE PENNSYLVANIA DEPARTMENT OF REVENUE, THE INTERNAL REVENUE SERVICE, U.S. BANK, N.A. d/b/a U.S. BANK EQUIPMENT FINANCE, BRYN MAWR EQUIPMENT FINANCE, INC. d/b/a ROYAL BANK AMERICA LEASING, LP, HUNTINGTON TECHNOLOGY FINANCE, INC., KEY EQUIPMENT FINANCE, a division of KEYBANK, N.A, LEAF CAPITAL FUNDING, LLC, ASCENTIUM CAPITAL LLC, ITRIA VENTURES LLC, BB&T COMMERCIAL EQUIPMENT CAPITAL CORP., d/b/a SUSQUEHANNA COMMERCIAL FINANCE, INC., ON DECK CAPITAL, INC., DIRECT CAPITAL/ CIT.,** | |
| Respondents. | |

## ORDER OF COURT

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the hearing on the Motion for Sale of Personalty and Intellectual Property Assets Free and Clear

of all Liens, Claims and Encumbrances (ECF #308) (the "Sale Motion") be, and

hereby is, continued to September 9, 2021, at 10:30 a.m. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. Counsel may participate in the hearing via Zoom video conference in compliance with Judge Taddonio's Procedures. Counsel must register for the hearing by 4 pm one business day before the hearing.

      Debtor's Counsel shall serve a copy of this Order on the Respondents, all Parties that filed a Response to the Sale Motion, all secured creditors whose interests may be affected by the relief requested and the 20 largest unsecured creditors and shall file a certificate of service reflecting the same.

Date: July 27, 2021

_____
Gregory L. Taddonio    hct
United States Bankruptcy Court Judge